IN RE **United Western Bancorp, Inc.**                                         Case No. **1:12-bk-13815**
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | * See attached addendum entitled "Corporate Structure" for description of Debtor's affiliates and a chart of its corporate structure. | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Account No 103659634655 with US Bank<br>UWBK | | 200,898.75 |
| | | Account No 475024206 with JP Morgan Chase<br>UHC ADMSTR PLAN FOR UWBK CORPORATE - MEDICAL ACCT<br>*United Healthcare controls this account to fund employee medical claims under a defunct self insured medical plan. | | 53,000.00 |
| | | Account No 475024214 with JP Morgan Chase<br>UHC ADMSTR PLAN FOR UWBK CORPORATE - MEDICAL ACCT<br>*United Healthcare controls this account to fund employee medical claims under a defunct self insured medical plan. | | 0.00 |
| | | Account No. 102089534 with First Citizens Bank | | 1,675.34 |
| | | Account No. 103679944399 with US Bank<br>UWBK | | 116,390.15 |
| | | Account No. 2680765811 with Wells Fargo<br>UWBK Checking | | 80,900.00 |
| | | Account No. 7580602147 with Wells Fargo UWBK MMDA | | 650,026.71 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **United Western Bancorp, Inc.**      Case No. **1:12-bk-13815**
        Debtor(s)                                             (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **UWBK - Equi-Mor Holdings, Inc.: Stock representing 100% ownership of Equi-Mor Holdings, Inc.** | | **unknown** |
| | | **UWBK - Matrix Bancorp Capital Trust II.: Common equity owned by UWBK representing approximately 100% ownership of Matrix Bancorp Capital Trust II.** | | **unknown** |
| | | **The trust was formed for the purpose of issuing corporation obligated mandatorily redeemable capital securities ("capital securities") to third-party investors and investing the proceeds from the sale of such captial securities soley in junior subordiated debt securities of UWBK (the "debentures").** | | |
| | | **UWBK - Matrix Bancorp Capital Trust VI.: Common equity owned by UWBK representing approximately 100% ownership of Matrix Bancorp Capital Trust VI.** | | **unknown** |
| | | **The trust was formed for the purpose of issuing corporation obligated mandatorily redeemable capital securities ("capital securities") to third-party investors and investing the proceeds from the sale of such captial securities soley in junior subordiated debt securities of UWBK (the "debentures").** | | |
| | | **UWBK - Matrix Bancorp Capital Trust VIII.: Common equity owned by UWBK representing approximately 100% ownership of Matrix Bancorp Capital Trust VIII.** | | **unknown** |
| | | **The trust was formed for the purpose of issuing corporation obligated mandatorily redeemable capital securities ("capital securities") to third-party investors and investing the proceeds from the sale of such captial securities soley in junior subordiated debt securities of UWBK (the "debentures").** | | |
| | | **UWBK - Matrix Bancorp Trading, Inc: Stock representing 100% ownership of Matrix Bancorp Trading, Inc** | | **unknown** |
| | | **UWBK - The Vintage Group, Inc: Stock representing 100% ownership of The Vintage Group, Inc** | | **unknown** |
| | | **UWBK - United Western Administrative Services, Inc: Stock representing 100% ownership of United Western Administrative Services, Inc** | | **unknown** |
| | | **UWBK - United Western Bank: Stock representing 100% ownership of United Western Bank** | | **unknown** |
| | | **UWBK - UW Asset Corp.: Stock representing 100% ownership of UW Asset Corp.** | | **unknown** |
| | | **UWBK - UWBK Colorado Fund, LLC.: Member interest** | | **unknown** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **United Western Bancorp, Inc.** Case No. **1:12-bk-13815**
Debtor(s) (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | representing approximately 44% ownership of UWBK Colorado Fund, LLC. | | |
| | | **UWBK - UWBK Managment Fund, Inc.: Stock representing 100% ownership of UWBK Managment Fund, Inc.** | | **unknown** |
| | | **UWBK - UWT, Inc.: Stock representing 100% ownership of UWT, Inc.** | | **unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Advances made to Matrix Funding Corp. (as of March 2, 2012)** | | **2,374,093.79** |
| | | **Leasehold improvements - Accounts 184000 and 190000 at 10/31/2010**<br>**UWBK - $29.656** | | **0.00** |
| | | **Trade and accounts payable paid on behalf of Matrix Funding Corp.** | | **56,867.81** |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential proceeds from lawsuit against OCC** | | **unknown** |
| | | **Tax refund from the United States Internal Revenue Service** | | **4,846,625.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **United Western Bancorp, Inc.**                                    Case No. **1:12-bk-13815**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer Hardware - Account 183000 and 189000 at 10/31/2010 UWBK$143,997 (see Rider A)** | | **unknown** |
| | | **Computer Software - Account 183500 and 189500 at 10/31/2010 UWBK $18,696 (see Rider A)** | | **unknown** |
| | | **Furniture and Fixtures - Accounts 182000 and 188000 at October 31, 2010 UWBK $55.144 (see Rider A)** | | **unknown** |
| | | **Office equipment - Account 181000 and 187000 at October 31, 2010 UWBK $22.836** | | **unknown** |
| | | **UWBK - Account 180900: Fixed asset pending $48,407 at October 31, 2010** | | **0.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **General Office inventory and office items located at 12301 Grant St., #110, Thornton, CO 80241** | | **unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Leasehold improvements - On books at: UWBK $30,648** | | **unknown** |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL　**8,380,477.55**

___1___ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only



Corporate Structure

United Western Bancorp, Inc.
Corporate Structure
November 2011
www.uwbancorp.com