**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED WESTERN BANCORP, INC. ) | Case No. 12-13815 ABC |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF STIPULATED ORDER**

On May 20, 2014 the Federal Deposit Insurance Corporation, in its capacity as receiver for United Western Bank of Denver, Colorado (the "FDIC-Receiver"), by and through its undersigned counsel, filed a motion pursuant to L.B.R. 9013-1 and 2001-1 entitled Stipulated Motion of the Federal Deposit Insurance Corporation as Receiver for An Order Requiring Tax Refund Monies to be Deposited With This Court ("Motion") (Docket #394). The FDIC-Receiver hereby represents and shows the court:

1. FDIC-Receiver certifies that service of the Motion, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to Fed.R.Bankr.P. and L.B.R. as is shown on the certificate of service previously filed with the Motion on May 20, 2014 (Docket #396);

2. FDIC-Receiver certifies that mailing of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1.

3. The document numbers for each of the following relevant documents are:

   a. the Motion, proposed order, supporting document and all documents attached thereto and served therewith, (Docket #s 394, 394-1, 394-2, 394-3 and 394-4);

   b. the notice (Docket #395); and

   c. certificate of service of the Motion and notice (Docket #396).

WHEREFORE, the FDIC-Receiver requests that the court approve the Motion by entering the attached Order, which has been stipulated and agreed to by the Chapter 7 Trustee appointed herein.

Respectfully submitted this 16th day of June, 2014.

                                              MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC

                                              */s/ John F. Young*
                                              John F. Young, #26989
                                              1700 Lincoln Street, Suite 4000
                                              Denver, CO  80203
                                              Telephone: (303) 830-0800
                                              Facsimile: (303) 830-0809
                                              Email: JYoung@MarkusWilliams.com

                                              ATTORNEYS FOR FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CAPACITY AS RECEIVER FOR UNITED WESTERN BANK OF DENVER, COLORADO

G:\E-J\FDIC 10962\025 United Western Bancorp\Pleadings\14-06-16 Cert of Non-Contested Matter and Request for Entry of Agreed Order.doc

2