IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
**HONORABLE A. BRUCE CAMPBELL**

| | | |
|---|---|---|
| In re: | ) | |
| UNITED WESTERN BANCORP, INC. | ) | Case No. 12-13815 ABC |
| | ) | Chapter 7 |
| | ) | *Converted from Chapter 11 on 4/15/13* |
| Debtor. | ) | |

ORDER DENYING FDIC's MOTION TO DEPOSIT FUNDS IN COURT REGISTRY

Before the Court is the *Stipulated Motion of the Federal Deposit Insurance Corporation as Receiver for an Order Requiring Tax Refund Monies to Be Deposited with this Court* ("FDIC Motion"). Although styled as a "Stipulated" motion the Trustee has not executed the FDIC Motion.

On December 26, 2013, this Court entered an *Agreed Order Resolving Motion of the Federal Deposit Insurance Corporation as Receiver For an Order Pursuant to §§ 105 and 363 of the Bankruptcy Code Regarding the Establishment of a Segregated Joint Account* (Docket #220) ("Agreed Order"). The Agreed Order entered prior to the conversion of this case to Chapter 7 and the appointment of the Chapter 7 Trustee, Simon E. Rodriguez ("Trustee"). The Federal Deposit Insurance Corporation as Receiver ("FDIC") represents in the FDIC Motion that "the Trustee refused to acknowledge and agree to comply with the Agreed Escrow Order."

The FDIC does represent in the FDIC Motion that the Trustee has agreed to the relief it requests in the FDIC Motion. Because an order is already in place to establish a segregated account, this Court is reluctant to enter any further orders regarding the tax refunds to be deposited into any account without the express consent of the Trustee.

The FDIC Motion is not clear as to whether: (1) the IRS has ever disbursed any refund checks; (2) whether a segregated account was opened and at what institution; and (3) if any of the tax refunds have been disbursed, to whom and whether such funds have been deposited into a segregated account. In the absence of such information and without the Trustee's written consent to the relief requested, this Court cannot approve the FDIC Motion. Accordingly, it is

ORDERED that the FDIC Motion is DENIED without prejudice.

DATED: July 2, 2014

BY THE COURT:

A. Bruce Campbell
United States Bankruptcy Judge