# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: )<br>)<br>UNITED WESTERN BANCORP, INC. )<br>EIN: 84-1233716 )<br>)<br>Debtor. )<br>) | Case No. 12-13815 TBM<br><br>Chapter 7 |

**RESPONSE TO TRUSTEE'S MOTION FOR ORDER DISALLOWING BUCKLEYSANDLER, LLP'S PROOF OF CLAIM (CLAIM NO. 32)**

BuckleySandler, LLP, by its undersigned counsel, for its response to the Trustee's Motion for Order Disallowing BuckleySandler LLC's Proof of Claim (Claim No. 32) (the "Claim Objection"), states as follows:

1. In the Claim Objection, the Trustee objects to the allowance of Claim No. 32 "until Claimant returns the $100,000.00 retainer" paid to BuckleySandler LLP pursuant to the June 25, 2012 Order approving the Debtor's employment of BuckleySandler LLP for post-petition legal services because BuckleySandler LLP has yet to file a corresponding fee application with the Court.

2. The matter of this retainer and the fee application for post-petition legal services performed for the Chapter 11 estate do not constitute grounds for disallowance of Claim No. 32 pursuant to 11 U.S.C. §502(b). Claim No. 32 is based on services performed for the Debtor prior to the date of the petition initiating this bankruptcy case. These legal services are separate and distinct from the services performed post-petition.

3. BuckleySandler LLP is preparing its fee application for post-petition legal services and will be filing it with the Court when completed. BuckleySandler LLP is

1

endeavoring to complete that application in the reasonably near future and estimates that it will encompass fees in an amount well in excess of the $100,000 approved retainer. Included in that fee application will be a request that the firm be permitted to apply the approved retainer to any fees approved by the Court.

WHEREFORE, BuckleySandler, LLP respectfully requests that the Court deny the Claim Objection and enter an order allowing Claim No. 32 in full.

Respectfully submitted this 14th day of October, 2016.

                                              MARIA J. FLORA, P.C.

                                              /s/ Maria J. Flora
                                              Maria J. Flora #7198
                                              PO Box 7283
                                              Denver, Colorado 80207
                                              (303) 863-1400
                                              mjflora@msn.com
                                              ATTORNEY FOR
                                              BUCKLEYSANDLER LLC

CERTIFICATE OF SERVICE

The undersigned certifies that on October 14, 2016, I served by prepaid first class mail a copy of **RESPONSE TO TRUSTEE'S MOTION FOR ORDER DISALLOWING BUCKLEYSANDLER, LLC'S PROOF OF CLAIM (CLAIM NO. 32)** on the following parties at the following addresses:

Kimberley H. Tyson
Ireland Stapleton Pryor & Pascoe, PC
717 17th Street, Suite 2800
Denver, CO 80202

/s/ Maria J. Flora
For Maria J. Flora, P.C.