| | |
|---|---|
| **Bankruptcy Mailing Service.com**<br>197 S. London Station Road<br>Tucson, AZ  85748<br>(520) 885-2961 | **CERTIFICATE OF SERVICE**<br>**UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF COLORADO** |

| | |
|---|---|
| ATTORNEY NAME: | Kimberley H. Tyson |
| ADDRESS: | 717 17th Street, Suite 2800<br>Denver, CO  80202 |
| PHONE NUMBER: | (303) 623-2700 |
| CASE NO.: | **12-13815 TBM** |
| DEBTOR: | **United Western Bancorp, Inc.** |
| Date Received: | 11/7/2016 |
| Time Received: | 10:10 AM |
| Total Creditors: | **104** |

The undersigned certifies that on Monday, November 07, 2016 at 1:17 PM, I served by prepaid first class mail a copy of:

**NOTICE OF THIRD INTERIM APPLICATION FOR COMPENSATION OF DENNIS & COMPANY, PC AS ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE**

**NOTICE OF THIRD INTERIM APPLICATION FOR COMPENSATION OF IRELAND STAPLETON PRYOR & PASCOE, PC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on Monday, November 07, 2016, and, if applicable, other interested parties.

I, Richard Jump, declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown and prepared this Certificate of Service and that it is true and correct to the best of my knowledge, information and belief.

Richard Jump
Bankruptcy Mailing Service.com for
Kimberley H. Tyson