| | |
|---|---|
| **Bankruptcy Mailing Service.com** <br> 197 S. London Station Road <br> Tucson, AZ  85748 <br> (520) 885-2961 | **CERTIFICATE OF SERVICE** <br> **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF COLORADO** |

| | |
|---|---|
| ATTORNEY NAME: | Kimberley H. Tyson |
| ADDRESS: | 717 17th Street, Suite 2800 <br> Denver, CO  80202 |
| PHONE NUMBER: | (303) 623-2700 |
| **CASE NO.:** | **12-13815 TBM** |
| **DEBTOR:** | **United Western Bancorp, Inc.** |
| Date Received: | 11/7/2016 |
| Time Received: | 10:10 AM |
| Total Creditors: | **104** |

The undersigned certifies that on Monday, November 07, 2016 at 1:17 PM, I served by prepaid first class mail a copy of:

**NOTICE OF THIRD INTERIM APPLICATION FOR COMPENSATION OF DENNIS & COMPANY, PC AS ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE**

**NOTICE OF THIRD INTERIM APPLICATION FOR COMPENSATION OF IRELAND STAPLETON PRYOR & PASCOE, PC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on Monday, November 07, 2016, and, if applicable, other interested parties.

I, Richard Jump, declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown and prepared this Certificate of Service and that it is true and correct to the best of my knowledge, information and belief.

Richard Jump <br>
Bankruptcy Mailing Service.com for <br>
Kimberley H. Tyson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 12-13815-TBM<br>District of Colorado<br>Denver<br>Mon Nov  7 11:38:36 MST 2016 | 700 17th Street Operating LLC<br>c/o The Law Offices of Theodore W. Brin<br>1601 Blake Street<br>Suitre 305<br>Denver, CO 80202-1341 | 700 17th Street Operating, LLC<br>c/o The Law Offices of Theodore W. Brin<br>1601 Blake Street, Suite 305<br>Denver, Colorado 80202-1329 |
| Adams County Assessor<br>4430 S. Adams County Pkwy, 2nd Fl C-2100<br>Brighton, CO  80604 | Adams County Treasurer<br>PO Box 869<br>Brighton, CO 80601-0869 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Christoper Bartlein<br>w 316  s7516 Thorncrest Ct.<br>Mukwonago, WI 53149 | Bernard C. Darre<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Ethan Birnberg<br>600 17th St., Ste. 1800 South<br>Denver, CO 80202-5402 |
| Theodore Brin<br>1601 Blake St.<br>Ste. 305<br>Denver, CO 80202-1329 | Bruce Slovin<br>111 East 61st St.<br>New York, NY 10065-8101 | BuckleySandler, LLP<br>C/O Maria J. Flora, P.C.<br>1763 Franklin St.<br>Denver, CO 80218-1124 |
| City and County of Denver/Treasury<br>Attn: Karen Katros, Bankruptcy Analyst<br>201 W. Colfax Ave., Department 1001<br>Denver, CO 80202-5332 | Class Claimants<br>c/o Paul G. Urtz<br>1660 Lincoln Street, #2850<br>Denver, CO 80264-2800 | Clover Partners, L.P.<br>c/o Paul G. Urtz<br>1660 Lincoln Street, #2850<br>Denver, CO 80264-2800 |
| Colorado Department of Labor<br>PO Box 956<br>Denver, CO 80201-0956 | Colorado Department of Labor and Employment<br>Uemployment Insurance Operations<br>PO BOX 8789<br>Denver,CO 80201-8789 | Colorado Department of Revenue<br>Bankruptcy Unit<br>1375 Sherman St., Rm 504<br>Denver CO 80261-0004 |
| Colorado Department of Revenue<br>PO Box 956<br>Denver, CO 80201-0956 | Colorado Dept of Labor and Employment<br>PO Box 46545<br>Denver, CO 80201-6545 | Comptroller Of The Currency<br>Administrator Of National Banks<br>Washington, DC 20219-0001 |
| David Dennis<br>8400 E. Crescent Pkwy, Suite 600<br>Greenwood Village, CO 80111-2842 | Dennis Santistevan<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | William Dickensheet<br>1501 W. Wesley Ave.<br>Denver, CO 80223-4238 |
| Dickensheet & Associates, Inc.<br>1501 W. Wesley Ave.<br>Denver, CO 80223-4238 | Division Of IRS<br>1999 Broadway, Suite 1722<br>Denver, CO  80202-3008 | Angela D. Dodd<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago, IL 60604-2815 |
| Donald G. Zook, Jr.<br>PO Box 1727<br>Berthoud,  CO 80513-1727 | Equity Trust Company<br>2559 Burns Rd.<br>Elyria, OH  44035 | FBR Capital Markets & Co.<br>Attn:  Tara Holubar<br>1001 Nineteenth Street North<br>Arlington, VA 22209-1739 |

