IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
UNITED WESTERN BANCORP, INC., ) Case No. 12-13815 ABC
EIN: 84-1233716 ) Chapter 7
)
Debtor. )

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER**

On September 12, 2016, Simon E. Rodriguez, Chapter 7 Trustee of the Bankruptcy Estate of United Western Bancorp, Inc., Movant, filed a motion or application pursuant to L.B.R. 9013-1 entitled Trustee's Motion for Order Disallowing Qwest Corporation d/b/a CenturyLink QC's Proof of Claim (Claim No. 33). Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on September 12, 2016.

2. [IF APPLICABLE] Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on September 12, 2016.

3. The docket numbers for each of the following relevant documents are:

    a.    the motion and all documents attached thereto and served therewith, (Docket Nos. 591, 591-1);
    b.    the notice, (Docket No. 600);
    c.    the certificate of service of the motion and the notice, (Docket Nos. 591 and 602);
    d.    the proposed order, (Docket No. 591-1); and

4. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice, or have been resolved by Docket No. N/A.

1

2338732.1

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated: November 17, 2016                IRELAND STAPLETON PRYOR & PASCOE, PC

  /s/ Kimberley H. Tyson
Kimberley H. Tyson, #18592
717 17th Street, Suite 2800
Denver, CO  80202
Telephone:  (303) 623-2700
Facsimile:  (303) 623-2062
E-mail:  ktyson@irelandstapleton.com

Attorneys for Simon E. Rodriguez, Chapter 7 Trustee of the Bankruptcy Estate of United Western Bancorp, Inc.

2338732.1

2