```
                           United States Bankruptcy Court
                                 District of Colorado
In re:                                                          Case No. 12-13815-TBM
United Western Bancorp, Inc.                                    Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: turnerp               Page 1 of 2              Date Rcvd: Nov 21, 2016
                               Form ID: pdf904             Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db             #+United Western Bancorp, Inc.,    12301 Grant Street,   Suite 110,    Thornton, CO 80241-3130
aty             +Jared S. Roach,    Reed Smith, LLP,    225 Fifth Avenue,    Pittsburgh, PA 15222-2716
intp             Christoper Bartlein,    w 316  s7516 Thorncrest Ct.,    Mukwonago, WI  53149
intp            +Marathon Document Solutions, Inc.,    700 17th St., Ste. 800,    Denver, CO 80202-3526
cr              +Vincent E. Rhynes,    513 W. 159th St.,    Gardena, CA 90248-2411
14119596         Equity Trust Company,    2559 Burns Rd.,    Elyria, OH  44035
14119603         JPMorgan Chase Bank, N.A.,    Commercial Banking,    Mail Code: IL1-1415,
                  Chicago, IL  60603-2003
14119606        +Matrix Bancorp Capital Trust II,    1100 North Market Street,    Corporate Trust Department,
                  Wilmington, DE 19890-1100
14119607        +Matrix Bancorp Capital Trust VI,    Global Debt Services,    100 Plaza One, 6th Floor,
                  Jersey City, NJ 07311-3934
14119608        +Matrix Bancorp Capital Trust VIII,    c/o Wells Fargo Bank, N.A.,    919 Market Street, Suite 700,
                  Wilmington, DE 19801-3044
14119611        +Regional Diversified Funding 2004-1 Ltd,    Wells Fargo Bank, N.A.,
                  919 Market Street, Suite 700,    Wilmington, DE 19801-3044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: peters@msplaw.org Nov 22 2016 00:49:57      M. Stephen Peters,    5310 Ward Road,
                  Suite G-07,    Arvada, CO 80002-1829
14119599         E-mail/Text: cio.bncmail@irs.gov Nov 22 2016 00:49:09      Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
15261852        +E-mail/Text: bklaw@centurylink.com Nov 22 2016 00:50:33      Qwest Communications Company, LLC,
                  dba CenturyLink QCC,    Attn: Bankruptcy,    1801 California St Rm 900,    Denver, CO 80202-2609
15261787        +E-mail/Text: bklaw@centurylink.com Nov 22 2016 00:50:33      Qwest Corporation,
                  dba CenturyLink QC,    Attn: Bankruptcy,    1801 California St Rm 900,    Denver, CO 80202-2609
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             ##+Federal Deposit Insurace Corporation, as Receiver,    c/o Markus Williams Young & Zimmermann,
                  John F. Young,    1700 Lincoln Street, Suite 4000,    Denver, CO 80203-4540
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov
              Angela D. Dodd    on behalf of Interested Party Angela Dodd   U.S. Securities & Exchange Commission
                 dodda@sec.gov,    vasiosg@sec.gov;hugheslj@sec.gov
              Bart B. Burnett    on behalf of Defendant    Latham & Watkins LLP bburnett@hblegal.net,
                 dhowell@hblegal.net;thoy@hblegal.net
              Brendon C. Reese    on behalf of Creditor    State Of Colorado Department Of Revenue
                 brendon.reese@state.co.us
              Caroline C. Fuller    on behalf of Trustee Simon E. Rodriguez cfuller@fwlaw.com,
                 dfilipek@fwlaw.com
```

```
District/off: 1082-1           User: turnerp                Page 2 of 2                  Date Rcvd: Nov 21, 2016
                               Form ID: pdf904              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Caroline C. Fuller    on behalf of Spec. Counsel    Fairfield and Woods, P.C. cfuller@fwlaw.com,
           dfilipek@fwlaw.com
          David  Warner     on behalf of Debtor    United Western Bancorp, Inc. david.warner@sendwass.com,
           agarcia@sww-legal.com
          Ethan  Birnberg     on behalf of Creditor    First Citizens Bank and Trust Company
           ebirnberg@lindquist.com,  bblessing@lindquist.com
