EXHIBIT B-1




FEDERAL TAXPAYER ID# 84-0587847

SIMON E. RODRIGUEZ, CHAPTER 7 TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

November 21, 2018

| | |
|---|---|
| Billed through | 10/31/2018 |
| Bill Number | 109097 |
| | 12432-00200 |

## SUMMARY OF CURRENT STATEMENT

Matter/Description

00200 BANKRUPTCY

| | |
|---|---|
| Total Fees Incurred | $8,190.00 |
| Courtesy Discount | ($1,001.00) |
| Total Fees Billed Less Discount | $7,189.00 |
| Total Disbursements | $0.00 |
| **Total New Charges for this Matter** | **$7,189.00** |
| Prior Balance | $2,824.66 |
| Payments Received | $2,824.66 |
| Adjustments Applied | $0.00 |
| **Total Balance Due** | **$7,189.00** |




SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109097 MEH

12432-00200

**Matter 00200 BANKRUPTCY**

| **FOR PROFESSIONAL SERVICES RENDERED** | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/10/2017 | MEH | Telephone conference with S. Rodriguez regarding Larson assertion estate has claim against FDIC receivership; review latest FDIC financial reports for UWB (0.5); review recent online posts of UWBI shareholders regarding FDIC receivership (0.3); Review Larson correspondence and telephone conference with M. Larson (1.0). | 1.80 | 810.00 |
| 11/15/2017 | MEH | Review Dennis & Co. Bills and draft Fee Application and Cover Sheet. | 3.50 | 1,575.00 |
| 11/16/2017 | MEH | Draft Dennis & Co Fee Application Order and Notice and review and revise entire Dennis Application to send to S. Rodriguez for review. | 2.30 | 1,035.00 |
| 11/17/2017 | MEH | Review cases on availability of accounting and equitable remedies against FDIC as follow up to Vellone/Larson meeting. | 1.30 | 585.00 |
| 11/21/2017 | MEH | Review and revise Dennis and Co. Fee Application and draft Proposed Order; conference call with W.H. Parsons and S. Rodriguez regarding response to IRS notice. | 3.00 | 1,350.00 |
| 11/30/2017 | MEH | Correspondence with L. Henry regarding confidentiality agreement. | 0.30 | 135.00 |
| 12/04/2017 | MEH | Correspondence with S. Rodriguez regarding strategy and response to Vellone request to bring new claim against FDIC for share of receivership "surplus." | 0.80 | 360.00 |
| 12/11/2017 | MEH | Correspondence with H. Reese regarding proposal for FDIC claim. | 0.30 | 135.00 |




SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109097 MEH

12432-00200

**Matter 00200 BANKRUPTCY**

| FOR PROFESSIONAL SERVICES RENDERED | | | Hours | Amount |
|---|---|---|---|---|
| 12/18/2017 | MEH | Telephone conference with S. Rodriguez regarding possible new action against SEC (.50); review article regarding FDIC receiverships and treatment of withheld assets (1.30). | 1.80 | 810.00 |
| 01/03/2018 | MEH | Review Court Orders regarding approval of interim fee requests from ISPP and Dennis & Co.; correspondence with Dennis regarding same; correspondence with client regarding same. | 1.00 | 450.00 |
| 06/12/2018 | MEH | Telephone conference with S. Rodriguez regarding document retention obligations and past requests for documents and computer information. | 0.80 | 360.00 |
| 07/19/2018 | MEH | Review shareholder email inquiry; discuss with S. Rodriguez and draft response. | 1.30 | 585.00 |
| | | | Total Current Fees for this Matter | $8,190.00 |
| | | | Courtesy Discount | $1,001.00 |
| | | | Net Total Current Fees for this Matter | $7,189.00 |




SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109097 MEH

12432-00200

**Matter 00200 BANKRUPTCY**

**SUMMARY OF FEES**

| Name | Initials | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| Haynes, Mark | MEH | 18.20 | $450.00 | 8,190.00 |
| | | 18.20 | | $8,190.00 |




SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109097 MEH

12432-00200

☐ VISA ☐ MASTERCARD ☐ AMERICAN EXPRESS ☐ DISCOVER

CREDIT CARD NUMBER ______________________________

SECURITY CODE FROM BACK OF CREDIT CARD __________

AMOUNT __________ EXP DATE __________

NAME AS IT APPEARS ON CREDIT CARD ______________________________

MAILING ADDRESS OF CREDIT CARD BILL
INCLUDING ZIP CODE ______________________________

______________________________

DAYTIME PHONE NUMBER ______________________________

EMAIL ADDRESS ______________________________

SIGNATURE ______________________________

For your convenience, you can now fax directly to our Accounting Department at 720-287-5373, or scan and email to accounting@irelandstapleton.com