

SIMON E. RODRIGUEZ, CHAPTER 7 TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAXPAYER ID# 84-0587847

November 21, 2018

Billed through          10/31/2018
Bill Number             109100
                        12432-00207

## SUMMARY OF CURRENT STATEMENT

Matter/Description

00207     FDIC TAX LITIGATION

| | |
|---|---:|
| Total Fees Incurred | $47,689.00 |
| Courtesy Discount | ($3,534.50) |
| Total Fees Billed Less Discount | $44,154.50 |
| Total Disbursements | $0.00 |
| **Total New Charges for this Matter** | **$44,154.50** |
| Prior Balance | $63,605.50 |
| Payments Received | $63,474.50 |
| Adjustments Applied | $131.00 |
| **Total Balance Due** | **$44,154.50** |



# IRELAND STAPLETON

SIMON E. RODRIGUEZ, CHAPTER 7  
TRUSTEE  
UNITED WESTERN BANCORP  
PO BOX 36324  
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847  
November 21, 2018  
Billed through 10/31/2018  
Bill # 109100  MEH

12432-00207

**Matter    00207    FDIC TAX LITIGATION**

**FOR PROFESSIONAL SERVICES RENDERED**                                          **Hours**    **Amount**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/2017 | BMB | Docket Appellee's deadline to file brief. | 0.10 | 18.00 |
| 11/27/2017 | MEH | Filing of amended Notice of fee application and related correspondence with S. Rodriguez. | 0.80 | 360.00 |
| 11/29/2017 | BMB | Calculate and docket deadline to file Reply Brief. | 0.30 | 54.00 |
| 12/07/2017 | MEH | Telephone conference with M.M. Lane regarding outline and drafting Reply Brief (.50); review FDIC's Opposition Brief and begin review authorities cited therein (3.00). | 3.50 | 1,575.00 |
| 12/08/2017 | MEH | Research and drafting for Reply Brief (2.4); teleconference with M.M. Lane regarding outline (0.4). | 2.80 | 1,260.00 |
| 12/11/2017 | MEH | Review FDIC's cases and review, revise Reply Brief. | 6.30 | 2,835.00 |
| 12/12/2017 | MEH | Revise and add to draft Reply Brief (5.0); teleconference with M.M. Lane to coordinate sections (0.3). | 5.30 | 2,385.00 |
| 12/13/2017 | BMB | Attention to review of Reply Brief and filing with the Court. | 0.80 | 144.00 |
| 12/13/2017 | BMB | Email correspondence with M.E. Haynes regarding finalizing brief. | 0.30 | 54.00 |
| 12/13/2017 | MEH | Final revisions to Reply Brief including Table of Contents and Table of Authorities (4.1); correspondence with M.M. Lane regarding final revisions (0.4). | 4.50 | 2,025.00 |
| 12/14/2017 | BMB | Draft instructions for preparation of hard copies of Reply Brief to be delivered and filed with the Court. | 0.20 | 36.00 |
| 12/14/2017 | MEH | Email with M.M. Lane regarding entry of time for next fee application (.5); correspondence with S. Rodriguez regarding Reply Brief (.4). | 0.90 | 405.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109100  MEH

12432-00207

**Matter     00207     FDIC TAX LITIGATION**

| FOR PROFESSIONAL SERVICES RENDERED | | | Hours | Amount |
|---|---|---|---|---|
| 12/15/2017 | BMB | Coordinate assembly of hard copies of Reply Brief and filing with the Court; email correspondence with M.E. Haynes regarding same. | 0.50 | 90.00 |
| 12/15/2017 | MEH | Review hard copy filing. | 0.30 | 135.00 |
| 02/26/2018 | MEH | Review new FDIC Entry of Appearance and correspondence with S. Rodriguez regarding same. | 0.50 | 225.00 |
| 03/02/2018 | MEH | Review new Entry of Appearance for FDIC (.30); correspondence with S. Rodriguez regarding same (.40). | 0.70 | 315.00 |
| 03/14/2018 | BMB | Review Court notice regarding scheduling of Oral Argument, complete calendar acknowledgment form (0.4); docket associated deadlines (0.3). | 0.70 | 126.00 |
| 03/14/2018 | MEH | Review Notice from 10th Circle regarding oral argument. | 0.50 | 225.00 |
| 03/20/2018 | BMB | Draft Oral Argument Calendar Notice; email correspondence with M.E. Haynes regarding same. | 0.40 | 72.00 |
| 03/20/2018 | MEH | Review 10 Circuit Order regarding oral argument and correspondence with M.M. Lane regarding same. | 0.10 | 45.00 |
| 05/03/2018 | BMB | Attention to preparing oral argument notebook. | 1.60 | 288.00 |
| 05/04/2018 | BMB | Assist with preparation for oral argument. | 2.90 | 522.00 |
| 05/07/2018 | BMB | Attention to preparation for oral argument, including organization of case law, draft instructions for organization of case law. | 1.10 | 198.00 |
| 05/07/2018 | MEH | Review Bankruptcy and District Court Orders and 10th Circuit brief and other preparation for 10th Circuit oral argument. | 2.30 | 1,035.00 |
| 05/08/2018 | BMB | Finalize materials for Oral Argument. | 1.20 | 216.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109100  MEH

