

SIMON E. RODRIGUEZ, CHAPTER 7 TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAXPAYER ID# 84-0587847

November 21, 2018

| | |
|---|---|
| Billed through | 10/31/2018 |
| Bill Number | 109098 |
| | 12432-00201 |

## SUMMARY OF CURRENT STATEMENT

Matter/Description

00201     FEE APPLICATION

| | |
|---|---:|
| Total Fees Incurred | $13,860.00 |
| Courtesy Discount | ($1,694.00) |
| Total Fees Billed Less Discount | $12,166.00 |
| Total Disbursements | $0.00 |
| **Total New Charges for this Matter** | **$12,166.00** |
| Prior Balance | $487.50 |
| Payments Received | $487.50 |
| Adjustments Applied | $0.00 |
| **Total Balance Due** | **$12,166.00** |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847

November 21, 2018

Billed through 10/31/2018

Bill # 109098  MEH

12432-00201

| Matter | 00201 | | FEE APPLICATION | | |
|---|---|---|---|---|---|
| **FOR PROFESSIONAL SERVICES RENDERED** | | | | **Hours** | **Amount** |
| 11/10/2017 | MEH | | Review 2016 fee application and attachments in preparation for drafting 2017 fee application. | 1.50 | 675.00 |
| 11/13/2017 | MEH | | Review ISPP invoices for all matters 11/1/16 to 10/30/17 and edit same; begin drafting ISPP fee application and attachments. | 6.30 | 2,835.00 |
| 11/14/2017 | MEH | | Draft ISPP description of services and fees by matter and attachments to Fee Application; review and revise invoices for all matters. | 4.80 | 2,160.00 |
| 11/15/2017 | MEH | | Further review and revisions to ISPP invoices; draft summary of services and fees portion of ISPP fee application. | 2.40 | 1,080.00 |
| 11/16/2017 | MEH | | Review and revise ISPP Fee Application to send to S. Rodriguez for review. | 2.20 | 990.00 |
| 11/20/2017 | MEH | | Draft Notice to Creditors of Fee Application. | 0.80 | 360.00 |
| 11/21/2017 | MEH | | Review and revise ISPP Fee Application, invoices and other attachments; draft Corrected Fee Application. | 6.50 | 2,925.00 |
| 11/22/2017 | MEH | | Review and revise Corrected Fee Application. | 0.80 | 360.00 |
| 12/19/2017 | MEH | | Review court file and draft ISPP and Dennis Certificates of Noncontested Matter (1.30); correspondence with client and M. Dennis regarding noncontest certs (.40); correspondence with M.M. Lane regarding same (.50) review statutes regarding claims against FDIC and liquidation of tax claims in Bankruptcy Court (1.80). | 4.00 | 1,800.00 |
| 12/27/2017 | MEH | | Review fee Order and status report to client. | 0.50 | 225.00 |
| 12/28/2017 | MEH | | Review M. Dennis fee Order and correspondence with M. Dennis. | 0.50 | 225.00 |
| 07/16/2018 | MEH | | Set up new billing and file for IRS claim. | 0.50 | 225.00 |



SIMON E. RODRIGUEZ, CHAPTER 7 TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847

November 21, 2018

Billed through 10/31/2018

Bill # 109098  MEH

12432-00201

**Matter       00201         FEE APPLICATION**

**FOR PROFESSIONAL SERVICES RENDERED**                              **Hours        Amount**

|  |  |
|---|---|
| Total Current Fees for this Matter | $13,860.00 |
| Courtesy Discount | $1,694.00 |
| Net Total Current Fees for this Matter | $12,166.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847

November 21, 2018

Billed through 10/31/2018

Bill # 109098  MEH

12432-00201

**Matter    00201    FEE APPLICATION**

## SUMMARY OF FEES

| Name | Initials | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| Haynes, Mark | MEH | 30.80 | $450.00 | 13,860.00 |
|  |  | 30.80 |  | $13,860.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847

November 21, 2018

Billed through 10/31/2018

Bill # 109098  MEH

12432-00201

☐ VISA      ☐ MASTERCARD        ☐ AMERICAN EXPRESS    ☐ DISCOVER

CREDIT CARD NUMBER

SECURITY CODE FROM BACK OF CREDIT CARD

AMOUNT                              EXP DATE

NAME AS IT APPEARS ON CREDIT CARD

MAILING ADDRESS OF CREDIT CARD BILL
INCLUDING ZIP CODE

DAYTIME PHONE NUMBER

EMAIL ADDRESS

SIGNATURE

For your convenience, you can now fax directly to our Accounting Department at
720-287-5373, or scan and email to accounting@irelandstapleton.com