

**IRELAND STAPLETON**

SIMON E. RODRIGUEZ, CHAPTER 7 TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAXPAYER ID# 84-0587847

November 21, 2018
Billed through 10/31/2018
Bill Number 109102
12432-00215

## SUMMARY OF CURRENT STATEMENT

Matter/Description

00215    IRS TAX CLAIM

| | |
|---|---:|
| Total Fees Incurred | $37,883.00 |
| Courtesy Discount | ($1,814.50) |
| Total Fees Billed Less Discount | $36,068.50 |
| Total Disbursements | $0.00 |
| **Total New Charges for this Matter** | **$36,068.50** |
| Prior Balance | $0.00 |
| Payments Received | $0.00 |
| Adjustments Applied | $0.00 |
| **Total Balance Due** | **$36,068.50** |



# IRELAND STAPLETON

SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109102  MEH

12432-00215

**Matter      00215      IRS TAX CLAIM**

| FOR PROFESSIONAL SERVICES RENDERED | | | | Hours | Amount |
|---|---|---|---|---|---|
| 11/18/2017 | WHP | Review email from S. Rodriguez; forward a demand letter from the IRS in the amount of $477,864.91 in connection with the UWB 2016 Form 1120; consider same. | | 0.30 | 135.00 |
| 11/19/2017 | WHP | Draft response to S. Rodriguez recommending that the Bankruptcy Estate oppose the demand letter from the IRS. | | 0.30 | 135.00 |
| 11/20/2017 | MEH | Review IRS notice of additional tax due and conference call with S. Rodriguez regarding same. | | 0.70 | 315.00 |
| 11/20/2017 | WHP | Conference call with S. Rodriguez and M.E. Haynes to discuss IRS demand letter and develop a strategy to oppose it (.5); review memorandum to file on Section 7507 of the Internal Revenue Code of 1986, regarding prohibiting the US Department of the Treasury from assessing tax against a bankrupt or insolvent bank trust company, that has ceased business by reason of insolvency or bankruptcy (.2); research regarding underlying regulations and case law (.8). | | 1.50 | 675.00 |
| 11/30/2017 | WHP | Review history of Section 7507 concerning exclusion from assessment of tax by the U.S. Department of the Treasury (.3); research regarding legal authorities citing Section 7507 in the context of insolvent consolidated tax return files (.7); research FDIC published positions regarding Section 7507 vis-a-vis insolvent consolidated return tax files (.6); draft letter to IRS opposing its position concerning assessment of tax (.6) | | 2.20 | 990.00 |



# IRELAND STAPLETON

SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847

November 21, 2018

Billed through 10/31/2018

Bill # 109102   MEH

12432-00215

| Matter | 00215 | IRS TAX CLAIM | | |
|---|---|---|---|---|
| **FOR PROFESSIONAL SERVICES RENDERED** | | | **Hours** | **Amount** |
| 12/01/2017 | WHP | Continue research, correcting and drafting of letters in response to IRS Notice of November 20, 2017 (1.50). | 1.50 | 675.00 |
| 12/07/2017 | WHP | Research regarding IRS pronouncements concerning Section 7507; the exception for taxation of insolvent banks (1.50). | 1.50 | 675.00 |
| 12/08/2017 | WHP | Continued research on Section 7507 and drafting of replay to IRS 11/20/17 Notice (.80). | 0.80 | 360.00 |
| 12/14/2017 | WHP | Telephone discussion with S. Rodriguez concerning response to 2/20/17 IRS Notice (.30); work regarding same (2.20). | 2.50 | 1,125.00 |
| 12/19/2017 | WHP | Received email from client forwarding IRS Notice of intent to seize (levy) your property or rights to property and discussion with client regarding same (.30); research concerning defense to Notice to levy (1.50). | 1.80 | 810.00 |
| 12/20/2017 | WHP | Received emails from D. Dennis, C.P.A. regarding Notice of levy (.30); consider same and draft email to D. Dennis and client (.20); work out response to Levy Notice (1.0). | 1.50 | 675.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109102  MEH

