UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED WESTERN BANCORP, INC., ) | Case No. 12-13815 TBM |
| EIN: 84-1233716 ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING FIFTH INTERIM APPLICATION FOR
COMPENSATION OF DENNIS & COMPANY, PC
AS ACCOUNTANT FOR THE CHAPTER 7 TRUSTEE**

This matter comes before the Court for consideration of the Fifth Interim Application for Compensation of Dennis & Company, PC ("Accountant") as Accountant for the Chapter 7 Trustee. The Court having reviewed the motion, it is hereby

ORDERED that the Fifth Interim Application for Compensation of Dennis & Company, PC as Accountant for the Chapter 7 Trustee is GRANTED.

FURTHER ORDERED that Accountant shall be allowed fees in the amount of $7,256.00 and reimbursement of expenses in the amount of $64.00 for work performed from November 4, 2017 through November 28, 2018.

FURTHER ORDERED that the Trustee is authorized to pay Accountant $7,256.00 of the allowed fees and $64.00 of the allowed expenses.

FURTHER ORDERED that this shall be an interim award subject to Court review and approval at the time of the submission of a final report by the Trustee.

DATED: January 11, 2019

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Thomas B. McNamara

2956904.1