UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED WESTERN BANCORP, INC. | ) | Case No. 12-13815 TBM |
| Tax ID/EIN: 84-1233715 | ) | Chapter 7 |
| Debtor, | ) | |
| | ) | |
| | ) | |
| SIMON E. RODRIGUEZ, in his capacity | ) | |
| as Chapter 7 Trustee for the bankruptcy | ) | |
| estate of United Western Bancorp, Inc., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 14-01191 TBM |
| FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION, in its capacity as | ) | |
| Receiver for United Western Bank, | ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF PETITION FOR CERTIORARI
IN THE SUPREME COURT OF THE UNITED STATES**

      Plaintiff Simon E. Rodriguez, Chapter 7 Trustee for the bankruptcy estate of United Western Bancorp, Inc. ("Plaintiff), hereby gives notice that a Petition for Writ of Certiorari to the United States Court of Appeals for the Tenth Circuit has been filed on his behalf as Plaintiff in this Adversary Proceeding in the Supreme Court of the United States (the "Petition"). A copy of the Petition is attached as Exhibit A. The Petition was docketed April 3, 2019. The deadline for a response by Defendant Federal Deposit Insurance Corporation in its capacity as Receiver for United Western Bank is due May 2, 2019.

3020353.1
3020353.1

2

Dated:   April 10, 2019			*/s/ Mark E. Haynes*
					Mark E. Haynes
					IRELAND STAPLETON PRYOR & PASCOE, PC
					717 Seventeenth Street, Suite 2800
					Denver, Colorado 80202
					Telephone:  (303) 623-2700
					mhaynes@irelandstapleton.com
					*Counsel for Simon E. Rodriguez, in his capacity as Chapter 7 Trustee for the bankruptcy estate of United Western Bancorp, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 10, 2019, true and correct copies of the foregoing **NOTICE OF FILING OF A PETITION FOR CERTIORARI IN THE SUPREME COURT OF THE UNITED STATES** was served via CM/ECF and/or prepaid first class mail upon the following:

John F. Young, Esq.
Markus Williams Young & Zimmerman, LLC
1700 Lincoln Street, Suite 4550
Denver, CO 80203-4505

Alan P. Solow, Esq.
Oksana Koltko Rosaluk
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293

Joseph Brooks, Esq.
Colleen J. Boles, Esq.
Kathryn R. Norcross, Esq.
Michelle Ognibene, Esq.
Federal Deposit Insurance Corporation
3501 Fairfax Drive, VS-D_7010
Arlington, VA 22226

U.S. Trustee's Office
1961 Stout Street, Suite 12-200
Denver, CO 80294
Attn: Alan K. Motes, Esq.

            */s/ Mark E. Haynes*
            Mark E. Haynes