# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-13815-TBM |
| UNITED WESTERN BANCORP, INC., | ) | |
| | ) | |
| *Debtor*. | ) | Chapter 7 |
| | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance on behalf of the City and County of Denver, a creditor and party-in-interest herein, and requests that copies of all notices, pleadings, motions, and other documents filed or served in this case be served upon the following:

>Robert A. McDermott, Asst. City Attorney
>Denver City Attorney's Office
>201 West Colfax Avenue, Dept. 1207
>Denver, CO  80202-5332
>Direct dial:     (720) 913-3259
>E-mail:  Bankruptcy01@denvergov.org

DATED this 16th day of July, 2020.

>Respectfully submitted,

By:     */s/Robert McDermott*
Robert McDermott, Co. Bar No. 32406
Denver City Attorney's Office
201 West Colfax Avenue, Dept. 1207
Denver, Colorado 80202
Direct Dial:     (720) 913-3259
E-mail: Bankruptcy01@denvergov.org

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2020, a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** was electronically served upon all interested parties who have consented to electronic service and directly emailed to the following parties:

| | | |
|---|---|---|
| Simon E. Rodriguez, Esq.<br>P.O. Box 36324<br>Denver, CO 80236<br>T:  303-969-9100 | Bankruptcy Trustee | Via CM/ECF |
| Caroline C. Fuller, Esq.<br>1801 California St., Ste. 2600<br>Denver, CO 80202<br>T:  303-830-2400<br>Email: cfuller@fwlaw.com | Counsel for Bankruptcy Trustee | Via CM/ECF |
| Mark E. Haynes, Esq.<br>717 17th St., Ste. 2800<br>Denver, CO 80202<br>T:  303-623-2700<br>Email: mhaynes@irelandstapleton.com | | Via CM/ECF |
| U.S. Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294<br>T:  303-312-7230 | U.S. Trustee | Via CM/ECF |
| Jarrod Martin, Esq.<br>999 18th St., Ste. 1551<br>Denver, CO 80202<br>T:  303-312-7236<br>Email: Jarrod.Martin@usdoj.gov | Counsel for U.S. Trustee | Via CM/ECF |
| Alan K. Motes, Esq.<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294<br>T:  303-312-7999<br>Email: Alan.Motes@usdoj.gov | | Via CM/ECF |
| Leo M. Weiss, Esq.<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294<br>T:  303-312-7230 | | Via CM/ECF |

| | | |
|---|---|---|
| Regina Ries, Esq.<br>1660 Lincoln St., Ste. 2200<br>Denver, CO 80264<br>T: (303) 296-1999<br>Email: GRies@sendwass.com | Attorneys for Debtor | Via CM/ECF |
| Harvey Sender, Esq.<br>600 17th St., Ste. 2800S<br>Denver, CO 80202<br>T: 303-454-0540<br>Email: harveysender1@sendertrustee.com | | Via CM/ECF |
| David Warner, Esq.<br>2580 W. Main St., Ste. 200<br>Littleton, CO 80120<br>T: 303-296-1999<br>Email: dwarner@wgwc-law.com | | Via CM/ECF |

By: */s/Robert McDermott*
     Robert McDermott, Co. Bar No. 32406