UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED WESTERN BANCORP, INC. ) | Case No. 12-13815-TBM |
| ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

**MOTION FOR ALLOWANCE AND APPROVAL OF PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

Simon E. Rodriguez, chapter 7 trustee herein ("Trustee"), hereby requests the Court allow and approve the payment of record storage expenses and destruction expenses of same pursuant to 11 U.S.C. § 503(b)(1)(A). In support thereof, the Trustee states as follows:

## I. JURISDICTION

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A).

2. Venue is proper is this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief requested are 11 U.S.C. §§ 105 and 503(b), Fed.R.Bankr.P. 2002 and 9014, and Local Bankruptcy Rules 2002-1, 9013-1, and 9014-1.

## II. BACKGROUND

4. On March 2, 2012 (the "Petition Date"), United Western Bancorp, Inc. ("Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code which was later converted to Chapter 7 on April 15, 2013.

5. The Trustee is the duly appointed chapter 7 trustee of the Debtor's bankruptcy estate (the "Estate").

6. During the administration of the Estate, the trustee took possession of various records related to assets, business operations and financial affairs of the Debtor ("Records"). The Records included, or may include, computers, printers, miscellaneous office equipment, bank records, check registers and canceled checks, payroll records and tax records. The Trustee had secured and was storing these records at Dickensheet & Associates, Inc. ("Dickensheet"), 1501 W. Wesley Avenue, Denver, CO 80223.

7. On November 17, 2020, the Trustee filed an application with the Court to employ Dickensheet (Docket No. 688) which was granted by the Court on November 25, 2020, (Docket No. 691).

8. On December 2, 2020, the Trustee filed an application with the Court to destroy the records (Docket No. 694) which was granted by the Court on December 30, 2020, (Docket No. 700).

9. Dickensheet advised the Trustee that the cost to destroy the records would range between $5,500.00 and $6,000.00.

10. After numerous delays, through no fault of the trustee, Dickensheet has completed the destruction process.

11. On May 24, 2021, Dickensheet provided a billing statement dated May 20, 2021, for services rendered in the amount of $4,250.00. On May 28, 2021, the Trustee confirmed with Dickensheet that there are no other charges pending related to the storing or destruction of the Records.

### III. RELIEF REQUESTED AND GROUNDS FOR RELIEF

12. The Trustee seeks authorization to pay Dickensheet $4,250.00 for its services incurred in storing and destroying the Records.

13. 11 U.S.C. § 503(b)(1)(A) permits allowance, after notice and a hearing, of administrative expenses including "the actual, necessary costs and expenses of preserving the estate."

14. The Trustee asserts the costs are actual, necessary costs of preserving the estate. Because of the nature of the business records (tax records, cancelled checks, etc…), the destruction of the records was necessary. The fee charged, upon information and belief, is lower than the customary, market rate for services.

### IV. NOTICE

15. The Trustee will serve a copy of this Motion and Notice pursuant to Rule 9013.

**WHEREFORE,** the Trustee respectfully requests entry of an Order in the form attached hereto granting the relief requested herein and such other relief deemed appropriate.

Dated: June 1, 2021

        Respectfully Submitted,

        */s/ Simon E. Rodriguez*
        Simon E. Rodriguez, trustee
        P O Box 36324
        Denver, CO 80236
        (303) 969-9100

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 1, 2021, a true copy of the foregoing **TRUSTEE'S MOTION FOR ALLOWANCE AND APPROVAL OF PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503(b)(1)(A)** was served by depositing same in the United States mail, postage prepaid and properly addressed to the following and was electronically filed and served via CM/ECF on all parties that have entered an appearance in the above referenced case:

UNITED STATES TRUSTEE
VIA CMECF

United Western Bancorp, Inc.
12301 Grant Street, Suite 110
Thornton, CO 80241

Harvey Sender
VIA CMECF

John Young, Esq.
VIA CMECF

Simon E. Rodriguez



# INVOICE

## Dickensheet & Associates, Inc

1501 W. Wesley Ave. Denver, CO 80223
Phone 303-934-8322 Fax 303-934-8252
CustomerService@Dickensheet.com

DATE: MAY 20, 2021

INVOICE: UWE 520

To: Mr. Simon Rodriguez, Trustee
P O Box 36325
Denver, CO 80236

| REFERENCE | PAYMENT TERMS |
|---|---|
| United Western Bancorp Inc. Bankruptcy Case Number: 12-13815 TBM | Upon Court Approval |

| Quantity | Description | Total |
|---|---|---|
| 1 | Expenses related to preparing for the destruction of files regarding United Western Bancorp Inc. along with the fee paid to Bayaud Enterprises for the Destruction of files regarding United Western Bancorp Inc. | $ 4,250.00 |
| | | |
| | Total Invoice | $ 4,250.00 |

PLEASE REMIT FROM THIS INVOICE
PLEASE MAKE CHECKS PAYABLE TO DICKENSHEET & ASSOCIATES, INC.

THANK YOU FOR YOUR BUSINESS!
DICKENSHEET & ASSOCIATES, INC.

**Bayaud Enterprises**
333 W. Bayaud Ave. · Denver, CO 80223
(303) 830-6885 · Fax (303) 830-6653



Employment Matters

# INVOICE 85003
Services through 5/10/2021

**Accounts Payable**
**Dickensheet & Associates**
**1501 W. Wesley Ave**
**Denver, CO 80223**

| Cost Center | Building/Room | Description | Tkt | Date | Qty | Price |
|---|---|---|---|---|---|---|

### Certificate of Destruction

Bayaud Enterprises hereby certifies that all paper materials and/or hard drives received for confidential destruction throughout the preceeding schedule of services was confidentially handled, completely destroyed beyond recognition and recycled.

We appreciate your business,

Susan Williams Robinson
Director of Document Destruction