UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED WESTERN BANCORP, INC. ) | Case No. 12-13815-TBM |
| ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

**ORDER GRANTING TRUSTEE'S MOTION FOR ALLOWANCE AND APPROVAL OF PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503(b)(1)(A)**

THIS MATTER is before the Court on the Trustee's Motion for Allowance and Approval of Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1)(A) (the "Motion") filed by the chapter 7 trustee Simon E. Rodriguez (the "Trustee"). In the Motion, the Trustee seeks the allowance of and the authority to pay costs for the storage and destruction of business records of the Debtor's operations.

The Court, having considered the Motion, and objections, if any, being overruled, determines that the Motion should be, and hereby is, GRANTED. Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Motion is GRANTED as set forth in this Order.

2. The Trustee is authorized to pay Dickensheet & Associates, Inc. ("Dickensheet") its costs of $4,250.00 incurred in storing and destroying business records.

DATED this ___ day of _____, 2021.

BY THE COURT:

_____
United States Bankruptcy Judge