UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED WESTERN BANCORP, INC. ) | Case No. 12-13815-TBM |
| ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

**NOTICE OF TRUSTEE'S MOTION FOR ALLOWANCE AND APPROVAL OF PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO
11 U.S.C. § 503(b)(1)(A)**

_____

**OBJECTION DEADLINE:  JUNE 22, 2021**

**YOU ARE HEREBY NOTIFIED** that Simon E. Rodriguez, chapter 7 trustee herein, has filed a motion to allow and approve the payment, pursuant to 11 U.S.C. § 503(b)(1)(A), of (a) $4,250.00 to Dickensheet & Associates, Inc. ("Dickensheet") as payment for Dickensheet's storage and destruction of the Debtor's business records (the "Motion").

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.

The Court will not consider general objections.  In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: June 1, 2021

Respectfully Submitted,

*/s/ Simon E. Rodriguez*
Simon E. Rodriguez, trustee
P O Box 36324
Denver, CO 80236
(303) 969-9100

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 1, 2021, a true copy of the foregoing was served by depositing same in the United States mail, postage prepaid and properly addressed to those addresses listed on the attached Label Matrix which was downloaded June 1, 2021:

**/s/ Simon E. Rodriguez**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 12-13815-TBM<br>District of Colorado<br>Denver<br>Tue Jun  1 11:57:23 MDT 2021 | 700 17th Street Operating LLC<br>c/o The Law Offices of Theodore W. Brin<br>1601 Blake Street<br>Suitre 305<br>Denver, CO 80202-1329 | 700 17th Street Operating, LLC<br>c/o The Law Offices of Theodore W. Brin<br>1601 Blake Street, Suite 305<br>Denver, Colorado 80202-1329 |
| Adams County Assessor<br>4430 S. Adams County Pkwy, 2nd Fl C-2100<br>Brighton, CO  80604 | Adams County Treasurer<br>PO Box 869<br>Brighton, CO 80601-0869 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Christoper Bartlein<br>w 316  s7516 Thorncrest Ct.<br>Mukwonago, WI 53149 | Bernard C. Darre<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Ethan Birnberg<br>Porter Simon, PC<br>40200 Truckee Airport Road<br>Truckee, CA 96161-3389 |
| Theodore Brin<br>1601 Blake St.<br>Ste. 305<br>Denver, CO 80202-1329 | Bruce Slovin<br>111 East 61st St.<br>New York, NY 10065-8101 | BuckleySandler, LLP<br>C/O Maria J. Flora, P.C.<br>1763 Franklin St.<br>Denver, CO 80218-1124 |
| (p)CITY AND COUNTY OF DENVER<br>ATTN SPECIALIZED AUDIT SUPPORT TEAM<br>201 W COLFAX AVE<br>DEPT 1009 MC 1001<br>DENVER CO 80202-5329 | Class Claimants<br>c/o Paul G. Urtz<br>1660 Lincoln Street, #2850<br>Denver, CO 80264-2800 | Clover Partners, L.P.<br>c/o Paul G. Urtz<br>1660 Lincoln Street, #2850<br>Denver, CO 80264-2800 |
| Colorado Department of Labor<br>PO Box 956<br>Denver, CO 80201-0956 | Colorado Department of Labor and Employment<br>Uemployment Insurance Operations<br>PO BOX 8789<br>Denver,CO 80201-8789 | Colorado Department of Revenue<br>Bankruptcy Unit<br>1375 Sherman St., Rm 504<br>Denver CO 80261-0004 |
| Colorado Department of Revenue<br>PO Box 956<br>Denver, CO 80201-0956 | Colorado Dept of Labor and Employment<br>PO Box 46545<br>Denver, CO 80201-6545 | Comptroller Of The Currency<br>Administrator Of National Banks<br>Washington, DC 20219-0001 |
| William Cross<br>Markus Williams Young & Hunsicker LLC<br>1775 Sherman Street<br>Ste 1950<br>Denver, CO 80203-4350 | David Dennis<br>8400 E. Crescent Pkwy, Suite 600<br>Greenwood Village, CO 80111-2842 | Dennis Santistevan<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 |
| William Dickensheet<br>1501 W. Wesley Ave.<br>Denver, CO 80223-4238 | Dickensheet & Associates, Inc.<br>1501 W. Wesley Ave.<br>Denver, CO 80223-4238 | Division Of IRS<br>1999 Broadway, Suite 1722<br>Denver, CO  80202-3008 |
| Angela D. Dodd<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago, IL 60604-2815 | Donald G. Zook, Jr.<br>PO Box 1727<br>Berthoud,  CO 80513-1727 | Equity Trust Company<br>2559 Burns Rd.<br>Elyria, OH  44035 |

FBR Capital Markets & Co.
Attn: Tara Holubar
1001 Nineteenth Street North
Arlington, VA 22209-1722

Fairfield and Woods, P.C.
c/o Caroline C. Fuller
1801 California, Suite 2600
Ste. 2600
Denver, CO 80202-2645

Federal Deposit Insurace Corporation, as Rec
c/o Markus Williams Young & Zimmermann
John F. Young
1700 Lincoln Street, Suite 4000
Denver, CO 80203-4540

