# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED WESTERN BANCORP, INC., | ) | Case No. 12-13815 TBM |
| EIN: 84-1233716 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING MOTION FOR ORDER APPROVING
## ABANDONMENT OF ASSET PURSUANT TO 11 U.S.C. §554(a)

THE COURT, having examined the Motion for Order Approving Abandonment of Asset Pursuant to 11 U.S.C. §554(a) (the "Motion to Abandon Asset" or "Motion") filed by Simon E. Rodriguez, chapter 7 trustee, and the Court, being advised in the premises and finding good cause to grant the Motion to Abandon Asset, hereby

ORDERS that the Motion to Abandon Asset is GRANTED. Pursuant to 11 U.S.C. 554(a), United Western Bancorp Inc.'s ("UWBI's") ownership of stock representing 100% ownership of United Western Bank (the "Bank Stock") is deemed abandoned pursuant to 11 U.S.C. §554(a) and the estate's ownership of the Bank Stock is terminated.

DATED this __ day of August, 2021.

BY THE COURT:

_____
United States Bankruptcy Judge

3537609.1