UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| UNITED WESTERN BANCORP, INC., | ) Case No. 12-13815 TBM |
| EIN: 84-1233716 | ) Chapter 7 |
| | ) |
| Debtor. | ) |

**NOTICE OF MOTION FOR ORDER APPROVING ABANDONMENT OF ASSET PURSUANT TO 11 U.S.C. §554(a)**

**OBJECTION DEADLINE:  AUGUST 12, 2021**

YOU ARE HEREBY NOTIFIED that Ireland Stapleton Pryor & Pascoe, PC, as counsel for Simon E. Rodriguez, Chapter 7 Trustee of the Bankruptcy Estate of United Western Bancorp, Inc. ("UWBI"), has filed a Motion for Order Approving Abandonment of Asset Pursuant to 11 U.S.C. §554(a), (the "Motion to Abandon Asset" or "Motion"), with the Bankruptcy Court and requests the following relief: that the Court enter an order Pursuant to 11 U.S.C. 554(a) that UWBI's ownership of stock representing 100% ownership of United Western Bank (the "Bank Stock") is deemed abandoned pursuant to 11 U.S.C. §554(a) and the estate's ownership of the Bank Stock is terminated.

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated:  July 29, 2021         IRELAND STAPLETON PRYOR & PASCOE, PC

/s/ Mark E. Haynes
Mark E. Haynes, #12312
717 17th Street, Suite 2800
Denver, Colorado 80202
Telephone:  (303) 623-2700
Facsimile:  (303) 623-2062
Email:  mhaynes@irelandstapleton.com
Attorneys for Simon E. Rodriguez, Chapter 7 Trustee

3537622.1