# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED WESTERN BANCORP, INC., | ) | Case No. 12-13815 TBM |
| EIN:  84-1233716 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING APPLICATION TO EMPLOY DENNIS D. RUSSELL, CPA, AS TAX SPECIAL ADVISOR TO THE TRUSTEE

THE COURT, having examined the Application to Employ Dennis D. Russell, CPA, as Tax Special Advisor for the Trustee (the "Application") filed by Simon E. Rodriguez, chapter 7 trustee, (the "Trustee") and the Court, being advised in the premises and finding good cause to grant the Application, hereby

ORDERS that the Application is GRANTED.  The Court authorizes the Trustee to employ Dennis Russell, under 11 U.S.C. § 327(a), as CPA and Special Advisor with such compensation for accounting and tax services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

DATED this __ day of August, 2021.

BY THE COURT:

United States Bankruptcy Judge

3537700.1