**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re:

UNITED WESTERN BANCORP, INC.,

Debtor.

Bankruptcy Case No. 12-13815 TBM
Chapter 7

_____

**ORDER FOR COMPLIANCE**
_____

THIS MATTER comes before the Court *sua sponte*. On July 29, 2021, Simon E. Rodriguez, Chapter 7 Trustee (the "Trustee") filed his "Application to Employ Dennis D. Russell, CPA as Tax Special Advisor to the Trustee" (Docket No. 713, the "Application"). The Court's review of the Application reveals that the Trustee has not complied with Fed. R. Bankr. P. 2014(a). Specifically, although the Trustee represented he attached an affidavit of Dennis D. Russell to the Application, the Affidavit is not attached. Accordingly, it is therefore

ORDERED the Trustee is afforded seven (7) days to submit the Affidavit in support of the Application, failing which, the Application may be denied without prejudice.

DATED this 24th of August, 2021.

BY THE COURT:

_____
Thomas B. McNamara,
United States Bankruptcy Judge