UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED WESTERN BANCORP, INC., | ) | Case No. 12-13815 TBM |
| EIN: 84-1233716 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION FOR ORDER APPROVING
ABANDONMENT OF ASSET PURSUANT TO 11 U.S.C. §554(a)**

BEFORE THE COURT is the "Motion for Order Approving Abandonment of Asset Pursuant to 11 U.S.C. §554(a)" (Docket No. 710, the "Motion to Abandon") filed by Simon E. Rodriguez, chapter 7 trustee (the "Trustee"). The Trustee asserts he provided proper notice of his Motion to Abandon and no objection has been filed thereto. Accordingly, the Court hereby

ORDERS that the Motion to Abandon is GRANTED. Pursuant to 11 U.S.C. § 554(a), United Western Bancorp Inc.'s ("UWBI's") ownership of stock representing 100% ownership of United Western Bank (the "Bank Stock") is deemed abandoned pursuant to 11 U.S.C. §554(a).

DATED this 25th day of August, 2021.

BY THE COURT:

_Thomas B. McNamara_
Thomas B. McNamara
United States Bankruptcy Judge

3537609.1