.IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED WESTERN BANCORP, INC., | ) | Case No. 12-13815 TBM |
| EIN: 84-1233716 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## RESPONSE TO ORDER FOR COMPLIANCE

Simon E. Rodriguez, Chapter 7 Trustee of the Bankruptcy Estate of United Western Bancorp, Inc. (the "Trustee") by and through his counsel, hereby responds to the Court's Order for Compliance dated August 24, 2021 (Docket No. 718, the "Order") regarding the Trustee's Application to Employ Dennis D. Russell, CPA, as Tax Special Advisor to the Trustee (Docket No. 713), and states as follows:

1. Pursuant to the Order, the Affidavit of Dennis D. Russell, which was inadvertently not filed with the Trustee's Application, is attached hereto as Exhibit A.

DATED: August 25, 2021.

Respectfully submitted,

IRELAND STAPLETON PRYOR & PASCOE, PC


/s/ Mark E. Haynes
Mark E. Haynes, #12312
717 17th Street, Suite 2800
Denver, Colorado 80202
Telephone: (303) 623-2700
Facsimile: (303) 623-2062
Email: mhaynes@irelandstapleton.com

Attorneys for Simon E. Rodriguez, Chapter 7 Trustee

3554453.1