UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
UNITED WESTERN BANCORP, INC. ) Case No. 12-13815 - TBM
)
EIN/SSN: xxx-xx-xxxx ) Chapter 7
)
Debtor(s) )

## AFFIDAVIT OF ACCOUNTANT

The undersigned submits this affidavit in support of his employment by the Trustee as set forth in the Trustee's Application to Employ Accountant, Dennis D. Russell, CPA, filed by the Trustee herein.

STATE OF ARIZONA )
) ss.
County of Pima )

I, Dennis D. Russell, being first duly sworn, upon oath, depose and state as follows:

1. That I am a disinterested person within the meaning of 11 U.S.C. Section 101(14).

2. That I do not hold nor represent any interest adverse to the debtors of the corporation.

3. That, but for the proposed employment which is the subject of the Trustee's Application to Employ Accountant, I do not have any connection with the debtors, their creditors or any other party in connection with the United States Trustee, or any person employed in the office of the United States Trustee, except that I have been appointed as accountant in other bankruptcy estates for Simon Rodriguez, the Trustee.

4. For a reasonable compensation, I have agreed to represent the Trustee for the special purpose of requesting permission from the IRS to cease income tax filings. The hourly rate for Dennis D. Russell is $200 - $250.

5. I have not shared nor agreed to share compensation received herein with any other person.

FURTHER AFFIANT SAYETH NAUGHT.  _[signature]_

Dennis D. Russell, CPA

State of Arizona, County of Pima

Subscribed and sworn to before me this 1a day of July, 2021, by Dennis D. Russell.

My commission expires: 9/23/2024

_[signature]_
Notary Public

KRISTA KATHLEEN SCHMIDT
Notary Public - Arizona
Pima County
Commission # 588500
My Comm. Expires Sep 23, 2024

EXHIBIT A