**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED WESTERN BANCORP, INC., | ) | Case No. 12-13815 TBM |
| EIN: 84-1233716 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION FOR ORDER APPROVING**
**ABANDONMENT OF ASSETS PURSUANT TO 11 U.S.C. §554(a)**

BEFORE THE COURT is the "Motion for Order Approving Abandonment of Assets Pursuant to 11 U.S.C. §554(a)" (Docket No. 725, the "Motion to Abandon Assets") filed by Simon E. Rodriguez, chapter 7 trustee (the "Trustee"). The Trustee requests an order authorizing him to abandon the estate's interest in certain assets defined below. The Trustee asserts he provided proper notice of his Motion to Abandon Assets and no objection has been filed. Because no objection was filed, it is uncontested that the estate's interest in the assets listed below is of inconsequential value and benefit to the estate. Accordingly, the Court hereby

ORDERS that the Motion to Abandon Assets is GRANTED. Pursuant to 11 U.S.C. 554(a), the ownership interest of the estate of United Western Bancorp Inc.'s ("UWBI's"), whatever that may be, in the Schedule B Assets and Tax Return Assets, described below, is deemed abandoned pursuant to 11 U.S.C. §554(a):

    a. The following assets listed in UWBI's Amended Schedule B filed in this Case (collectively, the "Schedule B Assets"):

        i. Stock representing 100% ownership of Equi-Mor Holdings, Inc.;

        ii. Common equity representing approximately 100% ownership of Matrix Bancorp Capital Trust II;

        iii. Common equity representing approximately 100% ownership of Matrix Bancorp Capital Trust VI;

        iv. Common equity representing approximately 100% ownership of Matrix Bancorp Capital Trust VIII;

        v. Stock representing 100% ownership of Matrix Bancorp Trading, Inc.;

        vi. Stock representing 100% ownership of The Vintage Group, Inc.;

      vii. Stock representing 100% ownership of United Western Administrative Services, Inc.;

      viii. Stock representing 100% ownership of UW Asset Corp.;

      ix. Member interest representing approximately 44% ownership of UWBK Colorado Fund, LLC.;

      x. Stock representing 100% ownership of UWBK Management Fund, Inc.;

      xi. Stock representing 100% ownership of UWT, Inc.

b. The following assets or subsidiary entities listed in the UWBI Consolidated U.S. Tax Returns for 2020 and/or earlier (collectively, the "Tax Return Assets")[1]:

      i. Equi-Mor Holdings, Inc.;

      ii. UW Asset Corporation;

      iii. Matrix Bancorp Trading;

      iv. Matrix Funding Corporation;

      v. UW Investment Services, Inc.

      vi. UW Trust

      vii. UWBK Fund Management, Inc.

      viii. United Western Administrative Services, Inc.

      ix. Charter Facilities Funding LLC (100% equity ownership)

      x. Charter Facilities Funding IV, LLC (0.01%)

      xi. Charter Facilities Funding 5, LLC (0.01%)

---

[1] Some Tax Return Assets are also Schedule B Assets. They are listed again for clarity.

DATED this 22nd day of October, 2021.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge

3