UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| UNITED WESTERN BANCORP, INC., | )   Case No. 12-13815 TBM |
| EIN: 84-1233716 | )   Chapter 7 |
| | ) |
| Debtor. | ) |

### NOTICE OF SEVENTH AND FINAL APPLICATION FOR COMPENSATION OF IRELAND STAPLETON PRYOR & PASCOE, PC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE

### OBJECTION DEADLINE:  DECEMBER 7, 2022

YOU ARE HEREBY NOTIFIED that Ireland Stapleton Pryor & Pascoe, PC, as counsel for Simon E. Rodriguez, Chapter 7 Trustee of the Bankruptcy Estate of United Western Bancorp, Inc., has filed its Sixth Interim Application for Compensation of Ireland Stapleton Pryor & Pascoe, PC as Counsel for the Chapter 7 Trustee, with the Bankruptcy Court and requests the following relief:  Ireland Stapleton Pryor & Pascoe, PC requests the Bankruptcy Court enter an order allowing it interim fees in the amount of $48,913.50 and disbursements in the amount of $136.35 For the period September 30, 2020 through November 16, 2022.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated:  November 16, 2022                     IRELAND STAPLETON PRYOR & PASCOE, PC

 /s/ Mark E. Haynes
Mark E. Haynes, #12312
717 17th Street, Suite 2800
Denver, Colorado 80202
Telephone:  (303) 623-2700
Facsimile:  (303) 623-2062
Email:  mhaynes@irelandstapleton.com
Attorneys for Simon E. Rodriguez, Chapter 7 Trustee

5051424.1