UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED WESTERN BANCORP, INC., | ) | Case No. 12-13815 TBM |
| EIN: 84-1233716 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

# CERTIFICATE OF SERVICE

**9013-1 Certificate of Service of Motion, Notice and Proposed Order:**

 I certify that on November 16, 2022, I served a complete copy of the **SEVENTH AND FINAL APPLICATION FOR COMPENSATION OF IRELAND STAPLETON PRYOR & PASCOE, PC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE,** notice, and proposed order on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Regina Ries
1660 Lincoln St., Ste. 2200
Denver, CO 80264
GRies@sendwass.com
Attorney for United Western Bancorp, Inc.

Harvey Sender
600 17th Street, Suite 2800 S
Denver, CO 80203
harveysender1@sendertrustee.com
Attorney for United Western Bancorp, Inc.

David Warner
2580 W. Main Street
Suite 200
Littleton, CO 80120 (303) 296-1999
dwarner@wgwc-law.com
Attorney for United Western Bancorp, Inc.

Caroline C. Fuller
1801 California Street
Suite 2600
Denver, CO 80202
cfuller@fwlaw.com
Attorney for Simon E. Rodriguez

Leo M. Weiss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
303-312-7230
Fax : 303-312-7239
Attorney for U.S. Trustee, 11

Jarrod Martin
999 18th Street
Suite 1551
Denver, CO 80202
Jarrod.Martin@usdoj.gov
Attorney for U.S. Trustee, 11

5051191.1

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
303-312-7999
Email: Alan.Motes@usdoj.gov
Attorney for U.S. Trustee, 11

**2002-1 Certificate of Service of Notice**

      I certify that on November 16, 2022, I served by prepaid first class mail a copy of the Notice regarding **SEVENTH AND FINAL APPLICATION FOR COMPENSATION OF IRELAND STAPLETON PRYOR & PASCOE, PC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE** on the following parties in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on November 16, 2022 in accordance with 11 U.S.C. § 342(c) and FED. R. BANKR. P. 2002.

