UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| UNITED WESTERN BANCORP, INC., | )   Case No. 12-13815 TBM |
| EIN: 84-1233716 | )   Chapter 7 |
| | ) |
| Debtor. | ) |

**NOTICE OF SEVENTH AND FINAL APPLICATION FOR
COMPENSATION OF IRELAND STAPLETON PRYOR & PASCOE, PC
AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

**OBJECTION DEADLINE:  DECEMBER 7, 2022**

YOU ARE HEREBY NOTIFIED that Ireland Stapleton Pryor & Pascoe, PC, as counsel for Simon E. Rodriguez, Chapter 7 Trustee of the Bankruptcy Estate of United Western Bancorp, Inc., has filed its Sixth Interim Application for Compensation of Ireland Stapleton Pryor & Pascoe, PC as Counsel for the Chapter 7 Trustee, with the Bankruptcy Court and requests the following relief:  Ireland Stapleton Pryor & Pascoe, PC requests the Bankruptcy Court enter an order allowing it interim fees in the amount of $48,913.50 and disbursements in the amount of $136.35 For the period September 30, 2020 through November 16, 2022.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated:  November 16, 2022                IRELAND STAPLETON PRYOR & PASCOE, PC


 _/s/ Mark E. Haynes_
Mark E. Haynes, #12312
717 17th Street, Suite 2800
Denver, Colorado 80202
Telephone:  (303) 623-2700
Facsimile:  (303) 623-2062
Email:  mhaynes@irelandstapleton.com
Attorneys for Simon E. Rodriguez, Chapter 7 Trustee

5051424.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED WESTERN BANCORP, INC., ) | Case No. 12-13815 TBM |
| EIN: 84-1233716 ) | Chapter 7 |
| ) | |
| Debtor. ) | |

# CERTIFICATE OF SERVICE

**9013-1 Certificate of Service of Motion, Notice and Proposed Order:**

I certify that on November 16, 2022, I served a complete copy of the **SEVENTH AND FINAL APPLICATION FOR COMPENSATION OF IRELAND STAPLETON PRYOR & PASCOE, PC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE,** notice, and proposed order on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Regina Ries
1660 Lincoln St., Ste. 2200
Denver, CO 80264
GRies@sendwass.com
Attorney for United Western Bancorp, Inc.

Harvey Sender
600 17th Street, Suite 2800 S
Denver, CO 80203
harveysender1@sendertrustee.com
Attorney for United Western Bancorp, Inc.

David Warner
2580 W. Main Street
Suite 200
Littleton, CO 80120 (303) 296-1999
dwarner@wgwc-law.com
Attorney for United Western Bancorp, Inc.

Caroline C. Fuller
1801 California Street
Suite 2600
Denver, CO 80202
cfuller@fwlaw.com
Attorney for Simon E. Rodriguez

Leo M. Weiss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
303-312-7230
Fax : 303-312-7239
Attorney for U.S. Trustee, 11

Jarrod Martin
999 18th Street
Suite 1551
Denver, CO 80202
Jarrod.Martin@usdoj.gov
Attorney for U.S. Trustee, 11

5051191.1

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294
303-312-7999
Email: Alan.Motes@usdoj.gov
Attorney for U.S. Trustee, 11

**2002-1 Certificate of Service of Notice**

      I certify that on November 16, 2022, I served by prepaid first class mail a copy of the Notice regarding **SEVENTH AND FINAL APPLICATION FOR COMPENSATION OF IRELAND STAPLETON PRYOR & PASCOE, PC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE** on the following parties in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on November 16, 2022 in accordance with 11 U.S.C. § 342(c) and FED. R. BANKR. P. 2002.

