UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED WESTERN BANCORP, INC. | ) | Case No. 12-13815-TBM |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

**TRUSTEE'S REQUEST TO PAY ADMINISTRATIVE EXPENSES
RELATED TO THE ADMINISTRATION OF THE ESTATE
(SPECIAL ACCOUNTANT FEES)**

The Trustee, Simon E. Rodriguez, Trustee, states the following:

1. Simon E. Rodriguez, Trustee is the duly appointed and acting Trustee in Bankruptcy for the above named Debtor.

2. The Trustee previously requested that he be allowed to hire Dennis D. Russell, CPA, LLC to perform special tax services related to the administration of the Estate.

3. Dennis D. Russell, CPA, LLC was approved by the Court, has completed the special tax work and the reports and requests to deconsolidate tax return requirements for the Estate have been filed with the appropriate government agencies.

4. Dennis D. Russell, CPA, LLC is seeking professional fees in the amount of $5,000.00 and costs of $83.61. The Trustee asserts that such fees are reasonable and necessary to assist in the administration of this estate. A copy of the billing statement and summary of the services provided is attached.

**WHEREFORE**, the Trustee requests that he be allowed to pay as costs of administration, the professional fees of Dennis D. Russell, CPA, LLC in the amount of $5,000.00 and costs of $83.61and for such other and further relief that this Court deems as just and proper.

Dated: November 22, 2022

Respectfully Submitted,

*/s/ Simon E. Rodriguez*
Simon E. Rodriguez, trustee
P O Box 36324
Denver, CO 80236
(303) 969-9100

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on November 22, 2022, a true copy of the **foregoing TRUSTEE'S REQUEST TO PAY ADMINISTRATIVE EXPENSES RELATED TO THE ADMINISTRATION OF THE ESTATE (SPECIAL ACCOUNTANT FEES)** was served by depositing same in the United States mail, postage prepaid and properly addressed to the following and was electronically filed and served via CM/ECF on all parties that have entered an appearance in the above referenced case:

UNITED STATES TRUSTEE
VIA CM/ECF

United Western Bancorp, Inc.
12301 Grant Street, Suite 110
Thornton, CO 80241

Harvey Sender
VIA CM/ECF

Dennis D. Russell, CPA, LLC
13527 N. Heritage Gateway Ave.
Marana, AZ 85658

Simon E. Rodriguez

## **VERIFICATION OF BILLING**

In RE:    United Western Bancorp, Inc.
          BANKRUPTCY CASE 12-13815
          Chapter 7

Billing Date:   September 30, 2022

I, Dennis D. Russell, CPA, being first duly sworn upon my oath, depose and state as follows:

1. I have read the Trustee's Application for Approval and Payment of Accountant Fees.

2. I know the contents thereof and that said services were necessary and were actually rendered.

3. I have made no arrangements and no understanding exists for the division of fees between me and any other party whatsoever.

4. I have received no payments or promises for payment from any other source for services rendered or to be rendered in connection with my employment as accountant for the Trustee.

_____
Dennis D. Russell, CPA

Subscribed and sworn to me this __4__ day of __October__, 2022.

My commission expires: __April 19, 2024__

Seal

JENNIFER C MARGRAF
Notary Public - Arizona
Pima County
Commission # 579995
My Comm. Expires Apr 19, 2024

_____
Notary Public

Dennis D Russell, CPA, LLC
13527 N. Heritage Gateway Ave.
Marana, AZ 85658
(720) 352-5896
Dennis.russell@colorado.edu

# INVOICE

**BILL TO**
Mr. Simon E. Rodriguez, Trustee
P.O. Box 36324
Denver, CO 80236

**INVOICE #: 2022-22**
DATE: September 28, 2022

**DEBTOR**
United Western Bancorp, Inc.

**BANKRUPTCY ESTATE #**
12-13815

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 8/25/2021 to 6/13/2022 | Professional services (see detail attached) | | | $5,000.00 |
| 8/25/2021 to 6/31/2022 | Expenses (see detail attached) | | | $83.61 |

