UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| UNITED WESTERN BANCORP, INC. | )   Case No. 12-13815-TBM |
| | ) |
| | )   Chapter 7 |
| | ) |
| Debtor(s) | ) |

**ORDER GRANTING
TRUSTEE'S REQUEST TO PAY ADMINISTRATIVE EXPENSES
RELATED TO THE ADMINISTRATION OF THE ESTATE
(SPECIAL ACCOUNTANT FEES)**

This matter having come before the Court upon the Trustee, Simon E. Rodriguez, Trustee's **REQUEST TO PAY ADMINISTRATIVE EXPENSES RELATED TO THE ADMINISTRATION OF THE ESTATE (SPECIAL ACCOUNTANT FEES)**, the Court having reviewed the Court file along with the Trustee's request, believing itself to be informed and that notice of such action has been given to all interested parties, hereby GRANTS the Trustee's request.

IT IS THEREFORE ORDERED THAT:

The professional fees of Dennis D. Russell, CPA, LLC in the amount of $5,000.00 and costs of $83.61 are hereby APPROVED and the Trustee may pay such items from funds of the Estate.

Dated:

BY THE COURT:

_____
United States Bankruptcy Judge