IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                              )
                                                    )
UNITED WESTERN BANCORP, INC.,       )    Case No. 12-13815 TBM
EIN:  84-1233716                             )    Chapter 7
                                                    )
                            Debtor.         )

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND
REQUEST FOR ENTRY OF ORDER**

On November 16, 2022, Simon E. Rodriguez, Chapter 7 Trustee of the Bankruptcy Estate of United Western Bancorp, Inc., Movant, filed a motion or application pursuant to L.B.R. 9013-1 entitled Seventh and Final Application for Compensation of Ireland Stapleton Pryor & Pascoe, PC as Counsel for the Chapter 7 Trustee.  Movant hereby certifies that the following is true and correct:

1. Service of the Application, Notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as is shown on the Certificate of Service, L.B. Form 9013-1.2, previously filed with the motion/application on November 16, 2022.

2. Mailing of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on November 16, 2022.

3. The docket numbers for each of the following relevant documents are:

   a. the Application and all documents attached thereto and served therewith, (Docket Nos. 731, 731-1, 731-2, 731-3, and 731-4);
   b. the Notice, (Docket No. 733 )
   c. the Certificate of Service of the Application and the Notice, (Docket No. 733); and
   e. the proposed order, (Docket No. 731-4).

4. No objections to or requests for hearing on the Application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the Notice.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated:  December 9, 2022

1

IRELAND STAPLETON PRYOR & PASCOE, PC

 /s/ Mark E. Haynes
Mark E. Haynes, #12312
717 17th Street, Suite 2800
Denver, CO 80202
Telephone: (303) 623-2700
Facsimile: (303) 623-2062
E-mail: mhaynes@irelandstapleton.com

Attorneys for Simon E. Rodriguez, Chapter 7 Trustee of the Bankruptcy Estate of United Western Bancorp, Inc.