UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED WESTERN BANCORP, INC., | ) | Case No. 12-13815 ABC |
| EIN: 84-1233716 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING SEVENTH AND FINAL APPLICATION FOR COMPENSATION OF IRELAND STAPLETON PRYOR & PASCOE, PC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE

This matter comes before the Court for consideration of the Seventh and Final Application for Compensation of Ireland Stapleton Pryor & Pascoe, PC (the "Firm") as Counsel for the Chapter 7 Trustee.  The Court having reviewed the motion, it is hereby

ORDERED that the Seventh and Final Application for Compensation of Ireland Stapleton Pryor & Pascoe, PC as Counsel for the Chapter 7 Trustee is GRANTED.

FURTHER ORDERED that the Firm shall be allowed fees in the amount of $48,913.50 and expenses in the amount of $136.35 for work performed from September 30, 2020 through November 16, 2022.

FURTHER ORDERED that this shall be a final award.

DATED: _____          BY THE COURT:


_____
UNITED STATES BANKRUPTCY JUDGE

DMS1\12432\00200\5051429.v1-11/16/22