UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| UNITED WESTERN BANCORP, INC., | ) Case No. 12-13815 ABC |
| EIN: 84-1233716 | ) Chapter 7 |
| | ) |
| Debtor. | ) |

## ORDER GRANTING SEVENTH AND FINAL APPLICATION FOR COMPENSATION OF IRELAND STAPLETON PRYOR & PASCOE, PC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE

This matter comes before the Court for consideration of the "Seventh and Final Application for Compensation of Ireland Stapleton Pryor & Pascoe, PC as Counsel for the Chapter 7 Trustee" (Docket No. 731, the "Application") filed by Ireland Stapleton Pryor & Pascoe, PC (the "Firm"). The Firm asserts it provided proper notice of its Application and no objections have been filed. The Court has reviewed the Application and the record in this case. Accordingly, it is hereby

ORDERED that the Seventh and Final Application for Compensation of Ireland Stapleton Pryor & Pascoe, PC as Counsel for the Chapter 7 Trustee is GRANTED.

FURTHER ORDERED that the Firm shall be allowed fees in the amount of $48,913.50 and expenses in the amount of $136.35 for work performed from September 30, 2020 through November 16, 2022.

FURTHER ORDERED that the Firm is allowed the Fees and Expenses fpr the time period identified above along with the earlier amounts of Fee and Expenses awarded to the Firm in this case for allowance on a final basis of Fees and Expenses in the aggregate amount of $743,358.52.

DATED: December 19, 2022

BY THE COURT:

Thomas B. McNamara
UNITED STATES BANKRUPTCY JUDGE