UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNITED WESTERN BANCORP, INC. | ) | Case No. 12-13815-TBM |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING**
**TRUSTEE'S REQUEST TO PAY ADMINISTRATIVE EXPENSES**
**RELATED TO THE ADMINISTRATION OF THE ESTATE**
**(SPECIAL ACCOUNTANT FEES)**

This matter is before the Court upon the Trustee, Simon E. Rodriguez' **"REQUEST TO PAY ADMINISTRATIVE EXPENSES RELATED TO THE ADMINISTRATION OF THE ESTATE (SPECIAL ACCOUNTANT FEES)"** (Docket No. 734, the "Request to Pay") filed by the Trustee on behalf of Dennis D. Russell, CPA, LLC (the "CPA LLC"). The Trustee asserts he provided proper notice of the Request to Pay and no objections have been filed thereto. Accordingly, the Court, having reviewed the Court file along with the Trustee's request, hereby

ORDERS that the Trustee's Request to Pay is GRANTED.

FURTHER ORDERS that the professional fees of Dennis D. Russell, CPA, LLC in the amount of $5,000.00 and costs of $83.61 are hereby APPROVED and the Trustee may pay such items from funds of the Estate.

Dated: December 19, 2022

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge