United States Bankruptcy Court
District of Colorado

In re:     Case No. 12-13815-TBM
United Western Bancorp, Inc.     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 19, 2022 | Form ID: pdf904 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | United Western Bancorp, Inc., 12301 Grant Street, Suite 110, Thornton, CO 80241-3130 |
| aty | + | Jared S. Roach, Reed Smith, LLP, 225 Fifth Avenue, Pittsburgh, PA 15222-2716 |
| aty | + | Jessica Kumar, 155 N. Wacker Dr., Ste. 3200, Chicago, IL 60606-1731 |
| cr | + | 700 17th Street Operating LLC, c/o The Law Offices of Theodore W. Brin, 1601 Blake Street, Suitre 305, Denver, CO 80202-1341 |
| intp | | Christoper Bartlein, w 316 s7516 Thorncrest Ct., Mukwonago, WI 53149 |
| sp | + | Fairfield and Woods, P.C., c/o Caroline C. Fuller, 1801 California, Suite 2600, Ste. 2600, Denver, CO 80202-2645 |
| intp | + | JPMorgan Chase Bank, N.A., c/o Skadden Arps Slate Meagher & Flom, 155 N. Wacker Drive, Chicago, IL 60606-1787 |
| acc | + | Kevin F. Powers, One Mid America Plaza, Suite 700, PO Box 3697, Oak Brook, IL 60522-3697 |
| intp | + | Marathon Document Solutions, Inc., 700 17th St., Ste. 800, Denver, CO 80202-3526 |
| br | + | Ray Rickard, 120 West Park Dr., Suite 200, Grand Junction, CO 81505-1456 |
| acc | + | SL Biggs, Attn: Mark D. Dennis, 2000 S. Colorado Blvd., Tower II, Suite 200, Denver, CO 80222-7900 |
| cr | + | Vincent E. Rhynes, 513 W. 159th St., Gardena, CA 90248-2411 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: peters@msplaw.org | Dec 19 2022 22:21:00 | M. Stephen Peters, 5310 Ward Road, Suite G-07, Arvada, CO 80002-1829 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Dec 19, 2022 | Form ID: pdf904 | Total Noticed: 13 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan K. Motes | on behalf of U.S. Trustee US Trustee 11 Alan.Motes@usdoj.gov |
| Angela D. Dodd | on behalf of Interested Party Angela Dodd U.S. Securities & Exchange Commission dodda@sec.gov vasiosg@sec.gov;hugheslj@sec.gov |
| Brendon C. Reese | on behalf of Creditor State Of Colorado Department Of Revenue brendon.reese@state.co.us |
| Caroline C. Fuller | on behalf of Trustee Simon E. Rodriguez cfuller@fwlaw.com khurley@fwlaw.com,cjourdonais@fwlaw.com,smeyer@fwlaw.com |
| Caroline C. Fuller | on behalf of Spec. Counsel Fairfield and Woods P.C. cfuller@fwlaw.com, khurley@fwlaw.com,cjourdonais@fwlaw.com,smeyer@fwlaw.com |
| David Warner | on behalf of Debtor United Western Bancorp Inc. dwarner@wgwc-law.com, agarcia@wgwc-law.com;2238730420@filings.docketbird.com |
| Ethan Birnberg | on behalf of Creditor First Citizens Bank and Trust Company birnberg@portersimon.com reich@portersimon.com |
| Harvey Sender | on behalf of Debtor United Western Bancorp Inc. spierce@sendertrustee.com, spierce@sendertrustee.com |
| Jeffrey M. Lippa | on behalf of Defendant Greenberg Traurig LLP jlippa@williamsweese.com |
| Jeffrey M. Lippa | on behalf of Interested Party Directors and Officers jlippa@williamsweese.com |
| Joel Laufer | on behalf of Attorney Joel Laufer P.C. jlaufer@rwolaw.com |
| Joel Laufer | on behalf of Creditor Stage Coach Investments LLC jlaufer@rwolaw.com |
| John F. Young | on behalf of Creditor Federal Deposit Insurace Corporation as Receiver for United Western Bank jyoung@markuswilliams.com, docket@markuswilliams.com;sschaefer@markuswilliams.com |
| John F. Young | on behalf of Defendant Federal Deposit Insurance Corporation in its capacity as Receiver for United Western Bank jyoung@markuswilliams.com, docket@markuswilliams.com;sschaefer@markuswilliams.com |
| Joshua M. Hantman | on behalf of Defendant William D. Snider jhantman@bhfs.com sgrisham@bhfs.com |
| Kimberley Haines Tyson | on behalf of Plaintiff Simon E. Rodriguez ktyson@irelandstapleton.com RMcReynolds@irelandstapleton.com |
| Kimberley Haines Tyson | on behalf of Accountant David Dennis ktyson@irelandstapleton.com RMcReynolds@irelandstapleton.com |
| Maria J. Flora | on behalf of Creditor BuckleySandler LLP mjflora@msn.com, shellyscales@msn.com |
| Mark A. Larson | on behalf of Creditor Jeffrey A. Weinman mark@larsonlawyer.com |
| Mark D. Bloom | on behalf of Defendant Greenberg Traurig LLP mark.bloom@bakermckenzie.com, miaecfbky@gtlaw.com |
| Mark E. Haynes | on behalf of Plaintiff Simon E. Rodriguez MHaynes@irelandstapleton.com MHeyd@irelandstapleton.com |
| Mark E. Haynes | on behalf of Trustee Simon E. Rodriguez MHaynes@irelandstapleton.com MHeyd@irelandstapleton.com |
| Mark E. Haynes | on behalf of Accountant David Dennis MHaynes@irelandstapleton.com MHeyd@irelandstapleton.com |
| Matthew D. Skeen | on behalf of Creditor M. Stephen Peters mdskeen@skeen-skeen.com |
| Paul G. Urtz | |

