United States Bankruptcy Court

District of Colorado

In re:                                                                                        Case No. 12-13815-TBM

United Western Bancorp, Inc.                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2022 | Form ID: pdf904 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | United Western Bancorp, Inc., 12301 Grant Street, Suite 110, Thornton, CO 80241-3130 |
| aty | + | Jared S. Roach, Reed Smith, LLP, 225 Fifth Avenue, Pittsburgh, PA 15222-2716 |
| aty | + | Jessica Kumar, 155 N. Wacker Dr., Ste. 3200, Chicago, IL 60606-1731 |
| cr | + | 700 17th Street Operating LLC, c/o The Law Offices of Theodore W. Brin, 1601 Blake Street, Suitre 305, Denver, CO 80202-1341 |
| intp | | Christoper Bartlein, w 316 s7516 Thorncrest Ct., Mukwonago, WI 53149 |
| acc | + | David Dennis, 8400 E. Crescent Pkwy, Suite 600, Greenwood Village, CO 80111-2842 |
| acc | + | Dennis D. Russell, 13527 N. Heritage Gateway Ave., Marana, AZ 85658-4053 |
| sp | + | Fairfield and Woods, P.C., c/o Caroline C. Fuller, 1801 California, Suite 2600, Ste. 2600, Denver, CO 80202-2645 |
| intp | + | JPMorgan Chase Bank, N.A., c/o Skadden Arps Slate Meagher & Flom, 155 N. Wacker Drive, Chicago, IL 60606-1787 |
| intp | + | Marathon Document Solutions, Inc., 700 17th St., Ste. 800, Denver, CO 80202-3526 |
| br | + | Ray Rickard, 120 West Park Dr., Suite 200, Grand Junction, CO 81505-1456 |
| acc | + | SL Biggs, Attn: Mark D. Dennis, 2000 S. Colorado Blvd., Tower II, Suite 200, Denver, CO 80222-7900 |
| cr | + | Vincent E. Rhynes, 513 W. 159th St., Gardena, CA 90248-2411 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: peters@msplaw.org | Dec 19 2022 22:21:00 | M. Stephen Peters, 5310 Ward Road, Suite G-07, Arvada, CO 80002-1829 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022        Signature:    /s/Gustava Winters

District/off: 1082-1            User: admin            Page 2 of 3

Date Rcvd: Dec 19, 2022        Form ID: pdf904        Total Noticed: 14

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan K. Motes | on behalf of U.S. Trustee US Trustee  11 Alan.Motes@usdoj.gov |
| Angela D. Dodd | on behalf of Interested Party Angela Dodd U.S. Securities & Exchange Commission dodda@sec.gov vasiosg@sec.gov;hugheslj@sec.gov |
| Brendon C. Reese | on behalf of Creditor State Of Colorado Department Of Revenue brendon.reese@state.co.us |
| Caroline C. Fuller | on behalf of Trustee Simon E. Rodriguez cfuller@fwlaw.com khurley@fwlaw.com,cjourdonais@fwlaw.com,smeyer@fwlaw.com |
| Caroline C. Fuller | on behalf of Spec. Counsel Fairfield and Woods  P.C. cfuller@fwlaw.com, khurley@fwlaw.com,cjourdonais@fwlaw.com,smeyer@fwlaw.com |
| David Warner | on behalf of Debtor United Western Bancorp  Inc. dwarner@wgwc-law.com, agarcia@wgwc-law.com;2238730420@filings.docketbird.com |
| Ethan Birnberg | on behalf of Creditor First Citizens Bank and Trust Company birnberg@portersimon.com  reich@portersimon.com |
| Harvey Sender | on behalf of Debtor United Western Bancorp  Inc. spierce@sendertrustee.com, spierce@sendertrustee.com |
| Jeffrey M. Lippa | on behalf of Defendant Greenberg Traurig  LLP jlippa@williamsweese.com |
| Jeffrey M. Lippa | on behalf of Interested Party Directors and Officers jlippa@williamsweese.com |
| Joel Laufer | on behalf of Attorney Joel Laufer P.C. jlaufer@rwolaw.com |
| Joel Laufer | on behalf of Creditor Stage Coach Investments  LLC jlaufer@rwolaw.com |
| John F. Young | on behalf of Creditor Federal Deposit Insurace Corporation  as Receiver for United Western Bank jyoung@markuswilliams.com, docket@markuswilliams.com;sschaefer@markuswilliams.com |
| John F. Young | on behalf of Defendant Federal Deposit Insurance Corporation  in its capacity as Receiver for United Western Bank jyoung@markuswilliams.com, docket@markuswilliams.com;sschaefer@markuswilliams.com |
| Joshua M. Hantman | on behalf of Defendant William D. Snider jhantman@bhfs.com  sgrisham@bhfs.com |
| Kimberley Haines Tyson | on behalf of Plaintiff Simon E. Rodriguez ktyson@irelandstapleton.com  RMcReynolds@irelandstapleton.com |
| Kimberley Haines Tyson | on behalf of Accountant David Dennis ktyson@irelandstapleton.com  RMcReynolds@irelandstapleton.com |
| Maria J. Flora | on behalf of Creditor BuckleySandler  LLP mjflora@msn.com, shellyscales@msn.com |
| Mark A. Larson | on behalf of Creditor Jeffrey A. Weinman mark@larsonlawyer.com |
| Mark D. Bloom | on behalf of Defendant Greenberg Traurig  LLP mark.bloom@bakermckenzie.com, miaecfbky@gtlaw.com |
| Mark E. Haynes | on behalf of Plaintiff Simon E. Rodriguez MHaynes@irelandstapleton.com  MHeyd@irelandstapleton.com |
| Mark E. Haynes | on behalf of Trustee Simon E. Rodriguez MHaynes@irelandstapleton.com  MHeyd@irelandstapleton.com |
| Mark E. Haynes | on behalf of Accountant David Dennis MHaynes@irelandstapleton.com  MHeyd@irelandstapleton.com |
| Matthew D. Skeen | |

