UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-13815-TBM |
| UNITED WESTERN BANCORP, INC. | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtors | ) | |

## SL BIGGS'S FIRST AND FINAL APPLICATION FOR ALLOWANCE OF ACCOUNTANT FEES AND EXPENSES

Pursuant to 11 U.S.C. §§ 330, 331, and 503, and Fed.R.Bankr.P. 2016(a), SL BIGGS ("SL"), as Accountant/CPA for the chapter 7 trustee, Simon E. Rodriguez, hereby submits its FIRST AND FINAL Application for Allowance of Accountant Fees and Expenses (the "Final Application"). This Final Application covers the period from August 13, 2020 to May 4, 2023, and requests allowance of $13,563.00 in fees and $70.00 in expenses for the period covered by the Application. In support of its Final Application, SL states as follows:

1. On March 2, 2012, a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") was filed by United Western Bancorp, Inc. ("UWB"). Thereafter, on April 15, 2013, the case was converted to chapter 7.

2. Simon E. Rodriguez is the trustee ("UWB Trustee") of the UWB's chapter 7 bankruptcy estate and continues to act in that capacity.

3. On August 13, 2020, the UWB Trustee retained SL as Accountant/CPA for the UWB Trustee. The UWB Trustee employed SL to handle general tax representation arising in the case and to generally assist the UWB Trustee in the administration of the case.

4. On August 12, 2020, the UWB Trustee filed his application to employ SL as his bankruptcy Accountant/CPA in the case. On August 13, 2020, the Court entered its Order approving SL's employment. Please see Docket No. 672 and Docket No. 673.

5. Prior to the employment of SL, the Estate had retained Dennis and Company to provide general tax representation.

6. SL has no agreement or understanding of any kind or nature with any other person to share any compensation received for services rendered in or in connection with this proceeding.

7. This is the First application for approval of SL's Accountant/CPA fees and expenses.

8. On September 29, 2020, this Court entered its Order approving Dennis and Company's Sixth and Final Application, approving its fees in in the amount of $111,214.00 and approving reimbursement of its expenses in the amount of $436.40. Please see Docket No. 682.

9. SL has utilized primarily two CPA's who have performed various services in connection with the representation of the UWB Trustee and one associate accountant. Attached hereto is a list of the names of parties referenced in the billing statements and a biographical sketch of each person who performed services.

10. All of the work performed has been billed on an hourly basis. Each person who has performed services in these matters has kept daily time records for the services performed and the charges being described thereon. Attached hereto is the firm's detailed time report by SL for the period for this Final Application.

11. SL asserts and believes that the hourly rates for each person are consistent with rates for comparable services performed by individuals of their experience and quality, with due regard for the spirit of economy inherent in the Bankruptcy Code, and thus reasonable for the work performed and the results obtained.

12. The work performed by SL during the period from SL's employment in this case from August 13, 2020 through May 4, 2023, is more fully set forth in SL's Narrative which is attached hereto. SL seeks approval of the amount of $13,563.00 in fees in connection with this Final Application.

13. SL has incurred the sum of $70.00, in expenses, including copying costs, courier fees, and postage during the period of this Application on behalf of the UWB Trustee. Attached hereto is the firm's summary of costs incurred for the period covered by this Final Application.

14. The services rendered by Accountant/CPA have assisted the UWB Trustee in complying with his obligations under the Bankruptcy Code, administering the Debtor's estate.

15. The UWB Trustee has had an opportunity to review SL's monthly billing statements and this application and has no objection to the fees and expenses requested herein.

16. SL believes that the requested fees and expenses are reasonable and necessary in this proceeding and has charged reasonable rates based upon the customary compensation charged by comparatively skilled practitioners in non-bankruptcy cases, considered the complexity of the tax issues involved, and whether the services were performed within a reasonable time commensurate with complexity, importance, and nature of the problem, issue or task addressed.

17. SL has extensively reviewed its time and billing and scrutinized the charges to the UWB Trustee to make sure that SL's charges for its services are commensurate with the tasks performed, the result obtained and to avoid duplicative billing. In many instances, SL did not charge for services performed for the UWB Trustee.

