UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-13815-TBM |
| UNITED WESTERN BANCORP, INC. | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtors | ) | |

**COVER SHEET FOR SL BIGGS' FIRST AND FINAL APPLICATION FOR ALLOWANCE OF ACCOUNTANT FEES AND EXPENSES**

Name of Applicant:  SL BIGGS

Authorized to provide professional services to: Simon E. Rodriguez, Chapter 7 Trustee

Date of Order Authorizing Employment: August 13, 2020

Period for which compensation is sought: August 13, 2020 through May 4, 2023

Amount of fees sought:  $13,563.00

Amount of expense reimbursement sought: $70.00

This is an: Interim Application [   ]; Final Application [ X ]

> This is the first and final application filed herein by this professional.

Dated: May 4, 2023                                                    Respectfully Submitted,

                                                                                     */s/ Simon E. Rodriguez*
                                                                                     Simon E. Rodriguez, trustee
                                                                                     P O Box 36324
                                                                                     Denver, CO 80236
                                                                                     (303) 969-9100