UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-13815-TBM |
| UNITED WESTERN BANCORP, INC. | ) |
| | ) Chapter 7 |
| | ) |
| | ) |
| Debtors | ) |

# ORDER GRANTING SL BIGGS'S SIXTH AND FINAL APPLICATION FOR ALLOWANCE OF ACCOUNTANT FEES AND EXPENSES

**THE COURT** having reviewed SL BIGGS'S First and Final Application For Allowance Of Accountant Fees And Expenses (the "Final Application") as Accountant/CPA for the chapter 7 trustee Simon E. Rodriguez (the "Trustee"), and finding that notice was duly served and no responses or objections having been filed, hereby

**ORDERS** that the Final Application is **GRANTED**.   The Trustee is authorized to pay SL BIGGS, on a final basis, the amount of $13,563.00 in fees and $70.00 in expenses for the period from August 13, 2020 through May 4, 2023.

**DATED** this _____ day of _____, 2023.

BY THE COURT:

_____
Honorable Thomas B. McNamara
United States Bankruptcy Judge