UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED WESTERN BANCORP, INC. ) | Case No. 12-13815-TBM |
| ) | |
| ) | Chapter 7 |
| Debtor(s). ) | |
| ) | |

TRUSTEE'S APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES

    The Trustee of the above referenced estate applies for an order pursuant to 11 U.S.C. §330(a) and § 503(b), allowing for compensation and expenses as itemized in Exhibit A (attached).

    The compensation sought by this application is for actual and necessary services rendered.  In the course of the performance of his/her duties, the Trustee has advanced monies from personal funds for actual and necessary expenses incurred, and has not been reimbursed or indemnified.

    There is no agreement or understanding between the Trustee and any other person for the division of the compensation sought by this application, except as permitted by 11 U.S.C. §330.

    WHEREFORE, the Trustee requests that this application be approved by this Court, and that the fees and expenses be allowed.

DATED: June 22, 2023                            /s/ Simon E. Rodriguez
                                                                Trustee in Bankruptcy

EXHIBIT A
APPLICATION FOR COMPENSATION & REIMBURSEMENT OF EXPENSES

In re: )
)
UNITED WESTERN BANCORP, INC. ) Case No. 12-13815-TBM
)
) Chapter 7
Debtor(s). )
)

Computation of Compensation for Cases Filed after October 22, 1994:

| | | | |
|---|---|---|---|
| Total Proceeds of Estate | $ 1,241,776.47 | | |
| Less Funds Returned to Debtor | ( 0.00) | | |
| Less Exemptions | ( 0.00) | | |
| Less Non-Estate Funds Paid To 3rd Parties | ( 0.00) | | |
| Balance to be Disbursed | $ 1,241,776.47 | 25% of first $5,000 ($1,250 maximum) | $ 1,250.00 |
| Less | ( 5,000.00) | | |
| Balance | $ 1,236,776.47 | 10% of next $45,000 ($4,500 maximum) | $ 4,500.00 |
| Less | ( 45,000.00) | | |
| Balance | $ 1,191,776.47 | 5% of next $950,000 ($47,500 maximum) | $ 47,500.00 |
| Less | ( 950,000.00) | | |
| Balance | $ 241,776.47 | 3% of balance | $ 7,253.29 |
| | MAXIMUM COMPENSATION (11 U.S.C. §326) | | $ 60,503.29 |
| | COMPENSATION REQUESTED | | $ 60,503.29 |
| | Less: Court-Approved Compensation Previously Paid | | ( 0.00) |
| | BALANCE REQUESTED | | $ 60,503.29 |

<u>Trustee Expenses</u> (Itemizations will be provided upon request)
Premium on Trustee's Bond (Allocation of coverage on blanket bond) $ 3,944.22

Photocopies (2,104 copies at .20 ¢/copy) $ 420.80

Postage $ 657.46

    TOTAL EXPENSES REQUESTED $ 5,022.48

    LESS: COURT-APPROVED EXPENSES PREVIOUSLY PAID ( 0.00)

    LESS: PREMIUM ON TRUSTEE'S BOND PREVIOUSLY PAID ( 0.00)
    BALANCE REQUESTED $ 5,022.48