UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| UNITED WESTERN BANCORP, INC. | ) Case No. 12-13815-TBM |
| | ) |
| | ) Chapter 7 |
| Debtor(s). | ) |
| | ) |

ORDER APPROVING APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES

The Trustee having filed an Application for Compensation and Reimbursement of Expenses, and notice and an opportunity for hearing having been given to all creditors, and no requests or objections having been timely filed, and the Court having thereafter duly examined and considered the Trustee's Application and attached Exhibit A included therein, it is:

ORDERED that reasonable compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses incurred are hereby awarded and allowed to the persons and in the amounts listed in Exhibit A of the Trustee's Application.

BY THE COURT:

_____    _____
DATE                            BANKRUPTCY JUDGE