UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| UNITED WESTERN BANCORP, INC. | ) Case No. 12-13815-TBM |
| | ) |
| | ) Chapter 7 |
| Debtor(s) | ) |
| | ) |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND
REQUEST FOR ENTRY OF ORDER**

On **July 11, 2023**, SIMON E. RODRIGUEZ, TRUSTEE, Movant, filed a motion or application pursuant to L.B.R. 9013-1 entitled **CHAPTER 7 TRUSTEE'S FINAL REPORT AND TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**. Movant hereby certifies that the following is true and correct:

    1.    Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANK. P. and the L.B.P. as is shown on the certificate of service, L.B. Form 9013-1.2 previously filed with the motion/application on **July 11, 2023.**

    2.    Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1, as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on **July 11, 2023.**

    3.    The docket numbers for each of the following relevant documents are:
        a.  The motion and all documents attached thereto and served therewith, (**Docket No. 747 and No. 748**);
        b.  The notice, (**Docket No. 749**);
        c.  The certificate of service of the motion and the notice, (**Docket No. 749)**;
        d.  The proposed order, (**Docket No. 748**); and

    4.    No objections to or requests for hearing on the motion/ application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice, or have been resolved by **Docket No. N/A**.

WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated: August 2, 2023

RESPECTFULLY SUBMITTED,

BY: /S/ Simon E. Rodriguez
SIMON E. RODRIGUEZ, trustee
P O Box 36324
Denver, CO 80236
(303) 969-9100