IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| UNITED WESTERN BANCORP, INC. ) | |
| ) | Case No. 12-13815 |
| ) | |
| Debtor. ) | |

## NOTICE OF CHANGE OF ADDRESS

Creditor Wells Fargo Bank, National Association, as Indenture Trustee, Institutional Trustee and Guarantee Trustee, through its undersigned counsel, Reed Smith LLP, hereby submits the below change of address.

**Address Change Information**

Name of Party: Wells Fargo Bank, National Association, as Indenture Trustee, Institutional Trustee and Guarantee Trustee

Old/Incorrect Address:
  Peter Favorite
  Wells Fargo Bank, N.A.
  625 Marquette Avenue
  MAC N9311-161
  Minneapolis, MN 55479

New Address (Street, City/State/Zip, Telephone):
  Wells Fargo Bank, N.A.
  Attn: Amy Martin
  919 North Market Street
  Suite 1600
  Wilmington, DE 19801

Date: August 29, 2023                Respectfully submitted,

                                     /s/ Keith M. Aurzada
                                     Keith M. Aurzada, #27595
                                     Reed Smith LLP
                                     2850 N. Harwood Street
                                     Suite 1500
                                     Dallas, TX 75201
                                     Telephone: 469-680-4200

Facsimile: 469-680-4299
Email: kaurzada@reedsmith.com

*Counsel for Wells Fargo Bank, National Association, as Indenture Trustee, Institutional Trustee and Guarantee Trustee*