**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

IN RE:

UNITED WESTERN BANCORP, INC.                    CASE NO. 12-13815-TBM

_____Debtor(s)_____/

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

COMES NOW, Simon E. Rodriguez, as Trustee of the above-captioned matter, and respectfully states that, pursuant to the orders of distribution, he has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant | Amount |
|---|---|---|---|
| 36-1 | 1029 | 700 17th Street Operating, LLC<br>c/o The Law Offices of Theodore W. Brin<br>1601 Blake Street, Suite 305<br>Denver, CO 80202 | $203.46 |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the amount of $203.46 to the clerk of the court for deposit in the "unclaimed funds account," and states that the claimants entitled thereto are as listed above.

Dated: November 20, 2023

/s/ Simon E. Rodriguez
Simon E. Rodriguez, trustee
P O Box 36324
Denver, CO 80236
(303) 969-9100