| | | |
|---|---|---|
| Fairfield and Woods, P.C.<br>c/o Caroline C. Fuller<br>1801 California, Suite 2600<br>Ste. 2600<br>Denver, CO 80202-2645 | Federal Deposit Insurance Corporation, as Rec<br>c/o Markus Williams Young & Zimmermann<br>John F. Young<br>1700 Lincoln Street, Suite 4000<br>Denver, CO 80203-4540 | Federal Deposit Insurance Corporation<br>Division Of Resolutions & Receiverships<br>1601 Bryan St.<br>Dallas, TX 75201-3401 |
| Federal Deposit Insurance Corporation,<br>as Receiver of United Wester Bank<br>c/o Alan P. Solow<br>DLA Piper LLP(US)<br>203 North LaSalle Street, Ste 1900<br>Chicago, IL 60601-1263 | Maria J. Flora<br>PO Box 7283<br>Denver, CO 80207-0283 | Caroline C. Fuller<br>1801 California St.<br>Ste. 2600<br>Denver, CO 80202-2645 |
| Guy A. Gibson<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Henry C. Duques<br>1300 Ben Franklin Dr.<br>Unit 1206<br>Sarasota, FL 34236-2159 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IRS - District Counsel<br>1244 Speer Blvd Ste 500<br>Denver, CO 80204-3518 | IRS District Counsel<br>1244 Speer, Ste. 500<br>Denver, CO 80204-3518 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service District SPS<br>1999 Broadway,<br>MS 5012 DEN<br>Denver, CO 80202-2490 | JPMorgan Chase Bank, N.A.<br>c/o Skadden Arps Slate Meagher & Flom<br>155 N. Wacker Drive<br>Chicago, IL 60606-1787 | JPMorgan Chase Bank, N.A.<br>Commercial Banking<br>Mail Code: IL1-1415<br>Chicago, IL 60603-2003 |
| JPMorgan Chase Bank, N.A.<br>c/o George N. Panagakis<br>Skadden,Arps,Slate,Meagher & Flom,LLP<br>155 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1720 | James H. Bullock<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Jeffrey A. Weinman, Ch 7 Trustee to UWT, Inc<br>c/o Patrick D. Vellone<br>Allen & Vellone, PC<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202-3160 |
| Jeffrey Leeds<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Jessica Kumar<br>155 N. Wacker Dr., Ste. 3200<br>Chicago, IL 60606-1731 | Mark A. Larson<br>1600 Stout Street<br>Ste. 1100<br>Denver, CO 80202-3160 |
| Latham & Watkins Attn: Peter M. Gilhuly<br>355 South Grand Ave.<br>Los Angeles, CA 90071-1560 | Joel Laufer<br>5290 DTC Pkwy,<br>Ste. 150<br>Englewood, CO 80111-2764 | Lester Ravitz<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 |
| Linda A. Selub<br>6851 S. Gaylord St., #2343<br>Centennial, CO 80122-1709 | Jeffrey M. Lippa<br>1200 17th St.<br>Ste. 2400<br>Denver, CO 80202-5858 | Lovell Minick Partners, LLC<br>2141 Rosecrans Ave., Ste. 5750<br>El Segundo, CA 90245-4747 |
| MHC Mutual Conversion Fund, L.P.<br>c/o Paul G. Urtz<br>1660 Lincoln Street, #2850<br>Denver, CO 80264-2800 | Marathon Document Solutions<br>700 17th St., Suite 800<br>Denver, CO 80202-3526 | Jarrod Martin<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |

| | | |
|---|---|---|
| Matrix Bancorp Capital Trust II<br>1100 North Market Street<br>Corporate Trust Department<br>Wilmington, DE 19890-1100 | Matrix Bancorp Capital Trust VI<br>Global Debt Services<br>100 Plaza One, 6th Floor<br>Jersey City, NJ 07311-3934 | Matrix Bancorp Capital Trust VIII<br>c/o Wells Fargo Bank, N.A.<br>919 Market Street, Suite 700<br>Wilmington, DE 19801-3044 |
| Robert A. McDermott<br>201 W. Colfax Ave.<br>Dep't. 1207<br>Denver, CO 80202-5329 | Michael McCloskey<br>c/o Matthew Rawlinson<br>Latham @ Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Microsoft Corporation and Microsoft Licensi<br>Joseph E. Shickich, Jr.<br>c/O RIDDELL WILLIAMS P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192 |
| Microsoft Corporation and Microsoft Licensin<br>c/o Joseph E. Shickich, Jr.<br>RIDDELL WILLIAMS P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1065 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Oak Hill Capital Management, LLC<br>65E 55th St., 32 Floor<br>New York, NY 10022-3219 |
| Oak Hill Capital Partners, III, LP<br>Oak Hill Capital Mgmt. Partners III, LP<br>201 Main St., #1620<br>Forth Worth, TX 76102-3136 | Oregon Department of Revenue<br>955 Center St.<br>Salem, OR 97301-2555 | M. Stephen Peters<br>5310 Ward Road<br>Suite G-07<br>Arvada, CO 80002-1829 |
| Kevin F. Powers<br>One Mid America Plaza<br>Suite 700<br>PO Box 3697<br>Oak Brook, IL 60522-3697 | Qwest Communications Company, LLC<br>dba CenturyLink QCC<br>Attn: Bankruptcy<br>1801 California St Rm 900<br>Denver, CO 80202-2609 | Qwest Corporation<br>dba CenturyLink QC<br>Attn: Bankruptcy<br>1801 California St Rm 900<br>Denver, CO 80202-2609 |
| Ray Rickard<br>120 West Park Dr.<br>Suite 200<br>Grand Junction, CO 81505-1456 | Brendon C. Reese<br>1300 Broadway, 8th Floor<br>Denver, CO 80203-2104 | Regional Diversified Funding 2004-1 Ltd<br>Wells Fargo Bank, N.A.<br>919 Market Street, Suite 700<br>Wilmington, DE 19801-3044 |
| Remax 4000, Inc.<br>120 West Park Dr.<br>Suite 200<br>Grand Junction, CO 81505-1456 | Vincent E. Rhynes<br>513 W. 159th St.<br>Gardena, CA 90248-2411 | Regina Ries<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264-2202 |
| Jared S. Roach<br>Reed Smith, LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222-2716 | Robert T. Slezak<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Simon E. Rodriguez<br>P.O. Box 36324<br>Denver, CO 80236-0324 |
| Sandler O'Neill + Partners, L.P.<br>1251 Avenue of the Americas<br>6th Floor<br>New York, NY 10020-1128 | Scot T. Wetzel<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Securities & Exchange Commission<br>Denver Regional Office<br>1801 California St Ste 1500<br>Denver, CO  80202-2656 |
| Harvey Sender<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264-2202 | Matthew D. Skeen<br>P.O. Box 218<br>Georgetown, CO 80444-0218 | Kimberley Haines Tyson<br>717 17th St.,<br>Ste., 2800<br>Denver, CO 80202-3311 |

| | | |
|---|---|---|
| US Attorney - Colorado<br>District Of Colorado, Civ. Div.<br>1225 17th St Ste 700<br>Denver, CO 80202-5598 | US Attorney General<br>Dept of Justice Tax Div.<br>PO Box 683 Ben Franklin Station<br>Washington, DC 20044-0683 | US Attorney General<br>Dept. Of Justice Tax Division<br>P O Box 683, Ben Franklin Station<br>Washington, DC 20044-0683 |
| US Trustee 11<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | United States Trustee<br>999 18th Street<br>Suite 1551<br>Denver, CO 80202-2415 | United Western Bancorp, Inc.<br>12301 Grant Street<br>Suite 110<br>Thornton, CO 80241-3130 |
| Paul G. Urtz<br>1660 Lincoln St.<br>Ste. 2850<br>Denver, CO 80264-2800 | David Warner<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264-2202 | Leo M. Weiss<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Wells Fargo Bank, N. A. as guarantee trustee<br>c/o Jared S. Roach, Esq.<br>Reed Smith, LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222-2716 | Wendy J. Fisk<br>3558 E. Davies Ave.<br>Centennial, CO 80122-2027 | William Snider<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 |
| Wilmington Trust Company, Trustee<br>c/o J. William Boone, Esq.<br>One Atlantic Center<br>1201 W. Peachtree St.<br>Atlanta, GA 30309-3424 | John F. Young<br>1700 Lincoln St.<br>Ste. 4550<br>Denver, CO 80203-4509 | c/o George N. Panagakis<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1720 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
Department of Treasury
Ogden, UT 84201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (u)BuckleySandler, LLP | (u)City & County of Denver |
| (u)Clover Partners, L.P. | (u)Directors and Officers | (u)First Citizens Bank and Trust Company |

| | | |
|---|---|---|
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)Internal Revenue Service, District SPS<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-2490 |
| (u)MHC Mutual Conversion Fund, L.P. | (d)Marathon Document Solutions, Inc.<br>700 17th St., Ste. 800<br>Denver, CO 80202-3526 | (u)Sandler O'Neill + Partners |
| (u)Stage Coach Investments, LLC | (u)State Of Colorado Department Of Revenue | (u)Angela Dodd U.S. Securities & Exchange Com |
| (d)US Attorney Colorado<br>District of Colorado Civ. Div.<br>1225 17th St., Ste. 700<br>Denver, CO 80202-5598 | (d)Vincent E. Rhynes<br>513 W. 159th St.<br>Gardena, CA 90248-2411 | (u)Jeffrey A. Weinman |
| (u)Wells Fargo Bank, National Association, as | End of Label Matrix<br>Mailable recipients    104<br>Bypassed recipients     19<br>Total                  123 | |