          Harvey  Sender    on behalf of Debtor    United Western Bancorp, Inc. Sendertrustee@sendwass.com,
           ECFHSender@gmail.com
          Jeffrey M. Lippa    on behalf of Defendant    Greenberg Traurig, LLP lippaj@gtlaw.com,
           lovelandk@gtlaw.com
          Jeffrey M. Lippa    on behalf of Interested Party    Directors and Officers lippaj@gtlaw.com,
           lovelandk@gtlaw.com
          Jessica  Kumar    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
           jessica.kumar@skadden.com
          Joel  Laufer    on behalf of Creditor    Stage Coach Investments, LLC jl@jlrplaw.com
          John F. Young    on behalf of Creditor    Federal Deposit Insurace Corporation, as Receiver for
           United Western Bank jyoung@markuswilliams.com,
           docket@markuswilliams.com;jtokuoka@markuswilliams.com
          John F. Young    on behalf of Defendant    Federal Deposit Insurance Corporation, in its capacity
           as Receiver for United Western Bank jyoung@markuswilliams.com,
           docket@markuswilliams.com;jtokuoka@markuswilliams.com
          Joshua M. Hantman    on behalf of Defendant William D. Snider jhantman@bhfs.com,
           vobrien@bhfs.com;sgrisham@bhfs.com
          Kimberley Haines Tyson    on behalf of Trustee Simon E. Rodriguez ktyson@irelandstapleton.com,
           RMcReynolds@irelandstapleton.com;MLovell@irelandstapleton.com
          Kimberley Haines Tyson    on behalf of Plaintiff Simon E. Rodriguez ktyson@irelandstapleton.com,
           RMcReynolds@irelandstapleton.com;MLovell@irelandstapleton.com
          Kimberley Haines Tyson    on behalf of Accountant David  Dennis ktyson@irelandstapleton.com,
           RMcReynolds@irelandstapleton.com;MLovell@irelandstapleton.com
          Leo M. Weiss    on behalf of U.S. Trustee    US Trustee, 11 Leo.M.Weiss@usdoj.gov
          Maria J. Flora    on behalf of Creditor    BuckleySandler, LLP mjflora@msn.com,
           shellyscales@msn.com
          Mark A. Larson    on behalf of Creditor Jeffrey A. Weinman mlarson@allen-vellone.com,
           mmorton@allen-vellone.com
          Mark D. Bloom    on behalf of Defendant    Greenberg Traurig, LLP bloomm@gtlaw.com,
           miaecfbky@gtlaw.com
          Mark E. Haynes    on behalf of Plaintiff Simon E. Rodriguez mhaynes@irelandstapleton.com,
           BSussman@irelandstapleton.com;jhahn@irelandstapleton.com
          Matthew D. Skeen    on behalf of Creditor M. Stephen Peters mdskeen@skeen-skeen.com
          Paul G. Urtz    on behalf of Creditor    Clover Partners, L.P. paulurtz@stutzmillerurtz.com
          Paul G. Urtz    on behalf of Creditor    MHC Mutual Conversion Fund, L.P.
           paulurtz@stutzmillerurtz.com
          Robert A. McDermott    on behalf of Creditor    City & County of Denver
           bankruptcy.robert@denvergov.org
          Simon E. Rodriguez    Lawyercolo@aol.com,  CO26@ecfcbis.com
          Theodore  Brin    on behalf of Creditor    700 17th Street Operating LLC theo@brinlaw.com,
           jody@brinlaw.com
          US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov

                                                                                                            TOTAL: 31

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED WESTERN BANCORP, INC., ) | Case No. 12-13815 TBM |
| EIN: 84-1233716 ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER DISALLOWING QWEST CORPORATION D/B/A CENTURYLINK QC'S PROOF OF CLAIM (CLAIM NO. 33) AS A PRIORITY CLAIM**

THIS MATTER coming before the Court upon the Trustee's Motion for Order Disallowing Qwest Corporation d/b/a CenturyLink's Proof of Claim (Claim No. 33) as a Priority Claim, notice having been given pursuant to Rule 9013-1 of the Local Rules of Bankruptcy Procedure and no objections having been timely filed, the Court hereby

ORDERS that the Trustee's Motion for Order Disallowing Trustee's Motion for Order Disallowing Qwest Corporation d/b/a CenturyLink's Proof of Claim (Claim No. 33) as a Priority Claim is GRANTED.

FURTHER ORDERS Claim Number 33 is allowed as a general unsecured claim only.

DATED:   November 21, 2016            BY THE COURT:

_Thomas B. McNamara_
UNITED STATES BANKRUPTCY JUDGE
Thomas B. McNamara

2460541.1