12432-00207

| Matter | 00207 | FDIC TAX LITIGATION | | |
|---|---|---|---|---|
| **FOR PROFESSIONAL SERVICES RENDERED** | | | **Hours** | **Amount** |
| 05/08/2018 | MEH | Review briefs and case law in preparation for oral argument. | 3.50 | 1,575.00 |
| 05/09/2018 | MEH | Review case law cited in briefs and other preparation for oral argument. | 5.80 | 2,610.00 |
| 05/10/2018 | MEH | Outline and prepare oral argument (6.5); telephone conference with S. Rodriguez (1.7). | 7.20 | 3,240.00 |
| 05/11/2018 | MEH | Finalize argument outline, additional legal research and other preparation for 10th Circuit argument. | 6.00 | 2,700.00 |
| 05/15/2018 | MEH | Prepare for and attend 10th Circuit argument. | 2.80 | 1,260.00 |
| 06/18/2018 | MEH | Brief review of 10th Circuit opinion and correspondence regarding same. | 0.70 | 315.00 |
| 06/19/2018 | BMB | Review and distribute 10th Circuit Opinion to counsel; forward copy to Client. | 0.40 | 72.00 |
| 07/02/2018 | WHP | Conference call with S. Rodriguez and M.E. Haynes regarding 10th Circuit Court affirming the District Court opinion awarding the $4,100,000 tax refund to the FDIC and to discuss the strategy for approaching the IRS in the Denver Colfax office to request an audit. | 1.00 | 450.00 |
| 07/03/2018 | MEH | Conference call with S. Rodriguez and W.H. Parsons regarding 10th Circuit opinion, IRS claim and options going forward. | 1.00 | 450.00 |
| 07/11/2018 | MEH | Review Mandate and FRAP regarding date of issuance and work with B.M. Biondolillo to inform Court of mistake (1.30); teleconference with M.M. Lane regarding evaluation of possible Petition for Rehearing (.50). | 1.80 | 810.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847

November 21, 2018

Billed through 10/31/2018

Bill # 109100   MEH

12432-00207

| Matter | 00207 | FDIC TAX LITIGATION | | |
|---|---|---|---|---|
| **FOR PROFESSIONAL SERVICES RENDERED** | | | **Hours** | **Amount** |
| 07/12/2018 | BMB | Office conference with M.E. Haynes regarding premature mandate being issued; telephone conference with U.S. District Court clerk regarding same. | 0.30 | 54.00 |
| 07/13/2018 | BMB | Review Bankruptcy Court docket to confirm if mandate withdrawal has been docketed; office conference with M.E. Haynes regarding same. | 0.20 | 36.00 |
| 07/13/2018 | MEH | Follow up correspondence regarding withdrawal of Mandate improperly issued. | 0.50 | 225.00 |
| 07/30/2018 | JLG | Research procedural cases that permit court to grant rehearing to modify decision, begin reading pleadings and opinions for preservation issue to attempt to get change to 10th Circuit opinion. | 0.80 | 200.00 |
| 07/30/2018 | JLG | Research ability to hold funds in account pending motion for declaratory order (0.9);  phone call with client (0.5); following call, determine if it is possible to file a petition for rehearing or in the alternative modification in order to address errant factual finding (1.1). | 2.50 | 625.00 |
| 08/01/2018 | JLG | Complete record review; email to Z.S. Dougherty to discuss and compare. | 1.30 | 325.00 |
| 08/01/2018 | JLG | Review record for potential petition for rehearing | 5.60 | 1,400.00 |
| 08/01/2018 | ZSD | Review appellate record for use in Petition for Panel Rehearing; draft outline of potential issues/arguments. | 7.50 | 2,175.00 |
| 08/02/2018 | JLG | Research draft and discuss brief. | 7.20 | 1,800.00 |
| 08/02/2018 | ZSD | Review appellate record for use in Petition for Panel Rehearing; review draft and revisions of same. | 7.40 | 2,146.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847