12432-00215

**Matter     00215     IRS TAX CLAIM**

| FOR PROFESSIONAL SERVICES RENDERED | | | | Hours | Amount |
|---|---|---|---|---|---|
| 12/21/2017 | WHP | Received email from client requesting that I call IRS employee Michale Lloyd in the IRS insolvency group (.10); call to Mr. Lloyd to discuss client response to Note of levy (.30); call to Troy Bair, chief of IRS insolvency group, to discuss same (.40); work response to 11/20/17 IRS Notice (1.40); made telephone call to Linda Johnson at IRS insolvency division and left voice mail requesting her assistance in suspending levy (.10); email from M. Dennis (CPA) saying he talked to L. Johnson and she is not authorized to help but that we need to call IRS Automated Collection Division (.10). | | 2.40 | 1,080.00 |
| 12/22/2017 | WHP | Voice mail from L. Johnson saying she cannot help (1.0); telephone discussion with M. Dennis saying that he spoke to Automated Collection Division and they agreed to suspend the Notice of Levy pending our response to the November 20, 2017 Notice (.30). | | 0.50 | 225.00 |
| 12/23/2017 | WHP | Drafting response to November 20, 2017 IRS Notice (2.30). | | 2.30 | 1,035.00 |
| 12/26/2017 | WHP | Voice mail from L. Johnson of IRS Insolvency Division, explaining her inability to help with suspending levy (.10); call to L. Johnson thanking her for her efforts (.10); work regarding response to November 20, IRS Notice (1.50). | | 1.70 | 765.00 |
| 01/02/2018 | WHP | Draft letter in response to IRS Notice of Trustee/2016 Tax Appeal of November 20, 2017. | | 1.50 | 675.00 |
| 01/03/2018 | WHP | Continue drafting response to IRS Notice of, November 20, 2017. | | 1.70 | 765.00 |
| 01/04/2018 | WHP | Study of law and continue drafting response to IRS Notice of November 20, 2017. | | 2.20 | 990.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847

November 21, 2018

Billed through 10/31/2018

Bill # 109102  MEH

12432-00215

**Matter      00215       IRS TAX CLAIM**

| FOR PROFESSIONAL SERVICES RENDERED | | | Hours | Amount |
|---|---|---|---|---|
| 01/05/2018 | WHP | Finalize letter to IRS in response to IRS Notice of November 20, 2017 (1.0); transmit same to S. Rodriguez; discussion with S. Rodriguez and minor revisions of response to IRS (.30) | 1.30 | 585.00 |
| 01/08/2018 | WHP | Call to D. and M. Dennis to obtain their input on response letter to IRS; discussion relating to letter resulting in minor changes to same (.5); supervise packaging of letter to IRS, Form 2848, Power of Attorney, contact sheet requested by IRS, mailed same to IRS by U.S. Certified Mail (.40). | 0.90 | 405.00 |
| 01/16/2018 | WHP | Forward the USPS Notice of Delivery to S. Rodriguez from the IRS Service Center in Ogden, UT | 0.10 | 45.00 |
| 03/03/2018 | WHP | Review email from client forwarding IRS Notice LT16 from the Automated collection service demanding that the taxpayer send payment in the amount of $502,992.33 within 10 days and consider strategy to have a hold put on enforcement action. | 0.50 | 225.00 |
| 03/05/2018 | WHP | Telephone discussion with client to implement a strategy to call the ACS Division in Cincinnati, OH to object to this case being designated to the collection Division (.20); telephone discussion with M. Moore, Employee No. 100024649 regarding placing a hold on enforcement action until May 4, 2018 (.30); telephone discussion with client informing him of temporary resolution of enforcement action (.20). | 0.70 | 315.00 |