Federal Deposit Insurance Corporation
Division Of Resolutions & Receiverships
1601 Bryan St.
Dallas, TX 75201-3401

Federal Deposit Insurance Corporation,
as Receiver of United Wester Bank
c/o Alan P. Solow
DLA Piper LLP(US)
203 North LaSalle Street, Ste 1900
Chicago, IL 60601-1263

Maria J. Flora
PO Box 7283
Denver, CO 80207-0283

Caroline C. Fuller
1801 California St.
Ste. 2600
Denver, CO 80202-2645

Guy A. Gibson
c/o Matthew Rawlinson
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025-1008

Mark E. Haynes
717 17th St.
Ste. 2800
Denver, CO 80202-3311

Henry C. Duques
1300 Ben Franklin Dr.
Unit 1206
Sarasota, FL 34236-2159

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRS - District Counsel
1244 Speer Blvd Ste 500
Denver, CO 80204-3518

IRS District Counsel
1244 Speer, Ste. 500
Denver, CO 80204-3518

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service District SPS
1999 Broadway,
MS 5012 DEN
Denver, CO 80202-2490

JPMorgan Chase Bank, N.A.
c/o Skadden Arps Slate Meagher & Flom
155 N. Wacker Drive
Chicago, IL 60606-1787

JPMorgan Chase Bank, N.A.
Commercial Banking
Mail Code: IL1-1415
Chicago, IL 60603-2003

JPMorgan Chase Bank, N.A.
c/o George N. Panagakis
Skadden,Arps,Slate,Meagher & Flom,LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1720

James H. Bullock
c/o Matthew Rawlinson
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025-1008

Jeffrey A. Weinman, Ch 7 Trustee to UWT, Inc
c/o Patrick D. Vellone
Allen & Vellone, PC
1600 Stout Street, Suite 1100
Denver, CO 80202-3160

Jeffrey Leeds
c/o Matthew Rawlinson
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025-1008

Joel Laufer P.C.
2000 S. Colorado Blvd.
Tower Two, Suite 700
Denver, CO 80222-7900

Jessica Kumar
155 N. Wacker Dr., Ste. 3200
Chicago, IL 60606-1731

Mark A. Larson
Larson Law Firm, LLC
1400 Main Street, Ste. 201D
Louisville, CO 80027-3046

Latham & Watkins Attn: Peter M. Gilhuly
355 South Grand Ave.
Los Angeles, CA 90071-1560

Joel Laufer
1099 18th St.
Ste., 2600
Denver, CO 80202-1937

Lester Ravitz
c/o Matthew Rawlinson
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025-1008

Linda A. Selub
6851 S. Gaylord St., #2343
Centennial, CO 80122-1709

Jeffrey M. Lippa
Williams Weese Pepple & Ferguson
1801 California St
Suite 3400
Denver, CO 80202-2655

Lovell Minick Partners, LLC
2141 Rosecrans Ave., Ste. 5750
El Segundo, CA 90245-4747

| | | |
|---|---|---|
| MHC Mutual Conversion Fund, L.P.<br>c/o Paul G. Urtz<br>1660 Lincoln Street, #2850<br>Denver, CO 80264-2800 | Marathon Document Solutions<br>700 17th St., Suite 800<br>Denver, CO 80202-3526 | Jarrod Martin<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |
| Matrix Bancorp Capital Trust II<br>1100 North Market Street<br>Corporate Trust Department<br>Wilmington, DE 19890-1100 | Matrix Bancorp Capital Trust VI<br>Global Debt Services<br>100 Plaza One, 6th Floor<br>Jersey City, NJ 07311-3934 | Matrix Bancorp Capital Trust VIII<br>c/o Wells Fargo Bank, N.A.<br>919 Market Street, Suite 700<br>Wilmington, DE 19801-3044 |
| Robert McDermott<br>Denver City Attorney's Office<br>201 W. Colfax<br>Dept. 1207<br>Denver, CO 80202-5332 | Robert A. McDermott<br>201 W. Colfax Ave.<br>Dep't. 1207<br>Denver, CO 80202-5329 | Michael McCloskey<br>c/o Matthew Rawlinson<br>Latham @ Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 |
| Microsoft Corporation and Microsoft Licenesi<br>Joseph E. Shickich, Jr.<br>c/o RIDDELL WILLIAMS P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192 | Microsoft Corporation and Microsoft Licensin<br>c/o Joseph E. Shickich, Jr.<br>RIDDELL WILLIAMS P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1065 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Oak Hill Capital Management, LLC<br>65E 55th St., 32 Floor<br>New York, NY 10022-3219 | Oak Hill Capital Partners, III, LP<br>Oak Hill Capital Mgmt. Partners III, LP<br>201 Main St., #1620<br>Forth Worth, TX 76102-3105 | Oregon Department of Revenue<br>955 Center St.<br>Salem, OR 97301-2555 |
| M. Stephen Peters<br>5310 Ward Road<br>Suite G-07<br>Arvada, CO 80002-1829 | Kevin F. Powers<br>One Mid America Plaza<br>Suite 700<br>PO Box 3697<br>Oak Brook, IL 60522-3697 | Qwest Communications Company, LLC<br>dba CenturyLink QCC<br>Attn: Bankruptcy<br>1801 California St Rm 900<br>Denver, CO 80202-2609 |
| Qwest Corporation<br>dba CenturyLink QC<br>Attn: Bankruptcy<br>1801 California St Rm 900<br>Denver, CO 80202-2609 | Ray Rickard<br>120 West Park Dr.<br>Suite 200<br>Grand Junction, CO 81505-1456 | Brendon C. Reese<br>1300 Broadway, 8th Floor<br>Denver, CO 80203-2104 |
| Regional Diversified Funding 2004-1 Ltd<br>Wells Fargo Bank, N.A.<br>919 Market Street, Suite 700<br>Wilmington, DE 19801-3044 | Remax 4000, Inc.<br>120 West Park Dr.<br>Suite 200<br>Grand Junction, CO 81505-1456 | Vincent E. Rhynes<br>513 W. 159th St.<br>Gardena, CA 90248-2411 |
| Regina Ries<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264-2202 | Jared S. Roach<br>Reed Smith, LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222-2716 | Robert T. Slezak<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 |
| Simon E. Rodriguez<br>P.O. Box 36324<br>Denver, CO 80236-0324 | SL Biggs<br>Attn: Mark D. Dennis<br>2000 S. Colorado Blvd.<br>Tower II, Suite 200<br>Denver, CO 80222-7900 | Sandler O'Neill + Partners, L.P.<br>1251 Avenue of the Americas<br>6th Floor<br>New York, NY 10020-1128 |