                                            */s/ Mark E. Haynes*
                                            Mark E. Haynes

5051191.1

```
Label Matrix for local noticing           700 17th Street Operating LLC            700 17th Street Operating, LLC
1082-1                                    c/o The Law Offices of Theodore W. Brin  c/o The Law Offices of Theodore W. Brin
Case 12-13815-TBM                         1601 Blake Street                        1601 Blake Street, Suite 305
District of Colorado                      Suitre 305                               Denver, Colorado 80202-1329
Denver                                    Denver, CO 80202-1341
Wed Nov 16 09:49:08 MST 2022

Adams County Assessor                     Adams County Treasurer                   American Express Centurion Bank
4430 S. Adams County Pkwy, 2nd Fl C-2100  PO Box 869                               c o Becket and Lee LLP
Brighton, CO  80604                       Brighton, CO 80601-0869                  POB 3001
                                                                                   Malvern, PA 19355-0701


Christoper Bartlein                       Bernard C. Darre                         Ethan Birnberg
w 316  s7516 Thorncrest Ct.               c/o Matthew Rawlinson                    Porter Simon, PC
Mukwonago, WI 53149                       Latham & Watkins LLP                     40200 Truckee Airport Road
                                          140 Scott Drive                          Truckee, CA 96161-3389
                                          Menlo Park, CA 94025-1008


Theodore Brin                             Bruce Slovin                             BuckleySandler, LLP
1601 Blake St.                            111 East 61st St.                        C/O Maria J. Flora, P.C.
Ste. 305                                  New York, NY 10065-8101                  1763 Franklin St.
Denver, CO 80202-1329                                                              Denver, CO 80218-1124


(p)CITY AND COUNTY OF DENVER              Class Claimants                          Clover Partners, L.P.
ATTN ATTENTION BANKRUPTCY                 c/o Paul G. Urtz                         c/o Paul G. Urtz
201 W COLFAX AVE                          1660 Lincoln Street, #2850               1660 Lincoln Street, #2850
DEPT 1009 MC 1001                         Denver, CO 80264-2800                    Denver, CO 80264-2800
DENVER CO 80202-5329

Colorado Department of Labor              Colorado Department of Labor and Employment  Colorado Department of Revenue
PO Box 956                                Uemployment Insurance Operations             Bankruptcy Unit
Denver, CO 80201-0956                     PO BOX 8789                                  1375 Sherman St., Rm 504
                                          Denver,CO 80201-8789                         Denver CO 80261-0004


Colorado Department of Revenue            Colorado Dept of Labor and Employment    Comptroller Of The Currency
PO Box 956                                PO Box 46545                             Administrator Of National Banks
Denver, CO 80201-0956                     Denver, CO 80201-6545                    Washington, DC 20219-0001


William Cross                             David Dennis                             Dennis Santistevan
Markus Williams Young & Hunsicker LLC     8400 E. Crescent Pkwy, Suite 600         c/o Matthew Rawlinson
1775 Sherman Street                       Greenwood Village, CO 80111-2842         Latham & Watkins LLP
Ste 1950                                                                           140 Scott Drive
Denver, CO 80203-4350                                                              Menlo Park, CA 94025-1008


William Dickensheet                       Dickensheet & Associates, Inc.           Division Of IRS
1501 W. Wesley Ave.                       1501 W. Wesley Ave.                      1999 Broadway, Suite 1722
Denver, CO 80223-4238                     Denver, CO 80223-4238                    Denver, CO  80202-3008


Angela D. Dodd                            Donald G. Zook, Jr.                      Equity Trust Company
175 W. Jackson Blvd.                      PO Box 1727                              2559 Burns Rd.
Ste. 900                                  Berthoud,  CO 80513-1727                 Elyria, OH  44035
Chicago, IL 60604-2815
```

```
FBR Capital Markets & Co.              Fairfield and Woods, P.C.              Federal Deposit Insurace Corporation, as Rec
Attn:  Tara Holubar                    c/o Caroline C. Fuller                 c/o Markus Williams Young & Zimmermann
1001 Nineteenth Street North           1801 California, Suite 2600            John F. Young
Arlington, VA 22209-1739               Ste. 2600                              1700 Lincoln Street, Suite 4000
                                       Denver, CO 80202-2645                  Denver, CO 80203-4540


Federal Deposit Insurance Corporation  Federal Deposit Insurance Corporation, Maria J. Flora
Division Of Resolutions & Receiverships as Receiver of United Wester Bank     PO Box 7283
1601 Bryan St.                         c/o Alan P. Solow                      Denver, CO 80207-0283
Dallas, TX 75201-3401                  DLA Piper LLP(US)
                                       203 North LaSalle Street, Ste 1900
                                       Chicago, IL 60601-1263


Caroline C. Fuller                     Guy A. Gibson                          Mark E. Haynes
1801 California St.                    c/o Matthew Rawlinson                  717 17th St.
Ste. 2600                              Latham & Watkins LLP                   Ste. 2800
Denver, CO 80202-2645                  140 Scott Drive                        Denver, CO 80202-3311
                                       Menlo Park, CA 94025-1008


Henry C. Duques                        (p)INTERNAL REVENUE SERVICE            IRS - District Counsel
1300 Ben Franklin Dr.                  CENTRALIZED INSOLVENCY OPERATIONS      1244 Speer Blvd Ste 500
Unit 1206                              PO BOX 7346                            Denver, CO 80204-3518
Sarasota, FL 34236-2159                PHILADELPHIA PA 19101-7346


IRS District Counsel                   Internal Revenue Service               Internal Revenue Service District SPS
1244 Speer, Ste. 500                   P.O. Box 7346                          1999 Broadway,
Denver, CO 80204-3518                  Philadelphia, PA 19101-7346            MS 5012 DEN
                                                                              Denver, CO 80202-2490


JPMorgan Chase Bank, N.A.              JPMorgan Chase Bank, N.A.              JPMorgan Chase Bank, N.A.
c/o Skadden Arps Slate Meagher & Flom  Commercial Banking                     c/o George N. Panagakis
155 N. Wacker Drive                    Mail Code: IL1-1415                    Skadden,Arps,Slate,Meagher & Flom,LLP
Chicago, IL 60606-1787                 Chicago, IL  60603-2003                155 N. Wacker Drive, Suite 2700
                                                                              Chicago, IL 60606-1720


James H. Bullock                       Jeffrey A. Weinman, Ch 7 Trustee to UWT, Inc  Jeffrey Leeds
c/o Matthew Rawlinson                  c/o Patrick D. Vellone                 c/o Matthew Rawlinson
Latham & Watkins LLP                   Allen & Vellone, PC                    Latham & Watkins LLP
140 Scott Drive                        1600 Stout Street, Suite 1100          140 Scott Drive
Menlo Park, CA 94025-1008              Denver, CO 80202-3160                  Menlo Park, CA 94025-1008


Joel Laufer P.C.                       Jessica Kumar                          Mark A. Larson
2000 S. Colorado Blvd.                 155 N. Wacker Dr., Ste. 3200           Larson Law Firm, LLC
Tower Two, Suite 700                   Chicago, IL 60606-1731                 1400 Main Street, Ste. 201D
Denver, CO 80222-7900                                                         Louisville, CO 80027-3046


Latham & Watkins Attn: Peter M. Gilhuly Joel Laufer                           Lester Ravitz
355 South Grand Ave.                   Robinson Waters & O'Dorisio, P.C.      c/o Matthew Rawlinson
Los Angeles, CA 90071-1560             1099 18th Street                       Latham & Watkins LLP
                                       Suite 2600                             140 Scott Drive
                                       Denver, CO 80202-1926                  Menlo Park, CA 94025-1008


Linda A. Selub                         Jeffrey M. Lippa                       Lovell Minick Partners, LLC
6851 S. Gaylord  St., #2343            Williams Weese Pepple & Ferguson       2141 Rosecrans Ave., Ste. 5750
Centennial, CO 80122-1709              1801 California St                     El Segundo, CA 90245-4747
                                       Suite 3400
                                       Denver, CO 80202-2655
```