                                                */s/ Mark E. Haynes*
                                                Mark E. Haynes

5051191.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 12-13815-TBM<br>District of Colorado<br>Denver<br>Wed Nov 16 09:49:08 MST 2022 | 700 17th Street Operating LLC<br>c/o The Law Offices of Theodore W. Brin<br>1601 Blake Street<br>Suitre 305<br>Denver, CO 80202-1341 | 700 17th Street Operating, LLC<br>c/o The Law Offices of Theodore W. Brin<br>1601 Blake Street, Suite 305<br>Denver, Colorado 80202-1329 |
| Adams County Assessor<br>4430 S. Adams County Pkwy, 2nd Fl C-2100<br>Brighton, CO  80604 | Adams County Treasurer<br>PO Box 869<br>Brighton, CO 80601-0869 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Christoper Bartlein<br>w 316  s7516 Thorncrest Ct.<br>Mukwonago, WI 53149 | Bernard C. Darre<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 | Ethan Birnberg<br>Porter Simon, PC<br>40200 Truckee Airport Road<br>Truckee, CA 96161-3389 |
| Theodore Brin<br>1601 Blake St.<br>Ste. 305<br>Denver, CO 80202-1329 | Bruce Slovin<br>111 East 61st St.<br>New York, NY 10065-8101 | BuckleySandler, LLP<br>C/O Maria J. Flora, P.C.<br>1763 Franklin St.<br>Denver, CO 80218-1124 |
| (p)CITY AND COUNTY OF DENVER<br>ATTN ATTENTION BANKRUPTCY<br>201 W COLFAX AVE<br>DEPT 1009 MC 1001<br>DENVER CO 80202-5329 | Class Claimants<br>c/o Paul G. Urtz<br>1660 Lincoln Street, #2850<br>Denver, CO 80264-2800 | Clover Partners, L.P.<br>c/o Paul G. Urtz<br>1660 Lincoln Street, #2850<br>Denver, CO 80264-2800 |
| Colorado Department of Labor<br>PO Box 956<br>Denver, CO 80201-0956 | Colorado Department of Labor and Employment<br>Uemployment Insurance Operations<br>PO BOX 8789<br>Denver,CO 80201-8789 | Colorado Department of Revenue<br>Bankruptcy Unit<br>1375 Sherman St., Rm 504<br>Denver CO 80261-0004 |
| Colorado Department of Revenue<br>PO Box 956<br>Denver, CO 80201-0956 | Colorado Dept of Labor and Employment<br>PO Box 46545<br>Denver, CO 80201-6545 | Comptroller Of The Currency<br>Administrator Of National Banks<br>Washington, DC 20219-0001 |
| William Cross<br>Markus Williams Young & Hunsicker LLC<br>1775 Sherman Street<br>Ste 1950<br>Denver, CO 80203-4350 | David Dennis<br>8400 E. Crescent Pkwy, Suite 600<br>Greenwood Village, CO 80111-2842 | Dennis Santistevan<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 |
| William Dickensheet<br>1501 W. Wesley Ave.<br>Denver, CO 80223-4238 | Dickensheet & Associates, Inc.<br>1501 W. Wesley Ave.<br>Denver, CO 80223-4238 | Division Of IRS<br>1999 Broadway, Suite 1722<br>Denver, CO  80202-3008 |
| Angela D. Dodd<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago, IL 60604-2815 | Donald G. Zook, Jr.<br>PO Box 1727<br>Berthoud,  CO 80513-1727 | Equity Trust Company<br>2559 Burns Rd.<br>Elyria, OH  44035 |

```
FBR Capital Markets & Co.              Fairfield and Woods, P.C.              Federal Deposit Insurace Corporation, as Rec
Attn:  Tara Holubar                    c/o Caroline C. Fuller                 c/o Markus Williams Young & Zimmermann
1001 Nineteenth Street North           1801 California, Suite 2600            John F. Young
Arlington, VA 22209-1739               Ste. 2600                              1700 Lincoln Street, Suite 4000
                                       Denver, CO 80202-2645                  Denver, CO 80203-4540


Federal Deposit Insurance Corporation  Federal Deposit Insurance Corporation, Maria J. Flora
Division Of Resolutions & Receiverships as Receiver of United Wester Bank     PO Box 7283
1601 Bryan St.                         c/o Alan P. Solow                      Denver, CO 80207-0283
Dallas, TX 75201-3401                  DLA Piper LLP(US)