**BALANCE DUE**                                                                 $5,083.61

**Detail Fee Transaction File List**
**Bankruptcy Estate/Case: 12-13815 United Western Bancorp, Inc.**

Appointment approved by the bankruptcy court on Aug. 25, 2021

| Transaction Date | Billing individual | Rate per hour | Hours to bill | Amount | Detail of work performed |
|---|---|---|---|---|---|
| 8/25/2021 - 8/27/2021 | Dennis D. Russell | 200.00 | 6.75 | 1,350.00 | Extensive reseach on IRS Publication 908, IRS Rev. Rul. 84-123, IRS Rev. Proc. 84-59, IRS Reg. 1.6012-2<br>Looking at the possibility of requesting relief from the filing of future federal tax returns given the fact that the bank holding company has no income, other that interest on its cash account, and would be without assets if the subsidiaries were abandoned.<br>UWB subsidiary was abandoned by court action on 8/25/2021.<br>Review of tax and civil court case surrounding the issue of stock abandonment and request for exemption from filing tax returns. |
| 8/31/2021 - 9/3/2021 | Dennis D. Russell | 200.00 | 2.25 | 450.00 | Review of UWBI's previous years' tax returns in order to understand the actions necessary to shed other subsidiaries. |
| 9/15/2021 - 11/1/2021 | Dennis D. Russell | 200.00 | 3.25 | 650.00 | Various phone and email correspondence with Trustee and attorney regarding issues surrounding the drafting of the letter to the IRS requesting relief from future federal tax filings.<br>Discussion of steps necessary for the abandonment of all UWBI subsidiaries.<br>All remaining subsidiaries were abandoned by court action on 10/22/2021. |
| 11/5/2021 | Dennis D. Russell | 200.00 | 4.25 | 850.00 | Drafting of letter to IRS requesting relief from filing future federal tax return in accordance with the procedures outline in IRS Publication 908, IRS Rev. Rul. 84-123, and IRE Rev. Proc. 84-59.<br>Research as to existing IRS rulings and procedures supporting the filing of a request for exemption from tax return filing. |
| 11/15/2021 - 12/15/2021 | Dennis D. Russell | 200.00 | 2.25 | 450.00 | Various phone and email correspondence with Trustee and attorney regarding the draft of the letter to the IRS - review and critique of final draft.<br>Numerous discussions of strategy for filing the UWBI tax return for 12/31/2021 over the period.<br>Discussions with IRS personnel as to proper procedure for filing request. |
| 5/3/2022 - 5/5/2022 | Dennis D. Russell | 200.00 | 1.75 | 350.00 | Review of the draft federal tax return for UWBI for 12/31/2021. Various correspondence with Trustee and attorney to ensure the the federal tax return was clearly stating the actions taken to conform with guidelines issured by the IRS pertaining to a Rev. Rul. 84-123 request. |
| 9-May-22 | Dennis D. Russell | 200.00 | 1.25 | 250.00 | Drafting and circulation of an attachment to the 12/31/2021 federal tax return explaining the actions taken by UWBI to adandon the subsidiaries - assistance to tax accountant |
| 6/13/2022 | Dennis D. Russell | 200.00 | 3.25 | 650.00 | Final assembly of materials supporting the letter to the IRS. Final mailing of the letter to the IRS to the Trustee for final review and signature - 11 detailed attachments |
| | | | | 5,000.00 | |