District/off: 1082-1 User: admin Page 3 of 3
Date Rcvd: Dec 19, 2022 Form ID: pdf904 Total Noticed: 13

| | |
|---|---|
| | on behalf of Creditor Clover Partners L.P. paulurtz@millerurtz.com |
| Paul G. Urtz | |
| | on behalf of Creditor MHC Mutual Conversion Fund L.P. paulurtz@millerurtz.com |
| Robert McDermott | |
| | on behalf of Creditor City & County of Denver bankruptcy01@denvergov.org Bankruptcy01@denvergov.org |
| Robert A. McDermott | |
| | on behalf of Creditor City & County of Denver bankruptcy.robert@denvergov.org |
| Simon E. Rodriguez | |
| | Lawyercolo@aol.com CO26@ecfcbis.com |
| Theodore Brin | |
| | on behalf of Creditor 700 17th Street Operating LLC theo@brinlaw.com julia@brinlaw.com |
| US Trustee, 11 | |
| | USTPRegion19.DV.ECF@usdoj.gov |
| William Cross | |
| | on behalf of Creditor Federal Deposit Insurace Corporation as Receiver for United Western Bank wcross@markuswilliams.com, janderson@markuswilliams.com;Docket@markuswilliams.com |
| William Cross | |
| | on behalf of Defendant Federal Deposit Insurance Corporation in its capacity as Receiver for United Western Bank wcross@markuswilliams.com, janderson@markuswilliams.com;Docket@markuswilliams.com |

TOTAL: 33

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                              )
                                    )
UNITED WESTERN BANCORP, INC.,       )   Case No. 12-13815 ABC
EIN: 84-1233716                     )   Chapter 7
                                    )
            Debtor.                 )

### ORDER GRANTING SEVENTH AND FINAL APPLICATION FOR COMPENSATION OF IRELAND STAPLETON PRYOR & PASCOE, PC AS COUNSEL FOR THE CHAPTER 7 TRUSTEE

This matter comes before the Court for consideration of the "Seventh and Final Application for Compensation of Ireland Stapleton Pryor & Pascoe, PC as Counsel for the Chapter 7 Trustee" (Docket No. 731, the "Application") filed by Ireland Stapleton Pryor & Pascoe, PC (the "Firm"). The Firm asserts it provided proper notice of its Application and no objections have been filed. The Court has reviewed the Application and the record in this case. Accordingly, it is hereby

ORDERED that the Seventh and Final Application for Compensation of Ireland Stapleton Pryor & Pascoe, PC as Counsel for the Chapter 7 Trustee is GRANTED.

FURTHER ORDERED that the Firm shall be allowed fees in the amount of $48,913.50 and expenses in the amount of $136.35 for work performed from September 30, 2020 through November 16, 2022.

FURTHER ORDERED that the Firm is allowed the Fees and Expenses fpr the time period identified above along with the earlier amounts of Fee and Expenses awarded to the Firm in this case for allowance on a final basis of Fees and Expenses in the aggregate amount of $743,358.52.

DATED: December 19, 2022

BY THE COURT:

_Thomas B. McNamara_
Thomas B. McNamara
UNITED STATES BANKRUPTCY JUDGE