District/off: 1082-1                     User: admin                    Page 3 of 3

Date Rcvd: Dec 19, 2022                Form ID: pdf904              Total Noticed: 14

           on behalf of Creditor M. Stephen Peters mdskeen@skeen-skeen.com

Paul G. Urtz

           on behalf of Creditor Clover Partners  L.P. paulurtz@millerurtz.com

Paul G. Urtz

           on behalf of Creditor MHC Mutual Conversion Fund  L.P. paulurtz@millerurtz.com

Robert McDermott

           on behalf of Creditor City & County of Denver bankruptcy01@denvergov.org  Bankruptcy01@denvergov.org

Robert A. McDermott

           on behalf of Creditor City & County of Denver bankruptcy.robert@denvergov.org

Simon E. Rodriguez

           Lawyercolo@aol.com  CO26@ecfcbis.com

Theodore Brin

           on behalf of Creditor 700 17th Street Operating LLC theo@brinlaw.com  julia@brinlaw.com

US Trustee, 11

           USTPRegion19.DV.ECF@usdoj.gov

William Cross

           on behalf of Creditor Federal Deposit Insurace Corporation  as Receiver for United Western Bank wcross@markuswilliams.com, janderson@markuswilliams.com;Docket@markuswilliams.com

William Cross

           on behalf of Defendant Federal Deposit Insurance Corporation  in its capacity as Receiver for United Western Bank wcross@markuswilliams.com, janderson@markuswilliams.com;Docket@markuswilliams.com

TOTAL: 33

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                              )
                                                    )
UNITED WESTERN BANCORP, INC.                        )        Case No. 12-13815-TBM
                                                    )
                                                    )        Chapter 7
                                                    )
                    Debtor(s)                       )

---

**ORDER GRANTING
TRUSTEE'S REQUEST TO PAY ADMINISTRATIVE EXPENSES
RELATED TO THE ADMINISTRATION OF THE ESTATE
(SPECIAL ACCOUNTANT FEES)**

---

This matter is before the Court upon the Trustee, Simon E. Rodriguez' **"REQUEST TO PAY ADMINISTRATIVE EXPENSES RELATED TO THE ADMINISTRATION OF THE ESTATE (SPECIAL ACCOUNTANT FEES)"** (Docket No. 734, the "Request to Pay") filed by the Trustee on behalf of Dennis D. Russell, CPA, LLC (the "CPA LLC").  The Trustee asserts he provided proper notice of the Request to Pay and no objections have been filed thereto.  Accordingly, the Court, having reviewed the Court file along with the Trustee's request,  hereby

ORDERS that the Trustee's Request to Pay is GRANTED.

FURTHER ORDERS that the professional fees of Dennis D. Russell, CPA, LLC in the amount of $5,000.00 and costs of $83.61 are hereby APPROVED and the Trustee may pay such items from funds of the Estate.

Dated: December 19, 2022          BY THE COURT:


_____
Thomas B. McNamara
United States Bankruptcy Judge