18. Payment of the amounts requested by SL will not prejudice the rights of any creditor in the chapter 7 case (including the UWB Trustee) holding a claim of equal or higher priority, as (at the present time) there will be sufficient monies in the bankruptcy estate to pay all chapter 7 administrative claims entitled to priority under 11 U.S.C. § 507(a)(2). In addition, there will be monies available for distribution to unsecured creditors.

WHEREFORE, SL BIGGS respectfully requests that this Court enter an order (1) approving the allowance and payment of fees in the amount of $13,563.00 and expenses in the amount of $70.00 for the period from August 13, 2020 through May 4, 2023, (2) approving all fees and expenses allowed on an final basis in the total amount of $13,633.00, and (3) granting such other and further relief as the Court deems appropriate.

Dated: August 21, 2020

          Respectfully Submitted,

          ***/s/ Simon E. Rodriguez***
          Simon E. Rodriguez, trustee
          P O Box 36324
          Denver, CO 80236
          (303) 969-9100

<u>CERTIFICATE OF MAILING</u>

I HEREBY CERTIFY that on May 4, 2023, a true copy of the foregoing **SL BIGGS'S FIRST AND FINAL APPLICATION FOR ALLOWANCE OF ACCOUNTANT FEES AND EXPENSES** was served by depositing same in the United States mail, postage prepaid and properly addressed to the following and was electronically filed and served via CM/ECF on all parties that have entered and appearance in the above referenced case:

UNITED STATES TRUSTEE
VIA CMECF

United Western Bancorp, Inc.
12301 Grant Street, Suite 110
Thornton, CO   80241

Harvey Sender, Esq.
VIA CMECF

SL BIGGS, P.C.
2000 S. Colorado Blvd.
Tower 2, Suite 200
Denver, CO 80222

<u>Simon E. Rodriguez</u>



**A Division of SingerLewak**

November 22, 2022

Simon E. Rodriguez, Trustee
P.O. Box 36324
Denver, CO 80236

Re: United Western Bancorp, Inc.
Case No. 12-13815

Client No. 51820
Invoice No. 356671

    Billing for professional accounting and tax services rendered from August 13, 2020 through November 21, 2022 as described in the detail attached

| | |
|---|---:|
| Total Fees | $ 13,563.00 |
| Total Expenses | $ 70.00 |
| TOTAL FEES AND COSTS INCURRED | $ 13,633.00 |