November 21, 2018

Billed through 10/31/2018

Bill # 109100  MEH

12432-00207

**Matter        00207        FDIC TAX LITIGATION**

| FOR PROFESSIONAL SERVICES RENDERED | | | Hours | Amount |
|---|---|---|---|---|
| 08/03/2018 | BMB | Finalize and file Petition for Panel Rehearing and distribute to counsel. | 0.50 | 90.00 |
| 08/03/2018 | JLG | Draft revision(7.6); confer with Z.S. Dougherty and M.E. Haynes on draft and revisions (0.8); file petition for rehearing (0.3). | 8.70 | 2,175.00 |
| 08/03/2018 | MEH | Review cases and example regarding Motion for Rehearing. | 1.30 | 585.00 |
| 08/03/2018 | MEH | Review and revise Motion for Rehearing. | 1.00 | 450.00 |
| 10/08/2018 | MEH | Lengthy telephone call with attorney S. Berglass who is handling an FDIC tax claim in Washington State and follow up correspondence regarding mutual assistance. | 1.30 | 585.00 |
| 10/12/2018 | MEH | Review email from Seeley Berglass and Venture Financial case forwarded by them. | 0.50 | 225.00 |
| 12/07/2017 | MML | Phone correspondence with M.E. Haynes regarding Answer Brief and key arguments for Reply. | 0.40 | 88.00 |
| 12/08/2017 | MML | Phone correspondence with M.E. Haynes regarding Arguments (.40); draft plan for Reply (.50). | 0.90 | 198.00 |
| 12/09/2017 | MML | Pull and review district court filings and record on appeal. | 1.10 | 242.00 |
| 12/10/2017 | MML | Re-read portions of Answer Brief. | 0.50 | 110.00 |
| 12/10/2017 | MML | Research Statutory Authority citied in Answer regarding allocation of operating losses. | 1.00 | 220.00 |
| 12/10/2017 | MML | Research for Reply Brief. | 2.00 | 440.00 |
| 12/10/2017 | MML | Draft portions of Reply Brief. | 7.20 | 1,584.00 |
| 12/11/2017 | MML | Revise and continue drafting Reply. | 4.40 | 968.00 |
| 12/12/2017 | MML | Phone correspondence with M.E. Haynes regarding status of Reply Brief revisions and additions to be made. | 0.30 | 66.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109100  MEH

12432-00207

**Matter      00207       FDIC TAX LITIGATION**

| FOR PROFESSIONAL SERVICES RENDERED | | | | Hours | Amount |
|---|---|---|---|---|---|
| 12/12/2017 | MML | Receive draft Reply Brief back from M.E. Haynes and continue drafting Reply Brief revisions. | | 9.30 | 2,046.00 |
| 12/13/2017 | MML | Final read of Reply Brief (1.3); email correspondence with M.E. Haynes regarding final revisions to same (.40). | | 1.70 | 374.00 |
| 12/13/2017 | MML | Phone correspondence with M.E. Haynes regarding draft Reply Brief. | | 0.10 | 22.00 |
| 12/07/2017 | MML | Review Answer Brief. | | 0.50 | 110.00 |

|  | |
|---|---|
| Total Current Fees for this Matter | $47,689.00 |
| Courtesy Discount | $3,534.50 |
| Net Total Current Fees for this Matter | $44,154.50 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109100  MEH

12432-00207

**Matter      00207      FDIC TAX LITIGATION**

### SUMMARY OF FEES

| Name | Initials | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| Biondollilo, Barbara M | BMB | 11.50 | $180.00 | 2,070.00 |
| Gilbert, Jennifer L | JLG | 26.10 | $250.00 | 6,525.00 |
| Haynes, Mark | MEH | 61.90 | $450.00 | 27,855.00 |
| Lane, Mike M | MML | 29.40 | $220.00 | 6,468.00 |
| Parsons, Jr., William H | WHP | 1.00 | $450.00 | 450.00 |
| Dougherty, Zachary S | ZSD | 14.90 | $290.00 | 4,321.00 |
| | | 144.80 | | $47,689.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109100  MEH

12432-00207

☐ VISA      ☐ MASTERCARD          ☐ AMERICAN EXPRESS      ☐ DISCOVER

CREDIT CARD NUMBER _____

SECURITY CODE FROM BACK OF CREDIT CARD  _____

AMOUNT  _____       EXP DATE  _____

NAME AS IT APPEARS ON CREDIT CARD _____

MAILING ADDRESS OF CREDIT CARD BILL _____
INCLUDING ZIP CODE
_____

DAYTIME PHONE NUMBER _____

EMAIL ADDRESS _____

SIGNATURE _____

For your convenience, you can now fax directly to our Accounting Department at 720-287-5373, or scan and email to accounting@irelandstapleton.com

IRELAND STAPLETON PRYOR & PASCOE, PC
717 17TH STREET SUITE 2800, DENVER CO 80202   TEL 303.623.2700   FAX 303.623.2062   IRELANDSTAPLETON.COM