# IRELAND STAPLETON

SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847

November 21, 2018

Billed through 10/31/2018

Bill # 109102  MEH

12432-00215

| Matter | 00215 | IRS TAX CLAIM | | |
|---|---|---|---|---|
| **FOR PROFESSIONAL SERVICES RENDERED** | | | **Hours** | **Amount** |
| 03/06/2018 | WHP | Draft confirmation letter to ACS Division and Mrs. Moore verifying the fact that no enforcement action will be engaged in before May 4, 2018 (.80); brief discussion with M. Dennis, CPA to inform him of the hold on enforcement (.20). | 1.00 | 450.00 |
| 03/20/2018 | WHP | Review letter from Ogden Service Center stating that the 2016 tax return of United Western Bancorp, Inc. was sent to the Cincinnati Automated Collection Division (.30); discussion with S. Rodriguez regarding same (.30) draft response letter to J. Weaver in the Ogden Office of IRS demanding that the case be sent back to Ogden Service Center on the basis of Notice CP 132 dated November 20, 2017. | 1.20 | 540.00 |
| 03/27/2018 | WHP | Review and consider letter from Cincinnati, OH office of IRS stating that the IRS needs additional time to process all of our information related tot eh alternative minimum tax issue and will contact us with in 90 days and halt further correspondence to UW Bancorp, Inc. (.30); telephone conference with S. Rodriguez regarding the March 21, 2018 IRS letter (.20). | 0.50 | 225.00 |
| 04/17/2018 | WHP | Review email from IRS Cincinatti Service Center regarding payment of 2016 Corporate Minimum Tax due and the transfer of the UWB file to the Denver Colfax IRS office for analysis (.2); consider same (.2); telephone discussion with S. Rodriguez (.3) | 0.70 | 315.00 |
| 04/30/2018 | WHP | Review letter from IRS Ogden Service Center dated April 25, 2018 informing client that 60 more days are needed to respond to our demand for an audit (.20); telephone discussion with S. Rodriguez (.20). | 0.40 | 180.00 |

IRELAND STAPLETON PRYOR & PASCOE, PC
717 17TH STREET SUITE 2800, DENVER CO 80202   TEL 303.623.2700   FAX 303.623.2062   IRELANDSTAPLETON.COM



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109102  MEH

12432-00215

**Matter      00215      IRS TAX CLAIM**

| FOR PROFESSIONAL SERVICES RENDERED | | | | Hours | Amount |
|---|---|---|---|---|---|
| 05/29/2018 | WHP | Review email from S. Rodriguez finalizing letter (0.3); letter from the Ogden Service Center dated May 23, 2018, the letter states that Ogden is sending the 2016 tax return of United Western Bank to the Cincinnati, OH IRS service center which is where the automated collection center is houses (0.3); telephone discussion with S. Rodriguez regarding same and alternatives to having the case sent back to the Ogden Service Center (0.5); telephone call with M.E. Haynes to discuss May 25, 2018 letter (0.4); set up conference call with M.E. Haynes and S. Rodriguez to discuss alternatives in depth (0.1); review email from D. Dennis, CPA advising May 25, 2018 letter from IRS (0.2); telephone call with M. Dennis, CPA to setup call for May 30, 2018 at 10:00 a.m (0.2); review all recent correspondence with various IRS officials in Ogden and Cincinnati service center (0.5); review email from M.E. Haynes inquiring whether accountants requests a prompt determination of taxes due when they filed the 2016 tax return (0.2). | | 2.70 | 1,215.00 |
| 05/30/2018 | WHP | Participated in conference call with D. Dennis and M. Dennis, CPA's responding to the email of May 29, 2018 (0.3); draft email to D. Dennis, M. Dennis, S. Rodriguez and M.E. Haynes (0.2). | | 0.50 | 225.00 |
| 05/31/2018 | WHP | Conference call between M.E. Haynes, S. Rodriguez, D. Dennis and M. Dennis (0.5); sent email to client concerning Internal Revenue Code Section 7507(a) and underlying Treasury Regulations (0.3). | | 0.80 | 360.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109102  MEH