| | | |
|---|---|---|
| Scot T. Wetzel<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Securities & Exchange Commission<br>Denver Regional Office<br>1801 California St Ste 1500<br>Denver, CO 80202-2656 | Harvey Sender<br>600 17th St.<br>Ste. 2800S<br>Denver, CO 80202-5428 |
| Matthew D. Skeen<br>P.O. Box 218<br>Georgetown, CO 80444-0218 | Kimberley Haines Tyson<br>717 17th St.,<br>Ste., 2800<br>Denver, CO 80202-3311 | US Attorney - Colorado<br>District Of Colorado, Civ. Div.<br>1225 17th St Ste 700<br>Denver, CO 80202-5598 |
| US Attorney General<br>Dept of Justice Tax Div.<br>PO Box 683 Ben Franklin Station<br>Washington, DC 20044-0683 | US Attorney General<br>Dept. Of Justice Tax Division<br>P O Box 683, Ben Franklin Station<br>Washington, DC 20044-0683 | US Trustee 11<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| United States Trustee<br>999 18th Street<br>Suite 1551<br>Denver, CO 80202-2415 | United Western Bancorp, Inc.<br>12301 Grant Street<br>Suite 110<br>Thornton, CO 80241-3130 | Paul G. Urtz<br>1660 Lincoln St.<br>Ste. 2850<br>Denver, CO 80264-2800 |
| David Warner<br>2580 W. Main Street<br>Ste. 200<br>Littleton, CO 80120-4631 | Leo M. Weiss<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Wells Fargo Bank, N. A. as guarantee trustee<br>c/o Jared S. Roach, Esq.<br>Reed Smith, LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222-2716 |
| Wendy J. Fisk<br>3558 E. Davies Ave.<br>Centennial, CO 80122-2027 | William Snider<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Wilmington Trust Company, Trustee<br>c/o J. William Boone, Esq.<br>One Atlantic Center<br>1201 W. Peachtree St.<br>Atlanta, GA 30309-3424 |
| John F. Young<br>Markus Williams Young & Hunsicker LLC<br>1775 Sherman Street, Suite 1950<br>Denver, CO 80203-4350 | c/o George N. Panagakis<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1720 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| City and County of Denver/Treasury<br>Attn: Karen Katros, Bankruptcy Analyst<br>201 W. Colfax Ave., Department 1001<br>Denver, CO 80202 | IRS<br>Department of Treasury<br>Ogden, UT 84201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | (u)BuckleySandler, LLP | (u)City & County of Denver |
| (u)Clover Partners, L.P. | (u)Directors and Officers | (u)First Citizens Bank and Trust Company |
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)Internal Revenue Service, District SPS<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-2490 |
| (u)MHC Mutual Conversion Fund, L.P. | (d)Marathon Document Solutions, Inc.<br>700 17th St., Ste. 800<br>Denver, CO 80202-3526 | (u)Sandler O'Neill + Partners |
| (u)Stage Coach Investments, LLC | (u)State Of Colorado Department Of Revenue | (u)Angela Dodd U.S. Securities & Exchange Com |
| (d)US Attorney Colorado<br>District of Colorado Civ. Div.<br>1225 17th St., Ste. 700<br>Denver, CO 80202-5598 | (d)Vincent E. Rhynes<br>513 W. 159th St.<br>Gardena, CA 90248-2411 | (u)Jeffrey A. Weinman |
| (u)Wells Fargo Bank, National Association, as | End of Label Matrix<br>Mailable recipients   109<br>Bypassed recipients    19<br>Total                 128 | |