MHC Mutual Conversion Fund, L.P.
c/o Paul G. Urtz
1660 Lincoln Street, #2850
Denver, CO 80264-2800

Marathon Document Solutions
700 17th St., Suite 800
Denver, CO 80202-3526

Jarrod Martin
999 18th St.
Ste. 1551
Denver, CO 80202-2415

Matrix Bancorp Capital Trust II
1100 North Market Street
Corporate Trust Department
Wilmington, DE 19890-1100

Matrix Bancorp Capital Trust VI
Global Debt Services
100 Plaza One, 6th Floor
Jersey City, NJ 07311-3934

Matrix Bancorp Capital Trust VIII
c/o Wells Fargo Bank, N.A.
919 Market Street, Suite 700
Wilmington, DE 19801-3044

Robert McDermott
Denver City Attorney's Office
201 W. Colfax
Dept. 1207
Denver, CO 80202-5332

Robert A. McDermott
201 W. Colfax Ave.
Dep't. 1207
Denver, CO 80202-5329

Michael McCloskey
c/o Matthew Rawlinson
Latham @ Watkins LLP
140 Scott Drive
Menlo Park, CA 94025-1008

Microsoft Corporation and Microsoft Licenesi
Joseph E. Shickich, Jr.
c/o RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192

Microsoft Corporation and Microsoft Licensin
c/o Joseph E. Shickich, Jr.
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1065

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Oak Hill Capital Management, LLC
65E 55th St., 32 Floor
New York, NY 10022-3219

Oak Hill Capital Partners, III, LP
Oak Hill Capital Mgmt. Partners III, LP
201 Main St., #1620
Forth Worth, TX 76102-3110

Oregon Department of Revenue
955 Center St.
Salem, OR 97301-2555

M. Stephen Peters
5310 Ward Road
Suite G-07
Arvada, CO 80002-1829

Kevin F. Powers
One Mid America Plaza
Suite 700
PO Box 3697
Oak Brook, IL 60522-3697

Qwest Communications Company, LLC
dba CenturyLink QCC
Attn: Bankruptcy
1801 California St Rm 900
Denver, CO 80202-2609

Qwest Corporation
dba CenturyLink QC
Attn: Bankruptcy
1801 California St Rm 900
Denver, CO 80202-2609

Ray Rickard
120 West Park Dr.
Suite 200
Grand Junction, CO 81505-1456

Brendon C. Reese
1300 Broadway, 8th Floor
Denver, CO 80203-2104

Regional Diversified Funding 2004-1 Ltd
Wells Fargo Bank, N.A.
919 Market Street, Suite 700
Wilmington, DE 19801-3044

Remax 4000, Inc.
120 West Park Dr.
Suite 200
Grand Junction, CO 81505-1456

Vincent E. Rhynes
513 W. 159th St.
Gardena, CA 90248-2411

Regina Ries
1660 Lincoln St.
Ste. 2200
Denver, CO 80264-2202

Jared S. Roach
Reed Smith, LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