                                       203 North LaSalle Street, Ste 1900
                                       Chicago, IL 60601-1263


Caroline C. Fuller                     Guy A. Gibson                          Mark E. Haynes
1801 California St.                    c/o Matthew Rawlinson                  717 17th St.
Ste. 2600                              Latham & Watkins LLP                   Ste. 2800
Denver, CO 80202-2645                  140 Scott Drive                        Denver, CO 80202-3311
                                       Menlo Park, CA 94025-1008


Henry C. Duques                        (p)INTERNAL REVENUE SERVICE            IRS - District Counsel
1300 Ben Franklin Dr.                  CENTRALIZED INSOLVENCY OPERATIONS      1244 Speer Blvd Ste 500
Unit 1206                              PO BOX 7346                            Denver, CO 80204-3518
Sarasota, FL 34236-2159                PHILADELPHIA PA 19101-7346


IRS District Counsel                   Internal Revenue Service               Internal Revenue Service District SPS
1244 Speer, Ste. 500                   P.O. Box 7346                          1999 Broadway,
Denver, CO 80204-3518                  Philadelphia, PA 19101-7346            MS 5012 DEN
                                                                              Denver, CO 80202-2490


JPMorgan Chase Bank, N.A.              JPMorgan Chase Bank, N.A.              JPMorgan Chase Bank, N.A.
c/o Skadden Arps Slate Meagher & Flom  Commercial Banking                     c/o George N. Panagakis
155 N. Wacker Drive                    Mail Code: IL1-1415                    Skadden,Arps,Slate,Meagher & Flom,LLP
Chicago, IL 60606-1787                 Chicago, IL  60603-2003                155 N. Wacker Drive, Suite 2700
                                                                              Chicago, IL 60606-1720


James H. Bullock                       Jeffrey A. Weinman, Ch 7 Trustee to UWT, Inc  Jeffrey Leeds
c/o Matthew Rawlinson                  c/o Patrick D. Vellone                 c/o Matthew Rawlinson
Latham & Watkins LLP                   Allen & Vellone, PC                    Latham & Watkins LLP
140 Scott Drive                        1600 Stout Street, Suite 1100          140 Scott Drive
Menlo Park, CA 94025-1008              Denver, CO 80202-3160                  Menlo Park, CA 94025-1008


Joel Laufer P.C.                       Jessica Kumar                          Mark A. Larson
2000 S. Colorado Blvd.                 155 N. Wacker Dr., Ste. 3200           Larson Law Firm, LLC
Tower Two, Suite 700                   Chicago, IL 60606-1731                 1400 Main Street, Ste. 201D
Denver, CO 80222-7900                                                         Louisville, CO 80027-3046


Latham & Watkins Attn: Peter M. Gilhuly  Joel Laufer                          Lester Ravitz
355 South Grand Ave.                   Robinson Waters & O'Dorisio, P.C.      c/o Matthew Rawlinson
Los Angeles, CA 90071-1560             1099 18th Street                       Latham & Watkins LLP
                                       Suite 2600                             140 Scott Drive
                                       Denver, CO 80202-1926                  Menlo Park, CA 94025-1008


Linda A. Selub                         Jeffrey M. Lippa                       Lovell Minick Partners, LLC
6851 S. Gaylord  St., #2343            Williams Weese Pepple & Ferguson       2141 Rosecrans Ave., Ste. 5750
Centennial, CO 80122-1709              1801 California St                     El Segundo, CA 90245-4747
                                       Suite 3400
                                       Denver, CO 80202-2655
```