**Detailed Expenses Transaction File List**
**Bankruptcy Estate: 12-13815 United Western Bancorp., Inc.**

| Transaction Date | Billing individual | Amount | Detail description of charge |
|---|---|---|---|
| 14-Jun-22 | Dennis D. Russell | 25.05 | Mailing of IRS letter and attachments to Trustee and attorney |
| | | | Priority mail |
| | Subtotal | 25.05 | |
| **Travel - mileage: $0.545 per mile** | | | |
| 14-Jun-22 | D. Russell | 9.81 | Travel to/from post office for mailings - 18 miles round trip |
| | Subtotal | 9.81 | |
| **Printing and copying: $0.15 per page** | | | |
| 13-Jun-22 | D. Russell | 48.75 | 5 sets of documents - 65 pages each = 325 pages |
| | Subtotal | 48.75 | |
| **Total expenses incurred** | | 83.61 | |

# UNITED WESTERN BANCORP, INC.
# BANKRUPTCY ESTATE 12-13815
# TIN: 84-1233716

## NARRATIVE FOR SEPTEMBER 28, 2022 BILLING
## DENNIS D. RUSSELL, CPA, LLC

1. The Trustee and his attorney required assistance in providing accounting and income tax services to the corporation specifically addressing the provisions of Rev. Rul. 84-123 and IRS Publication 908 as pertaining to the request for relief from the requirement to file income tax returns. The final product of the accounting and income tax services provided would be a formal letter to the IRS requesting an exemption from the requirement to file income tax returns.

2. This is the first and final fee application for accounting and income tax services. The court approved the appointment on August 25, 2021.

3. During the period August 25, 2021 through June 13, 2022, considerable time was spent on reviewing the corporation's prior year returns and researching various IRS rules, regulations, policies, and procedures. Particular attention was directed to IRS Rev. Rul. 84-123, IRS Rev. Proc. 84-59, IRS Reg. 1.6012-2, and IRS Publication 908. In addition, existing case law and various professional tax services and publications pertaining to the issue were reviewed.

4. Throughout the period, conference calls and e-mail communications with both the Bankruptcy Trustee and his attorney ensured that all parties were working together and taking proper steps to put the corporation in a position to qualify for an exemption from future tax filings in accordance with IRS guidelines.

5. A final draft of the request letter was circulated to the Bankruptcy Trustee and his attorney in May 2022. Final acceptance of the letter was given by the Bankruptcy Trustee and his attorney in June 2022.

6. Copies of the request letter and supporting documentation, consisting of eleven attachments, were submitted to both the IRS District Director, Rocky Mountain District in Denver, Colorado and the IRS, Centralized Insolvency Operation in Philadelphia, Pennsylvania.

7. This professional service required 25.00 hours of professional time, at a cost of $200.00 per hour for a total professional fee of $5,000.00. Out of pocket expenses for copying, printing, mailing, and travel of $83.61 have also been billed. Therefore, the invoice amounts to $5,083.61.

8. A statement as to the qualifications of Dennis D. Russell, CPA is attached.

# Dennis D Russell, CPA, LLC

## Professional Staff, Qualifications, and Customary Billing Rates

### Dennis D. Russell

Mr. Russell is president and sole owner of Dennis D Russell, CPA, LLC located in Marana, Arizona.

He received a Bachelor of Science degree in accounting from the University of Kansas, Lawrence, KS and a Master of Business Administration degree from Pace University, New York, NY.

Mr. Russell has been licensed to practice as a Certified Public Accountant since 1979, Kansas certificate #3138. His current permit to practice, #8220, is issued by the State of Kansas (issued: 7/1/2022; expires: 6/30/2024). His IRS preparer tax identification number (PTIN) is P01616540.

Mr. Russell has held accounting and finance positions both in public accounting and private business for over forty years. During those years he served in the United States and Europe as a Senior Manager in public accounting with audit and tax responsibilities for a variety of domestic and international clients. He has also served as a Vice President and Chief Financial Officer for several US and foreign entities overseeing various accounting, finance, tax, and administrative operations. Lately, Mr. Russell has been hired to provide accounting and tax services in various bankruptcy cases.

Mr. Russell's current customary billing rate is $200 - $250 per hour.