**United Western Bancorp, Inc. - 12-13815 TBM**
51820

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/19/2020 | Mark Dennis | Review historical correspondence, request 2019 FDIC pro-forma | 220.00 | 0.2 | 44.00 |
| 8/24/2020 | Mark Dennis | Review sixth and final fee application, notice, calculations, comments to trustee | 110.00 | 0.4 | 44.00 |
| 8/26/2020 | Mark Dennis | Request 2019 FDIC pro-forma | 220.00 | 0.1 | 22.00 |
| 9/7/2020 | Mark Dennis | Advise trustee re: extended filing deadline, FDIC pro-forma needed, prior communications | 220.00 | 0.2 | 44.00 |
| 9/21/2020 | Mark Dennis | Organize prior materials, forms, preparer notes template, request updated forms | 220.00 | 0.3 | 66.00 |
| 9/24/2020 | David Dennis | Review forms, consolidation issues, impact on unappropriated retained earnings, advise re: approach | 220.00 | 1.2 | 264.00 |
| 9/30/2020 | Mark Dennis | 2019 tax return preparation | 220.00 | 1.5 | 330.00 |
| 10/5/2020 | Mariem Skalli | 2019 tax return preparation | 150.00 | 1.0 | 150.00 |
| 10/5/2020 | Mark Dennis | Review draft 2019 return, affiliation and consolidation issues, notes for preparer | 220.00 | 1.0 | 220.00 |
| 10/6/2020 | Mariem Skalli | Updates to 2019 tax return - prepare form 851; Make changes to return; Prepare special procedure letter; generate pdf and publish to trustee for review | 150.00 | 2.6 | 390.00 |
| 10/6/2020 | Mark Dennis | Review drafts, emails, letters, schedules, confirming signing and filing arrangements with trustee | 220.00 | 1.0 | 220.00 |
| 10/20/2020 | Mark Dennis | Review historical records, correspondence, share Oct 2013 site visit report, discuss next steps | 220.00 | 0.2 | 44.00 |
| 3/11/2021 | Mark Dennis | Trustee communication re: filing deadline, request updated forms, status of subsidiaries | 220.00 | 0.2 | 44.00 |
| 4/15/2021 | Bruce Beath | Update tax information and prepare tax extensions | 150.00 | 0.3 | 45.00 |
| 4/15/2021 | Mark Dennis | Review, approve and release extension, email with trustee | 220.00 | 0.1 | 22.00 |
| 4/16/2021 | Mark Dennis | Send extension verification to trustee, query re: pro forma request timing | 220.00 | 0.1 | 22.00 |
| 5/24/2021 | Mark Dennis | Review correspondence, brief BB re: consolidated return approach, email trustee for updated forms | 220.00 | 0.3 | 66.00 |
| 6/1/2021 | Bruce Beath | Work on 2020 tax preparation. | 150.00 | 0.4 | 60.00 |
| 6/15/2021 | Mark Dennis | Confirm 2020 tax workplan call with trustee and attorney | 220.00 | 0.2 | 44.00 |
| 6/15/2021 | Mark Dennis | Review filing requirement and consolidated return research | 220.00 | 0.5 | 110.00 |
| 6/16/2021 | Mark Dennis | Call with trustee and attorney, agree next steps | 220.00 | 0.3 | 66.00 |
| 6/16/2021 | Mark Dennis | Initiate deconsolidation application draft, circulate with BNA guidance | 220.00 | 0.5 | 110.00 |
| 6/16/2021 | Mark Dennis | Review receiver and trustee tax return filing materials, prep for call, circulate comments | 220.00 | 0.7 | 154.00 |
| 6/17/2021 | Mark Dennis | Respond to attorney re: private letter ruling | 220.00 | 0.2 | 44.00 |
| 6/22/2021 | Mark Dennis | Circulate summary / feedback to trustee and attorney | 220.00 | 0.3 | 66.00 |
| 6/23/2021 | Bruce Beath | Review updated information received and work on tax preparation. | 150.00 | 1.0 | 150.00 |
| 6/23/2021 | Mark Dennis | Review 2020 FDIC pro-forma, summarize for trustee, REMIC question, generate preparer notes, assign for prep | 220.00 | 0.5 | 110.00 |
| 6/28/2021 | Bruce Beath | Prepare the financial statements for all of the returns | 150.00 | 1.8 | 270.00 |
| 6/28/2021 | Mark Dennis | Briefing preparer, reviewing consolidation schedule and proposed journal entries | 220.00 | 0.5 | 110.00 |
| 6/29/2021 | Bruce Beath | 2020 tax return preparation | 150.00 | 1.2 | 180.00 |
| 6/30/2021 | Bruce Beath | 2020 tax return preparation, resolve consolidation issues | 150.00 | 0.5 | 75.00 |
| 6/30/2021 | Mark Dennis | Review consolidated financials, proposed adjusting entries, trustee forms, notes for preparer | 220.00 | 0.3 | 66.00 |