12432-00215

**Matter       00215       IRS TAX CLAIM**

| FOR PROFESSIONAL SERVICES RENDERED | | | | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/2018 | MEH | Telephone conference with S. Rodriguez regarding response to latest IRS notice, objection to IRS claim, motion to determine tax liability and possible adversary against FDIC to recoup any taxes owed. | | 0.50 | 225.00 |
| 06/04/2018 | MEH | Review applicable Bankruptcy Code Sections and Bankruptcy Rules regarding possible adversary proceeding against IRS to dispute tax assessment. | | 3.40 | 1,530.00 |
| 06/05/2018 | MEH | Preparation for and meeting with team regarding potential objection to IRS claim and research needed regarding same. | | 1.50 | 675.00 |
| 06/18/2018 | WHP | Email from S. Rodriguez forwarding IRS letter transferring the 2016 tax return case on alternative insurance tax back to the IRS office in Denver on Colfax Avenue (.10); call to S. Rodriguez (.3); call to M. Dennis and follow up email requesting any contacts that D. Dennis may have in the Colfax IRS office (.2). | | 0.60 | 270.00 |
| 07/09/2018 | MEH | Internal correspondence regarding preparation to file and assemble team for objection to IRS new tax claim. | | 0.50 | 225.00 |
| 07/10/2018 | JRS | Continue to research and draft memo to M.E. Haynes regarding civil procedure issues related to claims against the IRS and the FDIC related to United Western Bancorp income; confer with M.E. Haynes regarding same. | | 1.90 | 551.00 |
| 07/11/2018 | MEH | Correspondence with J.R. Silvestro regarding research needed for new IRS matter. | | 0.50 | 225.00 |
| 07/12/2018 | MEH | Team meeting regarding strategy and assignments concerning new tax claim and follow up correspondence. | | 2.80 | 1,260.00 |



# IRELAND STAPLETON

SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847

November 21, 2018

Billed through 10/31/2018

Bill # 109102  MEH

12432-00215

**Matter    00215    IRS TAX CLAIM**

| FOR PROFESSIONAL SERVICES RENDERED | | | | Hours | Amount |
|---|---|---|---|---|---|
| 07/17/2018 | MEH | Work on draft pleadings concerning IRS claim. | | 1.20 | 540.00 |
| 07/24/2018 | JLG | Analysis/Strategy - Strategizing and planning for a case. Communicate (in firm) with lead attorneys regarding history of matter and current needs for briefing and strategy. Discuss motion regarding funds in pending suit. | | 0.40 | 100.00 |
| 07/24/2018 | MEH | Confer with Z.S. Dougherty regarding results of research and additional background information on FDIC and tax returns. | | 0.80 | 360.00 |
| 07/24/2018 | ZSD | Draft pleading concerning IRS claim (7.1); discuss same with M.E. Haynes (0.8). | | 7.90 | 2,291.00 |
| 07/26/2018 | MEH | Confer with W.H. Parsons regarding IRS offer of audit and review form of proposed submission. | | 0.80 | 360.00 |
| 07/26/2018 | WHP | Call from C. Figueroa, IRS Collection Revenue Officer concerning the filing of Form 911, Request for Taxpayer Advocate Service Assistance, as a last resort to get an audit on the UW Bancorp 2016 Form 1120 tax return deficiency (.3); print copy of Form 911 and instructions and review same and discuss with M.E. Haynes (.3); review draft complaint for lawsuit concerning dispute with IRS and FDIC regarding Section 7507 of Internal Revenue Code (.5); voice mail to Dennis and Co., CPA's regarding 2016 tax return. | | 1.10 | 495.00 |
| 07/26/2018 | ZSD | Draft pleading concerning IRS claim (3.5); legal research on additional matters for motion (5.1). | | 8.60 | 2,494.00 |
| 07/26/2018 | ZSD | Legal research on issues related to seeking tax audit while simultaneously litigating tax issue in bankruptcy court. | | 1.30 | 377.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109102  MEH