Robert T. Slezak
c/o Matthew Rawlinson
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025-1008

Simon E. Rodriguez
P.O. Box 36324
Denver, CO 80236-0324

SL Biggs
Attn: Mark D. Dennis
2000 S. Colorado Blvd.
Tower II, Suite 200
Denver, CO 80222-7900

Sandler O'Neill + Partners, L.P.
1251 Avenue of the Americas
6th Floor
New York, NY 10020-1128

| | | |
|---|---|---|
| Scot T. Wetzel<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Securities & Exchange Commission<br>Denver Regional Office<br>1801 California St Ste 1500<br>Denver, CO 80202-2656 | Harvey Sender<br>600 17th St.<br>Ste. 2800S<br>Denver, CO 80202-5428 |
| Matthew D. Skeen<br>P.O. Box 218<br>Georgetown, CO 80444-0218 | Kimberley Haines Tyson<br>717 17th St.,<br>Ste., 2800<br>Denver, CO 80202-3311 | US Attorney - Colorado<br>District Of Colorado, Civ. Div.<br>1225 17th St Ste 700<br>Denver, CO  80202-5598 |
| (p)U S  DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION WESTERN REGION<br>P O BOX 683<br>WASHINGTON DC 20044-0683 | US Trustee 11<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | United States Trustee<br>999 18th Street<br>Suite 1551<br>Denver, CO 80202-2415 |
| United Western Bancorp, Inc.<br>12301 Grant Street<br>Suite 110<br>Thornton, CO 80241-3130 | Paul G. Urtz<br>Miller and Urtz LLC<br>4500 E. Cherry Creek South Dr.<br>Ste 1080<br>Denver, CO 80246-1537 | David Warner<br>2580 W. Main Street<br>Ste. 200<br>Littleton, CO 80120-4631 |
| Leo M. Weiss<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Wells Fargo Bank, N. A. as guarantee trustee<br>c/o Jared S. Roach, Esq.<br>Reed Smith, LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222-2716 | Wendy J. Fisk<br>3558 E. Davies Ave.<br>Centennial, CO 80122-2027 |
| William Snider<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Wilmington Trust Company, Trustee<br>c/o J. William Boone, Esq.<br>One Atlantic Center<br>1201 W. Peachtree St.<br>Atlanta, GA 30309-3424 | John F. Young<br>Markus Williams Young & Hunsicker LLC<br>1775 Sherman Street, Suite 1950<br>Denver, CO 80203-4350 |
| c/o George N. Panagakis<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606-1720 | | |

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City and County of Denver/Treasury<br>Attn: Karen Katros, Bankruptcy Analyst<br>201 W. Colfax Ave., Department 1001<br>Denver, CO 80202 | IRS<br>Department of Treasury<br>Ogden, UT 84201 | US Attorney General<br>Dept of Justice Tax Div.<br>PO Box 683 Ben Franklin Station<br>Washington, DC 20044 |
| (d)US Attorney General<br>Dept. Of Justice Tax Division<br>P O Box 683, Ben Franklin Station<br>Washington, DC  20044-0683 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

(u)BuckleySandler, LLP

(u)City & County of Denver

(u)Clover Partners, L.P.

(u)Directors and Officers

(u)First Citizens Bank and Trust Company

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(d)Internal Revenue Service, District SPS
1999 Broadway
MS 5012 DEN
Denver, CO 80202-2490

(u)MHC Mutual Conversion Fund, L.P.

(d)Marathon Document Solutions, Inc.
700 17th St., Ste. 800
Denver, CO 80202-3526

(u)Sandler O'Neill + Partners

(u)Stage Coach Investments, LLC

(u)State Of Colorado Department Of Revenue

(u)Angela Dodd U.S. Securities & Exchange Com

(d)US Attorney Colorado
District of Colorado Civ. Div.
1225 17th St., Ste. 700
Denver, CO 80202-5598

(d)Vincent E. Rhynes
513 W. 159th St.
Gardena, CA 90248-2411

(u)Jeffrey A. Weinman

(u)Wells Fargo Bank, National Association, as

End of Label Matrix
Mailable recipients    108
Bypassed recipients     19
Total                  127