| | | |
|---|---|---|
| MHC Mutual Conversion Fund, L.P.<br>c/o Paul G. Urtz<br>1660 Lincoln Street, #2850<br>Denver, CO 80264-2800 | Marathon Document Solutions<br>700 17th St., Suite 800<br>Denver, CO 80202-3526 | Jarrod Martin<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |
| Matrix Bancorp Capital Trust II<br>1100 North Market Street<br>Corporate Trust Department<br>Wilmington, DE 19890-1100 | Matrix Bancorp Capital Trust VI<br>Global Debt Services<br>100 Plaza One, 6th Floor<br>Jersey City, NJ 07311-3934 | Matrix Bancorp Capital Trust VIII<br>c/o Wells Fargo Bank, N.A.<br>919 Market Street, Suite 700<br>Wilmington, DE 19801-3044 |
| Robert McDermott<br>Denver City Attorney's Office<br>201 W. Colfax<br>Dept. 1207<br>Denver, CO 80202-5332 | Robert A. McDermott<br>201 W. Colfax Ave.<br>Dep't. 1207<br>Denver, CO 80202-5329 | Michael McCloskey<br>c/o Matthew Rawlinson<br>Latham @ Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 |
| Microsoft Corporation and Microsoft Licenesi<br>Joseph E. Shickich, Jr.<br>c/o RIDDELL WILLIAMS P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192 | Microsoft Corporation and Microsoft Licensin<br>c/o Joseph E. Shickich, Jr.<br>RIDDELL WILLIAMS P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1065 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Oak Hill Capital Management, LLC<br>65E 55th St., 32 Floor<br>New York, NY 10022-3219 | Oak Hill Capital Partners, III, LP<br>Oak Hill Capital Mgmt. Partners III, LP<br>201 Main St., #1620<br>Forth Worth, TX 76102-3110 | Oregon Department of Revenue<br>955 Center St.<br>Salem, OR 97301-2555 |
| M. Stephen Peters<br>5310 Ward Road<br>Suite G-07<br>Arvada, CO 80002-1829 | Kevin F. Powers<br>One Mid America Plaza<br>Suite 700<br>PO Box 3697<br>Oak Brook, IL 60522-3697 | Qwest Communications Company, LLC<br>dba CenturyLink QCC<br>Attn: Bankruptcy<br>1801 California St Rm 900<br>Denver, CO 80202-2609 |
| Qwest Corporation<br>dba CenturyLink QC<br>Attn: Bankruptcy<br>1801 California St Rm 900<br>Denver, CO 80202-2609 | Ray Rickard<br>120 West Park Dr.<br>Suite 200<br>Grand Junction, CO 81505-1456 | Brendon C. Reese<br>1300 Broadway, 8th Floor<br>Denver, CO 80203-2104 |
| Regional Diversified Funding 2004-1 Ltd<br>Wells Fargo Bank, N.A.<br>919 Market Street, Suite 700<br>Wilmington, DE 19801-3044 | Remax 4000, Inc.<br>120 West Park Dr.<br>Suite 200<br>Grand Junction, CO 81505-1456 | Vincent E. Rhynes<br>513 W. 159th St.<br>Gardena, CA 90248-2411 |
| Regina Ries<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264-2202 | Jared S. Roach<br>Reed Smith, LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222-2716 | Robert T. Slezak<br>c/o Matthew Rawlinson<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025-1008 |
| Simon E. Rodriguez<br>P.O. Box 36324<br>Denver, CO 80236-0324 | SL Biggs<br>Attn: Mark D. Dennis<br>2000 S. Colorado Blvd.<br>Tower II, Suite 200<br>Denver, CO 80222-7900 | Sandler O'Neill + Partners, L.P.<br>1251 Avenue of the Americas<br>6th Floor<br>New York, NY 10020-1128 |

```
Scot T. Wetzel                              Securities & Exchange Commission            Harvey Sender
c/o Matthew Rawlinson                       Denver Regional Office                      600 17th St.
Latham & Watkins LLP                        1801 California St Ste 1500                 Ste. 2800S
140 Scott Drive                             Denver, CO  80202-2656                      Denver, CO 80202-5428
Menlo Park, CA 94025-1008


Matthew D. Skeen                            Kimberley Haines Tyson                      US Attorney - Colorado
P.O. Box 218                                717 17th St.,                               District Of Colorado, Civ. Div.
Georgetown, CO 80444-0218                   Ste., 2800                                  1225 17th St Ste 700
                                            Denver, CO 80202-3311                       Denver, CO  80202-5598



(p)U S  DEPARTMENT OF JUSTICE TAX DIVISION  US Trustee 11                               United States Trustee
CIVIL TRIAL SECTION WESTERN REGION          Byron G. Rogers Federal Building            999 18th Street