| 7/1/2021 | Bruce Beath | Update 2020 tax return per notes, perform AJEs, finalize consolidation schedules | 150.00 | 4.8 | 720.00 |
| 7/6/2021 | Bruce Beath | Update tax return and clear review notes | 150.00 | 1.6 | 240.00 |
| 7/6/2021 | Mark Dennis | Review consolidation entries, approach, adjustments, summarize for trustee and attorney with potential final approach | 220.00 | 0.5 | 110.00 |
| 7/8/2021 | David Dennis | Review accounting, emails, issues of final return, deconsolidation | 220.00 | 0.5 | 110.00 |
| 8/29/2021 | Mark Dennis | Provide tax return status and request update from FDIC meeting | 220.00 | 0.2 | 44.00 |
| 8/30/2021 | Mark Dennis | Review consolidated return statutes, email and call with tax advisory group re: subsidiary issues, request confirmation of 2020 filing status for group and subs | 220.00 | 0.5 | 110.00 |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 8/30/2021 | Mark Dennis | Revisit financials and AJE's, final review, generate notes for preparer, email trustee re: procedural next steps | 220.00 | 0.5 | 110.00 |
| 8/31/2021 | Mariem Skalli | Finalize 2020 tax return and get ready for e-filing and processing | 150.00 | 2.6 | 390.00 |
| 9/1/2021 | Mark Dennis | Review return and schedules, draft trustee letter describing return and approach, correspond with attorney re: deconsolidation | 220.00 | 1.0 | 220.00 |
| 9/7/2021 | Mark Dennis | Tax return review correspondence with trustee, sign and assign for processing | 220.00 | 0.3 | 66.00 |
| 12/7/2021 | Mark Dennis | Review correspondence, filing relief procedures, draft letter to District Director, email attorney re: separate filings | 220.00 | 1.2 | 264.00 |
| 12/9/2021 | Mark Dennis | 2021/22 tax strategy call with SER and attorney | 220.00 | 0.8 | 176.00 |
| 12/12/2021 | Mark Dennis | Correspond with trustee and attorney re: consolidation mechanics, balance sheet presentation, alternatives | 220.00 | 1.0 | 220.00 |
| 12/16/2021 | Mark Dennis | Circulate UWBI balance sheet reconciliation with explanations | 220.00 | 0.3 | 66.00 |
| 1/31/2022 | Mark Dennis | Review 2021 forms, correspondence, request FDIC cut off accounting, generate notes for preparer | 220.00 | 0.5 | 110.00 |
| 2/4/2022 | David Dennis | Reading emails, approach to 2021 return, questions on cut-off accounting from FDIC | 220.00 | 0.5 | 110.00 |
| 2/9/2022 | Mariem Skalli | Work on 2021 financials; account for trustee form 2 activity | 150.00 | 1.3 | 195.00 |
| 2/10/2022 | Mariem Skalli | Work on the 12.31.21 financial statements | 150.00 | 3.0 | 450.00 |
| 2/11/2022 | Mark Dennis | Correspond with trustee re: FDIC pro-forma, confirm contact and cut off date | 220.00 | 0.2 | 44.00 |
| 2/13/2022 | Mark Dennis | Request short year cut off pro forma tax return from FDIC | 220.00 | 0.2 | 44.00 |
| 3/13/2022 | Mark Dennis | Review correspondence, chase FDIC for cut off accounting, email trustee re: extension | 220.00 | 0.2 | 44.00 |
| 4/5/2022 | Mariem Skalli | Work on the 2021 tax return | 150.00 | 1.0 | 150.00 |
| 4/6/2022 | Mark Dennis | Confirm receipt of 2021 FDIC pro-forma, review income, NOL deduction and credits | 220.00 | 0.3 | 66.00 |
| 4/15/2022 | Mariem Skalli | 2021 extension preparation (consolidated for efiling) | 150.00 | 0.4 | 60.00 |
| 4/28/2022 | Mariem Skalli | Work on 2021 consolidated tax return | 150.00 | 3.4 | 510.00 |
| 4/28/2022 | Mark Dennis | Review progress tax return, advise re: subsidiary reporting, elimination entries | 220.00 | 0.5 | 110.00 |
| 4/29/2022 | Mariem Skalli | Work on all subsidiaries eliminations; finalize tax return; get package ready for filing and processing | 150.00 | 2.0 | 300.00 |
| 4/29/2022 | Mark Dennis | Review draft, notes for preparer re: final adjustments, prepare trustee letter, to trustee for review / signoff | 220.00 | 0.5 | 110.00 |
| 5/3/2022 | Mark Dennis | Review new version, prior correspondence, final accounting entries, respond to trustee | 220.00 | 0.5 | 110.00 |