12432-00215

**Matter      00215        IRS TAX CLAIM**

### FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 07/27/2018 | MEH | Review cases regarding exhaustion of remedies for 505 motion v. IRS. | 0.80 | 360.00 |
| 07/30/2018 | MEH | Confer with J.L. Gilbert and review authority regarding motion for rehearing (.70); review research re 505 motion against IRS (.80); conference call with W.H. Parsons and S. Rodriguez regarding IRS offer regarding tax audit and motion for rehearing (.80). | 2.30 | 1,035.00 |
| 07/30/2018 | WHP | Prepare for conference call with S. Rodriguez, M.E. Haynes, J. L. Gilbert and Z.S. Dougherty to discuss filing Form 911 with the Request for Taxpayer Advocate Service Assistance and potential filing with Bankruptcy Court. | 0.80 | 360.00 |
| 07/31/2018 | WHP | Prepare and file Form 911 with Taxpayer Advocate. | 2.80 | 1,260.00 |
| 08/07/2018 | WHP | Review email from S. Rodriguez inquiring if we had been contacted by the Tax Advocate Services office in connection with our filing of Form 911 (.10); draft email to S. Rodriguez saying we had not been contact (.20); subsequently I was called by the Tax Advocate Services by C. Wolf of Oklahoma City discussing our request for an audit on the Section 7507 alternative minimum tax issue on United Western Bancorp, Inc. 2016 Form 1120 we desired on a telephone audit on September 6, 2018 (.2); left voicemail for S. Rodriguez (.10). | 0.60 | 270.00 |
| 08/08/2018 | MEH | Confer with W.E. Parsons regarding Taxpayer Advocate proposal. | 0.30 | 135.00 |
| 08/08/2018 | MEH | Review proposed IRS consent. | 0.40 | 180.00 |
| 08/08/2018 | MEH | Correspondence with S. Rodriguez regarding same. | 0.50 | 225.00 |
| 08/08/2018 | WHP | Draft email to S. Rodriguez further explaining my call with the Tax Advocate Office representative. | 0.20 | 90.00 |



# IRELAND STAPLETON

SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847

November 21, 2018

Billed through 10/31/2018

Bill # 109102  MEH

12432-00215

| Matter | 00215 | | IRS TAX CLAIM | | |
|---|---|---|---|---|---|
| **FOR PROFESSIONAL SERVICES RENDERED** | | | | **Hours** | **Amount** |
| 08/09/2018 | | MEH | Correspondence with S. Rodriguez and W.H. Parsons regarding Taxpayer Advocate process. | 0.50 | 225.00 |
| 08/17/2018 | | MEH | Review correspondence from estate accountants regarding IRS audit and discuss with with W.H. Parsons. | 0.40 | 180.00 |
| 08/28/2018 | | WHP | Review selected private letter rulings served by the IRS in connection with the application of Section 7507 of the Internal Revenue Code to various fact situations. | 2.30 | 1,035.00 |
| 08/29/2018 | | WHP | Continue to review private letter rulings dealing with 7507 of the Code in preparation for IRS audit scheduled for September 6, 2018. | 1.50 | 675.00 |
| 08/30/2018 | | WHP | Brief review of duties of FDIC responsibilities as receiver for insolvent banks with request to depositor funds. | 0.50 | 225.00 |
| 09/05/2018 | | WHP | Prepare for IRS audit scheduled for 9/6/18; review file. | 0.70 | 315.00 |
| 09/06/2018 | | WHP | Telephone call from Mrs. McCormick of IRS tax payee advocator's office in Oklahoma City stating that C. Wolf was no longer the auditor due to family emergency, Mrs. McClintock will  replace M. Wolf as auditor and scheduled audit for 10/5/18 (.3); call to S. Rodriguez to inform him of audit postponement (.1); call to M. Dennis, CPA to inform him of audit postponement (.1). | 0.50 | 225.00 |
| 09/11/2018 | | WHP | Review email from D. Dennis, CPA requesting that we review the 2017 Form 1120 for United Western Bancorp, Inc.; commenced review of draft tax section. | 0.50 | 225.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109102  MEH