P O BOX 683                                 1961 Stout St.                              Suite 1551
WASHINGTON DC 20044-0683                    Ste. 12-200                                 Denver, CO 80202-2415
                                            Denver, CO 80294-6004


United Western Bancorp, Inc.                Paul G. Urtz                                David Warner
12301 Grant Street                          Miller and Urtz LLC                         2580 W. Main Street
Suite 110                                   4500 E. Cherry Creek South Dr.              Ste. 200
Thornton, CO 80241-3130                     Ste 1080                                    Littleton, CO 80120-4631
                                            Denver, CO 80246-1537


Leo M. Weiss                                Wells Fargo Bank, N. A. as guarantee trustee   Wendy J. Fisk
Byron G. Rogers Federal Building            c/o Jared S. Roach, Esq.                    3558 E. Davies Ave.
1961 Stout St.                              Reed Smith, LLP                             Centennial, CO 80122-2027
Ste. 12-200                                 225 Fifth Avenue, Suite 1200
Denver, CO 80294-6004                       Pittsburgh, PA 15222-2716


William Snider                              Wilmington Trust Company, Trustee           John F. Young
c/o Matthew Rawlinson                       c/o J. William Boone, Esq.                  Markus Williams Young & Hunsicker LLC
Latham & Watkins LLP                        One Atlantic Center                         1775 Sherman Street, Suite 1950
140 Scott Drive                             1201 W. Peachtree St.                       Denver, CO 80203-4350
Menlo Park, CA 94025-1008                   Atlanta, GA 30309-3424


c/o George N. Panagakis
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1720




              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



City and County of Denver/Treasury          IRS                                         US Attorney General
Attn: Karen Katros, Bankruptcy Analyst      Department of Treasury                      Dept of Justice Tax Div.
201 W. Colfax Ave., Department 1001         Ogden, UT 84201                             PO Box 683 Ben Franklin Station
Denver, CO 80202                                                                        Washington, DC 20044



(d)US Attorney General
Dept. Of Justice Tax Division
P O Box 683, Ben Franklin Station
Washington, DC  20044-0683
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)American Express Centurion Bank          (u)BuckleySandler, LLP                  (u)City & County of Denver
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701


(u)Clover Partners, L.P.                    (u)Directors and Officers               (u)First Citizens Bank and Trust Company




(d)Internal Revenue Service                 (d)Internal Revenue Service             (d)Internal Revenue Service, District SPS
PO Box 7346                                 PO Box 7346                             1999 Broadway
Philadelphia, PA  19101-7346                Philadelphia, PA 19101-7346             MS 5012 DEN
                                                                                    Denver, CO 80202-2490


(u)MHC Mutual Conversion Fund, L.P.         (d)Marathon Document Solutions, Inc.    (u)Sandler O'Neill + Partners
                                            700 17th St., Ste. 800
                                            Denver, CO 80202-3526


(u)Stage Coach Investments, LLC             (u)State Of Colorado Department Of Revenue   (u)Angela Dodd U.S. Securities & Exchange Com




(d)US Attorney Colorado                     (d)Vincent E. Rhynes                    (u)Jeffrey A. Weinman
District of Colorado Civ. Div.              513 W. 159th St.
1225 17th St., Ste. 700                     Gardena, CA 90248-2411
Denver, CO 80202-5598


(u)Wells Fargo Bank, National Association, as    End of Label Matrix
                                                 Mailable recipients   108
                                                 Bypassed recipients    19
                                                 Total                 127
```