| 5/5/2022 | Mark Dennis | Review tax return comments, respond re: timing, next steps, attachment | 220.00 | 0.3 | 66.00 |
| 5/9/2022 | Mariem Skalli | 2021 Tax Return - Go over attorney's comments and make changes to tax return. (affiliations Schedule showing abandonment of all subsidiaries; Add footnote to inform IRS of ownership abandonment per the court order statements; make entries to abandon all available credits and NOLs at each subsidiary level for both Federal and State; uncheck "Final" return box for all subs; verify that all consolidation schedules reflect correct ending balances) | 150.00 | 4.7 | 705.00 |
| 5/9/2022 | Mark Dennis | Review draft, detailed responses to trustee questions, next steps | 220.00 | 0.7 | 154.00 |
| 5/10/2022 | Mariem Skalli | 2021 tax return revisions - (# of shares abandoned at each sub level; NOL #s; % of ownership on CO return Schedule C correction); Contact tax department for guidance on CO consolidated returns; Contact CCH (tax software provider) | 150.00 | 4.2 | 630.00 |
| 5/10/2022 | Mark Dennis | Review progress on adjustments, trustee correspondence re: status | 220.00 | 0.3 | 66.00 |
| 5/11/2022 | Mariem Skalli | Work on 2021 tax return; consolidated schedule adjustments; pdf attachment; review with MD | 150.00 | 2.0 | 300.00 |
| 5/11/2022 | Mark Dennis | Final review and adjustments, to trustee for review | 220.00 | 0.4 | 88.00 |
| 5/11/2022 | Mark Dennis | Review next draft, notes for preparer re: further adjustments, update letters | 220.00 | 0.7 | 154.00 |
| 5/13/2022 | Mark Dennis | Review draft CO return, notes re: adjustments, NOL | 220.00 | 0.2 | 44.00 |
| 5/16/2022 | Mariem Skalli | Revise CO tax return; NOL applied during tax year and amounts abandoned. | 150.00 | 2.5 | 375.00 |
| 5/16/2022 | Mark Dennis | CO return and NOL application reviews, finalize, sign and sent for signoff | 220.00 | 0.5 | 110.00 |
| 5/16/2022 | Mark Dennis | CO return and Prompt correspondence, review and sign updated Prompt | 220.00 | 0.3 | 66.00 |
| 5/19/2022 | Mariem Skalli | Prepare a Colorado prompt determination package | 150.00 | 0.5 | 75.00 |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/19/2022 | Mark Dennis | Final review and signoff, CO return and Prompt request | 220.00 | 0.3 | 66.00 |
| 5/26/2022 | Mark Dennis | Identify updates needed to CO prompt, review updated, finalize | 220.00 | 0.2 | 44.00 |
| 9/21/2022 | Mark Dennis | Trustee correspondence re: IRS deadline, tax return approach | 220.00 | 0.2 | 44.00 |
| 9/27/2022 | Mark Dennis | Evaluate claims, respond re: proposed approach | 220.00 | 0.2 | 44.00 |
| 9/27/2022 | Mark Dennis | Review forms, Trustee correspondence re: final return | 220.00 | 0.3 | 66.00 |
| 10/19/2022 | Alexandria Dekay | review prior year tax return and workpapers for 2022, and begin preparing the final short year tax return | 150.00 | 2.0 | 300.00 |
| 10/21/2022 | Alexandria Dekay | Diagnose out of balance condition, review elimination of BS data from fiduciary return, and add review notes for mdd review | 150.00 | 3.0 | 450.00 |
| 10/24/2022 | Mark Dennis | Review draft final return, request approach confirmation from trustee and attorney | 220.00 | 0.3 | 66.00 |
| 11/15/2022 | Mariem Skalli | Prepare 01.01.22 - 10.31.22 financials for final return. Work on tax return. | 150.00 | 1.0 | 150.00 |
| 11/16/2022 | Mariem Skalli | Finalize 10.31.22 final tax return. | 150.00 | 1.0 | 150.00 |
| 11/16/2022 | Mark Dennis | Review final return, schedules, NOL allocation, request confirmation of attachments | 220.00 | 0.5 | 110.00 |
| 11/16/222 | Mark Dennis | Review filing relief request, draft disclosure language, edit attachment, update notes for preparer | 220.00 | 0.4 | 88.00 |
| 11/16/2022 | Mark Dennis | Prepare trustee letter, review CLNT package, to trustee for signoff | 220.00 | 0.3 | 66.00 |
| 11/21/2022 | Lisa Nuzzi | Prepare narrative, invoice, billing package for trustee | 175.00 | 1.0 | 175.00 |
| | | **Total** | | **77.9** | **13,563.00** |