12432-00215

**Matter     00215     IRS TAX CLAIM**

| FOR PROFESSIONAL SERVICES RENDERED | | | | Hours | Amount |
|---|---|---|---|---|---|
| 09/12/2018 | WHP | Continued review of draft 2017 Form 1120 for United Western Bancorp, Inc. | | 0.50 | 225.00 |
| 09/13/2018 | MEH | Review 2017 income tax return and discuss with W.H. Parsons. | | 0.80 | 360.00 |
| 09/13/2018 | WHP | Complete review of draft Form 2017; drafted email to D. Dennis & Company, PC suggesting that the references to Section 7507(a) of the Internal Revenue Code be deleted from the tax return since there was no corporate alternative income tax incurred in 2017 (.5); several phone conferences with M. Dennis regarding the forgoing and M. Dennis agreed to delete the ATM references (.3). | | 0.80 | 360.00 |
| 10/05/2018 | WHP | Left voicemail for Mrs. McCormick of the IRS taxpayer advocate division to participate in an oral tax audit of United Western Bancorp, Inc. 2016 Form 1120 on the Alternative Minimum tax issue raised by the IRS. | | 0.10 | 45.00 |
| 10/08/2018 | WHP | Left second voicemail for Mrs. McCormick regarding 2016 Form 1120 oral tax audit. | | 0.10 | 45.00 |
| 10/10/2018 | WHP | Received call from Mrs. McCormick stating that the Schedule 4626 Alternative Minimum Tax had a discrepancy on it and that she needs to contact the IRS technical division who worked on that schedule; phone call to S. Rodriguez to discuss the situation with him and he suggested that I call D. Dennis to get their view on Schedule 4626. | | 0.10 | 45.00 |



SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109102 MEH

12432-00215

**Matter     00215     IRS TAX CLAIM**

**FOR PROFESSIONAL SERVICES RENDERED**                                        **Hours**     **Amount**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/17/2018 | WHP | Draft email to S. Rodriguez stating that I had a telephone call with M. Dennis informing him of my call with Mrs. McCormick last week; Mark asked me to set up a conference call with M. and D. Dennis, S. Rodriguez and myself. | 0.40 | 180.00 |
| 10/26/2018 | WHP | Conference call with S. Rodriguez, D. and M. Dennis and myself to discuss the upcoming IRS audit of Form 1120 for the year ending December 31, 2016. | 0.60 | 270.00 |
| 10/29/2018 | JLG | Discuss developments in matter with W.H. Parsons (0.2); speak with M.E. Haynes regarding matter (0.1). | 0.30 | 75.00 |
| 10/31/2018 | WHP | Phone call with Mrs. McCormick of the IRS regarding the audit of United Western Bancorp's Form 1120 for 2016; she indicated that the tax matter was to be audited by the IRS examination branch hopefully by December 3, 2018 at which time the audit will be discussed with legal tax counsel. | 0.20 | 90.00 |

|  |  |
|---|---|
| Total Current Fees for this Matter | $37,883.00 |
| Courtesy Discount | $1,814.50 |
| Net Total Current Fees for this Matter | $36,068.50 |



**IRELAND STAPLETON**

SIMON E. RODRIGUEZ, CHAPTER 7
TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO 80236

FEDERAL TAX ID#: 84-0587847
November 21, 2018
Billed through 10/31/2018
Bill # 109102 MEH

12432-00215

**Matter    00215    IRS TAX CLAIM**

### SUMMARY OF FEES

| Name | Initials | Hours | Rate | Billed Amount |
|---|---|---|---|---|
| Gilbert, Jennifer L | JLG | 0.70 | $250.00 | 175.00 |
| Silvestro, James R | JRS | 1.90 | $290.00 | 551.00 |
| Haynes, Mark | MEH | 18.70 | $450.00 | 8,415.00 |
| Parsons, Jr., William H | WHP | 52.40 | $450.00 | 23,580.00 |
| Dougherty, Zachary S | ZSD | 17.80 | $290.00 | 5,162.00 |
| | | 91.50 | | $37,883.00 |



SIMON E. RODRIGUEZ, CHAPTER 7 TRUSTEE
UNITED WESTERN BANCORP
PO BOX 36324
DENVER, CO  80236

FEDERAL TAX ID#:  84-0587847

November 21, 2018

Billed through 10/31/2018

Bill # 109102  MEH

12432-00215

☐ VISA    ☐ MASTERCARD    ☐ AMERICAN EXPRESS    ☐ DISCOVER

CREDIT CARD NUMBER _____

SECURITY CODE FROM BACK OF CREDIT CARD _____

AMOUNT _____    EXP DATE _____

NAME AS IT APPEARS ON CREDIT CARD _____

MAILING ADDRESS OF CREDIT CARD BILL INCLUDING ZIP CODE _____

DAYTIME PHONE NUMBER _____

EMAIL ADDRESS _____

SIGNATURE _____

For your convenience, you can now fax directly to our Accounting Department at 720-287-5373, or scan and email to accounting@irelandstapleton.com