### EXPENSE DETAILS

| Description | | Amount |
|---|---|---|
| Photocopy expense - 250 X .20 | $ | 50.00 |
| Postage expense | $ | 20.00 |
| **TOTAL EXPENSES** | **$** | **70.00** |
| **TOTAL BALANCE DUE** | | **$ 13,633.00** |

**United Western Bancorp, Inc. - 12-13815 TBM**
**51820**

| Staff | Rate | Hours | Amount |
|---|---|---|---|
| Mark Dennis | $ 220.00 | 24.5 | $ 5,390.00 |
| Mark Dennis | $ 110.00 | 0.4 | $ 44.00 |
| David Dennis | $ 220.00 | 2.2 | $ 484.00 |
| Lisa Nuzzi | $ 175.00 | 1.0 | $ 175.00 |
| Bruce Beath | $ 150.00 | 11.6 | $ 1,740.00 |
| Mariem Skalli | $ 150.00 | 33.2 | $ 4,980.00 |
| Alexandria Dekay | $ 150.00 | 5.0 | $ 750.00 |
| | | | |
| Total Fees | | 77.9 | $ 13,563.00 |
| Total Expenses | | | $ 70.00 |
| | | | |
| Total Amount | | | $ 13,633.00 |

UNITED WESTERN BANCORP, INC.
MATRIX BANCORP TRADING, INC.
BANKRUPTCY ESTATE 12-13815 TBM

NARRATIVE FOR NOVEMBER 21, 2022 BILLING FOR
SLBIGGS, A DIVISION OF SINGERLEWAK, LLP

1. On March 2, 2012, United Western Bancorp, Inc. (the "debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. The case was thereafter converted to Chapter 7 on April 15, 2013.

2. Simon E. Rodriguez ("Trustee") required assistance to provide accounting and income tax services to the estate. The Trustee filed his Motion to Employ SLBiggs, A Division of SingerLewak ("SLBiggs") as his accountants, and the Order granting the Trustee's application was entered August 13, 2020 [Docket No. 673].

3. This is the first and final fee application of SLBiggs for services rendered as Accountants to the Trustee for the period August 13, 2020 through November 21, 2022.

4. SLBiggs prepared the Federal and Colorado state corporate tax returns for the four years ending December 31, 2019, December 31, 2020, December 31, 2021, and October 31, 2022. For tax reporting purposes the debtor was part of a consolidated group consisting of itself and all its subsidiaries for purposes of filing tax returns and other dealings with the Internal Revenue Service. Debtor was appointed "agent" of the consolidated group, which made it debtor's responsibility to prepare and file income tax returns if it or any of the members of the group had income to report.

5. The December 31, 2019 tax return was prepared from the Trustee's ledgers, tax documents and legal correspondence. The returns reflected the 2019 activity of the debtor and its largest subsidiary, United Western Bank ("UWB") as reported to the Trustee by the FDIC (UWB Receiver). The other entities owned by debtor were reported on a consolidation schedule, although no activity occurred in the entities in 2019. The pre-petition 2011 consolidated tax return included the addition of an asset and increase to equity of $382,067,007, titled "consolidation adjustment" at the debtor group level. The 2019 return reflected the removal of the asset and a corresponding reduction of the pre-petition equity.

6. The December 31, 2020 tax return reflected the consolidated activity of the debtor holding company and nine of its subsidiaries, including the FDIC. Adjusting entries were performed to remove legacy assets and intercompany account balances determined to have no value. The FDIC proforma return reflected taxable income (before NOL deduction) of $264,692. An ($86,288) administrative expense loss at the holding company level offset that income, and the removal of legacy assets resulted in additional losses of over ($1 million) to offset other activity. The overall result for the consolidated group was a loss of ($978,293) and no tax due.

7. The December 31, 2021 tax return also reflected the consolidated activity of the debtor holding company and nine of its subsidiaries, including the FDIC information. The return included FDIC activity through the August 25, 2021 abandonment date only, including interest income of $34,896 and Other Income of $32,503,413 from recoveries and other miscellaneous items. Debtor incurred records disposal fees of ($4,250). All remaining income was shielded by the Net Operating Loss tax attribute, which had no limitation since

the originating years were 2010 and 2011. All other subsidiaries were abandoned on October 22, 2021 per bankruptcy court order. The overall result for the consolidated group was a net taxable income of $0 and no tax due.

8. The final short-year return for the period ending October 31, 2022 was filed on a consolidated basis but reflected the abandonment and 0% ownership of all subsidiaries as of December 31, 2021. The final short-year return included a Rev. Rul. 84-123 / IRS Pub 908 disclosure that relief from filing for subsidiaries was timely requested, and therefore only included activity of the debtor holding company. The entity had no income during the tax year, but deductions were taken for the accrued administrative expenses that will be paid upon closure of the estate. The result was a loss of ($129,072) and no tax due. The final net operating loss presented included losses that were attributable to the holding company only.

9. Copies of all federal returns were submitted to the IRS, Special Procedures, with a request for prompt determination of the income tax liability.

10. Time was also expended throughout the course of work in this case to communicate and consult with the Trustee and his attorneys regarding accounting, tax and other financial matters as they arose.

11. Time expended and fees incurred for these services are as follows:

| Staff | Rate | Hours | Amount |
|---|---|---|---|
| Mark Dennis | $220.00 | 24.5 | $5,390.00 |
| Mark Dennis | $110.00 | 0.4 | $44.00 |
| David Dennis | $220.00 | 2.2 | $484.00 |
| Lisa Nuzzi | $175.00 | 1.0 | $175.00 |
| Bruce Beath | $150.00 | 11.6 | $1,740.00 |
| Mariem Skalli | $150.00 | 33.2 | $4,980.00 |
| Alexandria Dekay | $150.00 | 5.0 | $750.00 |
| Total Fees | | 77.9 | $13,563.00 |
| Total Expenses | | | $70.00 |
| Total Amount | | | $13,633.00 |

12. In addition to the time entries displayed in this fee application, SLBiggs has incurred additional time which has not been billed. This time includes initial correspondence with the trustee, carrying out conflict checks and preparing a notarized affidavit of independence. Additional unbilled time also includes the administrative tasks of copying and assembling returns for filing, submitting to the Special Procedures office for Prompt Determination and preparing a notarized billing verification. SLBiggs estimates that an additional 1.5 hours of time with an approximate value of $275 has been incurred but not billed.

13. The qualifications of the professional staff are attached.

## PROFESSIONAL STAFF

**Mark Dennis, CPA, MBA, CFF**

*Colorado certificate number 0032797, issued on January 23rd, 2015*

Mark Dennis is President of Dennis & Company, P.C.  Mark joined Dennis & Company in 2012 and became the majority shareholder in 2015 after passing all four sections of the Uniform Certified Public Accountant examination in his first sitting, achieving an average score of 85.5%.  Effective February 18th, 2017, Mark also holds the AICPA's Certified in Financial Forensics (CFF) credential, covering professional responsibilities, practice management and forensics.  Mark is an experienced tax and accounting practitioner in the bankruptcy field, having worked on behalf of both debtors and creditors on over 500 bankruptcy estates, including Chapter 7, 11, 12 and 13 estates.   Mark advises bankruptcy trustees, attorneys and debtors on bankruptcy matters such as the value, character and basis of assets in the hands of bankruptcy estates, the treatment of tax attributes on debtor and bankruptcy estate tax returns and forecasting tax liability from proposed transactions.  He also performs complex financial analysis including consolidating subsidiaries and investigating transactions to determine possible fraudulent/preferential transfer claims and analyzing wage and creditor claims.  Mark has been admitted and testified as an Expert in US Bankruptcy Court and has been appointed by the US Department of Justice as a Sub Chapter V Trustee for the districts of Colorado and Wyoming. On June 1, 2020 Mark joined SLBiggs, A Division of SingerLewak as Partner in the Denver, Co. office.

**David E. Dennis, CPA**

*Colorado certificate number 4292, issued on April 20th, 1977*

David Dennis is Vice President of Dennis & Company.  Mr. Dennis has been employed in the field of public accounting continuously since 1972, when he was licensed in California.  During this time, Dave has provided professional services to clients in the areas of tax, accounting and management consulting services.  Within the consulting arena, he has been retained to provide services such as being an expert witness, serving as a receiver, serving as a Special Master and providing consulting on damages and equity disputes.  As a result of this extensive experience, Dave has emerged as one of the leading accounting and tax professionals for bankruptcy estates in Colorado.  His experience includes testimony in the US Bankruptcy Court, dealing with issues including accounting, valuation, insolvency and preferential/fraudulent transfers.  He has been appointed as administrator and/or disbursing agent in liquidating Chapter 11 estates and has been a Special Master in state court and bankruptcy court. On June 1, 2020 Mark joined SLBiggs, A Division of SingerLewak as Senior Advisor in the Denver, Co. office.

**Mariem Skalli, Experienced Litigation and Tax Analyst**

Mariem Skalli joined Dennis & Company in January 2016 as a paid intern and became a fulltime accountant in May 2016 after graduating from Metropolitan State University of Denver with a bachelor's degree in Accounting.  During her time at Dennis & Company, Mariem has gained experience in the preparation and evaluation of financial statements, including manual data compilation and working with accounting software applications such as QuickBooks$^{TM}$.  Mariem has also gained proficiency in the preparation of periodic operating reports for the bankruptcy court.  Mariem's tax return preparation experience includes complex individual returns, corporations, partnerships, LLCs and large non-profit organizations. Mariem is also proficient with the creation of payroll journal entries and the preparation of payroll tax returns. On June 1, 2020 Mark joined SLBiggs, A Division of SingerLewak as Staff Accountant in the Denver, Co. office and was promoted to Experienced Litigation and Tax Analyst in January 2021.

**Bruce Beath, CPA Senior Litigation and Tax Analyst**

*Colorado certificate number 9036628, issued on May 14th, 2020*

Bruce Beath joined SLBiggs in January 2021 as a Senior Litigation and Tax Analyst. Bruce graduated from the University of Northern Colorado with a bachelor's degree in Business Administration with an Emphasis in Accounting in 2017 and a Master of Accountancy in 2018. Prior to joining SLBiggs, Bruce was a Senior Tax Accountant with Hanson & Co. CPAs where he provided professional tax services to individual, partnership, corporate, LLCs, estate, and not-for-profit clients. Bruce has gained experience and proficiency in the preparation and evaluation of financial statements, including payroll and year-end journal entries.

**Lisa Nuzzi, Director**

Lisa Nuzzi graduated *summa cum laude* with a B.A. degree in Communications from the University of California, Los Angeles. She was a manager with Biggs & Co., the predecessor firm of SLBiggs, A Division of SingerLewak, working primarily in the areas of bankruptcy and litigation support. She has extensive experience in preference and fraudulent transfer analysis, claims analysis and administration, and preparing and filing motions, notices and orders for the Central District of California and Districts of Colorado and Wyoming bankruptcy courts. In November 2014, Ms. Nuzzi joined the newly formed SLBiggs and is a Director with the firm.

# VERIFICATION OF BILLING

In RE: UNITED WESTERN BANCORP, INC.
BANKRUPTCY ESTATE 12-13815 TBM
Chapter 7

Billing Date: November 30th, 2022

I, MARK DENNIS, CPA, being first duly sworn upon my oath, depose and state as follows:

1. I have read the Trustee's Application for Approval and Payment of Accountant Fees.

2. I know the contents thereof and that said services were necessary and were actually rendered.

3. I have made no arrangements and no understanding exists for the division of fees between myself and any other party whatsoever.

4. I have received no payments or promises for payment from any other source for services rendered or to be rendered in connection with my employment as accountant for the Trustee.

Mark D. Dennis, CPA

Subscribed and sworn to me this __30__ day of __November__, 2022.

My commission expires: __8/31/2026__.

Seal

Notary Public

PATRICIA PARKER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224034280
MY COMMISSION EXPIRES AUGUST 31, 2026